Patterson Belknap

www.pbwt.com

June 9, 2026

Timothy Waters
Partner
(212) 336-7601
twaters@pbwt.com

**By Hand, *EX PARTE***

United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
*JUNE 9, 2026*
BROOKLYN OFFICE
26-CV-3429
Judge Natasha C. Merle
Magistrate Judge
Joseph A Marutollo

**Re:** ***Eli Lilly and Company, Inc. v. Instant Rx Inc., et al.***

Your Honor:

We are counsel for Plaintiff Eli Lilly and Co. ("Lilly") in the above-captioned action, which was filed *ex parte* and under seal today. We enclose courtesy hard copies of the papers Lilly just filed.

As set forth in Lilly's papers, this action involves the sale of counterfeit, diverted, misbranded, and potentially dangerous versions of Lilly's authentic medicines. The Defendants in this action are licensed pharmacies, their owners and other principals, and their supervising pharmacists. As the evidence shows, the Defendants use "pharmacy-to-pharmacy" marketplaces to sell black-market Lilly-branded medicines to pharmacies around the country, including in this District, offering the drugs at a price below Lilly's own wholesale price for the medicines. These drugs pose a potential risk to patients' safety, which is immediate and serious.

To ensure patient safety and stop the dissemination of these counterfeits, Lilly has today, along with its pleadings, filed an emergency motion for *ex parte* preliminary relief, including a temporary restraining order, an asset freeze order, expedited discovery order, and order to show cause for a preliminary injunction.

Lilly is cognizant of the Court's busy docket, and does not make its request for emergency relief lightly. The evidence in Lilly's papers shows that that the Defendant pharmacies are currently operating and dispensing counterfeits. Lilly believes immediate action is necessary to prevent the continued sale and distribution of this counterfeit medication and to protect patients.

Because Lilly's application is being filed *ex parte* and under seal, we respectfully request that chambers e-mail any orders or written communications concerning this application to myself and my colleagues Geoffrey Potter, Isaac Weingram, Caroline Zielinski, and Anna Petrocelli at the addresses twaters@pbwt.com, gpotter@pbwt.com, iweingram@pbwt.com, czielinski@pbwt.com, and apetrocelli@pbwt.com. My colleagues and I are also available to appear in person, via Zoom, or telephonically as the Court may request.

We plan on remaining in the courthouse this morning. We will be appearing in a hearing in a different matter before Judge Kaminsky at 12:00 p.m. today, but outside of that hearing we will be available today. I may also be reached on my cell phone at (617) 308-8533;

Mr. Potter may be reached on his cell phone at (917) 854-2310; and Ms. Petrocelli may be reached on her cell phone at (516) 503-2248.

Respectfully submitted,

*/s/ Timothy A. Waters*

Timothy A. Waters