FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
*JUNE 9, 2026*
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ELI LILLY AND COMPANY,

Plaintiff,

v.

INSTANT RX INC.; DAVID AULOV; THOMAS JOHNSON; DISPENSING PHYSICIAN CONSULTANTS, INC. d/b/a IRA'S DISCOUNT PHARMACY; SOFKO LLC d/b/a (1) IRA'S DISCOUNT PHARMACY & (2) TOTAL CARE PHARMACY; GEORGE DROGARIS a/k/a GEORGE DROGRARIS; PROKOPIOS PANAGAKOS a/k/a (1) KOKO, (2) PANAGAKOS PROCOPIOS, & (3) PROCOPIOS PANAGAKOS; SUE A. PEPPER; MIRJANA TASIC-PANTIC; GLEN COVE DRUGS INC.; SIMEON PINKHASOU; YURIEL SEZANAYEV; HALIMA SYED; LALIBELA, LTD. d/b/a ELITE PHARMACY; YAKOV BEREZHINSKY; YURIY LITVAN; CHRISTINA TOLIS; T & F DRUGS INCORPORATED d/b/a ATLAS DRUG & NUTRITION; and FRANCISCO MARCOS,

Defendants.

---

Case No. 26-CV-3429

**FILED *EX PARTE* AND UNDER SEAL**

Judge Natasha C. Merle
Magistrate Judge Joseph A Marutollo

**Index to June 9, 2026 Filing**

| Tab # | Document |
|---|---|
| 1 | Cover Letter to the U.S. District Court |
| 2 | Civil Cover Sheet, Attorney Appearances, Summons |
| 3 | Complaint and exhibits |
| 4 | *Ex Parte* Motions for a Temporary Restraining Order, Asset Freeze Order, Expedited Discovery Order, and Order to Show Cause for a Preliminary Injunction |
| 5 | Memorandum of Law in Support of *Ex Parte* Motions for a Temporary Restraining Order, Asset Freeze Order, Expedited Discovery Order, and Order to Show Cause for a Preliminary Injunction |
| 6 | Proposed Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction |
| 7 | Proposed Asset Freeze Order |
| 8 | Proposed Expedited Discovery Order |
| 9 | *Ex Parte* Motion and Memorandum of Law to Seal |
| 10 | Proposed Order on *Ex Parte* Motion to Seal |
| 11 | *Ex Parte* Motion and Memorandum of Law to File in Excess of Word Limit |
| 12 | Proposed Order on *Ex Parte* Motion to File in Excess of Word Limit |
| 13 | Declaration of Geoffrey Potter and exhibits |
| 14 | Declaration of Tiffany Trunko and exhibits |
| 15 | Declaration of Senthil Rajaratnam |
| 16 | Declaration of David Wadsworth |
| 17 | Declaration of Hannah Lee and exhibits |

Respectfully Submitted,

Geoffrey Potter (cell: 917-854-2310), Timothy A. Waters (cell: 617-308-8533),
Isaac J. Weingram (cell: 410-370-0510), Caroline Zielinski (cell: 845-597-7261), Anna Petrocelli (516-503-2248)
PATTERSON BELKNAP WEBB & TYLER LLP
*Counsel for Plaintiff Eli Lilly and Company*