# Complaint Exhibit A

**Int. Cl.: 5**

**Prior U.S. Cl.: 18**

**Reg. No. 1,226,434**
**Registered Feb. 8, 1983**

## United States Patent and Trademark Office

**TRADEMARK**
**Principal Register**

# LILLY

Eli Lilly and Company (Indiana corporation)
307 E. McCarty St.
Indianapolis, Ind. 46285

For: MEDICINES, PHARMACEUTICAL PREPARATIONS AND DRUGS, in CLASS 5 (U.S. Cl. 18).

First use Feb. 1, 1895; in commerce Feb. 1, 1895.

Owner of U.S. Reg. Nos. 61,924, 173,605 and 976,511.

Ser. No. 340,354, filed Dec. 7, 1981.

R. KOLAKOSKI, Examining Attorney

**Int. Cl.: 5**

**Prior U.S. Cl.: 18**

**Reg. No. 1,318,867**
**Registered Feb. 12, 1985**

# United States Patent and Trademark Office

## TRADEMARK
**Principal Register**

Eli Lilly and Company (Indiana corporation)
307 E. McCarty St.
Indianapolis, Ind. 46285

For: HOUSEMARK FOR A FULL LINE OF PHARMACEUTICAL PREPARATIONS, in CLASS 5 (U.S. Cl. 18).

First use Feb. 1, 1895; in commerce Feb. 1, 1895.

Owner of U.S. Reg. Nos. 61,924, 1,226,434 and others.

Ser. No. 464,786, filed Feb. 8, 1984.

STEVEN D. OVERLY, Examining Attorney

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,870,463**

**Registered Jul. 22, 2025**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Eli Lilly and Company (INDIANA CORPORATION)
Lilly Corporate Center
Indianapolis, INDIANA 46285

CLASS 9: Downloadable computer software in the nature of a mobile application for providing health care related information and to control artificial organs

FIRST USE 1-31-2025; IN COMMERCE 1-31-2025

The color(s) Red is/are claimed as a feature of the mark.

The mark consists of wording "LILLY" in stylized red font.

SER. NO. 87-608,883, FILED 09-14-2017

Acting Director of the United States Patent and Trademark Office

# United States of America

United States Patent and Trademark Office

# TRULICITY

**Reg. No. 4,786,025**

**Registered Aug. 4, 2015**

**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

ELI LILLY AND COMPANY (INDIANA CORPORATION)
LILLY CORPORATE CENTER
INDIANAPOLIS, IN 46285

FOR: PHARMACEUTICAL PREPARATIONS, NAMELY, PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF DIABETES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 4-30-2014; IN COMMERCE 4-30-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE WORDING "TRULICITY" HAS NO MEANING IN A FOREIGN LANGUAGE.

SN 85-183,667, FILED 11-23-2010.

BRIAN PINO, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

trulicity

**Reg. No. 5,069,090**

**Registered Oct. 25, 2016**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

Eli Lilly and Company (INDIANA CORPORATION)
Lilly Corporate Center
Indianapolis, IN 46285

CLASS 44: Medical information services in the field of diabetes

FIRST USE 12-31-2015; IN COMMERCE 12-31-2015

The mark consists of the literal element "TRULICITY" in lower case letters. Above the "R" and "U" of the literal element is a solid circle bracketed by two semicircles.

SER. NO. 86-271,432, FILED 05-05-2014
JORDAN A BAKER, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MOUNJARO

**Reg. No. 6,809,369**

**Registered Aug. 02, 2022**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Eli Lilly and Company (INDIANA CORPORATION)
Lilly Corporate Center
Indianapolis, INDIANA 46285

CLASS 5: Pharmaceutical preparations, namely, pharmaceutical preparations for the treatment of diabetes

FIRST USE 6-3-2022; IN COMMERCE 6-3-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-680,946, FILED 11-05-2019

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

**Reg. No. 6,835,474**

**Registered Aug. 30, 2022**

**Int. Cl.: 5, 44**

**Service Mark**

**Trademark**

**Principal Register**

Eli Lilly and Company (INDIANA CORPORATION)
Lilly Corporate Center
Indianapolis, INDIANA 46285

CLASS 5: Pharmaceutical preparations, namely, pharmaceutical preparations for the treatment of diabetes

FIRST USE 6-3-2022; IN COMMERCE 6-3-2022

CLASS 44: Medical information services in the field of diabetes

FIRST USE 6-7-2022; IN COMMERCE 6-7-2022

The color(s) dark purple and dark red is/are claimed as a feature of the mark.

The mark consists of two bands with rounded corners forming the letter "M" with one diagonal band in dark purple color leaning on a shorter diagonal band in dark red color.

SER. NO. 90-874,068, FILED 08-10-2021

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,737,810**

**Registered Apr. 30, 2019**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Eli Lilly and Company (INDIANA CORPORATION)
Lilly Corporate Center
Indianapolis, INDIANA 46285

CLASS 5: Pharmaceutical preparations for the treatment of diabetes

FIRST USE 6-13-2014; IN COMMERCE 6-13-2014

The color(s) gray, Pantone 10 C Cool Gray, is/are claimed as a feature of the mark.

The mark consists of a three-dimensional trilobular-shaped base cap in the distinctive shade of the color gray, Pantone 10 C Cool Gray, for an automatic injector device. The dashed lines and white areas are intended to show the position of the mark and are not a part of the mark.

OWNER OF U.S. REG. NO. 5087436

SEC.2(F)

SER. NO. 87-838,079, FILED 03-16-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,737,809**

**Registered Apr. 30, 2019**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Eli Lilly and Company (INDIANA CORPORATION)
Lilly Corporate Center
Indianapolis, INDIANA 46285

CLASS 5: Pharmaceutical preparations for the treatment of diabetes

FIRST USE 6-13-2014; IN COMMERCE 6-13-2014

The mark consists of a three-dimensional trilobular-shaped base cap for an automatic injector device. The dashed lines are intended to show the position of the mark and are not a part of the mark.

OWNER OF U.S. REG. NO. 5087436

SEC.2(F)

SER. NO. 87-838,066, FILED 03-16-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,778,802**

**Registered Jun. 18, 2019**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Eli Lilly and Company (INDIANA CORPORATION)
Lilly Corporate Center
Indianapolis, INDIANA 46285

CLASS 5: Pharmaceutical preparations for the treatment of diabetes

FIRST USE 6-13-2014; IN COMMERCE 6-13-2014

The color(s) gray, Pantone 10 C Cool Gray, is/are claimed as a feature of the mark.

The mark consists of a three-dimensional trilobular-shaped base cap in the distinctive shade of the color gray, Pantone number 10 C Cool Gray, for an automatic injector device. The trilobular-shaped base cap consists of a bottom ridge that surrounds its exterior from which it then slopes inward, consistently and smoothly to the top at which point it crests with an indented ridge line. The white dashed lines depicting the body of the automatic injector device and the arrows on the base cap indicate positioning of the mark only and are not claimed as features of the mark. The mark appears on a black background that is not part of the mark and serves only to show the configuration of the mark.

OWNER OF U.S. REG. NO. 5087436

SEC.2(F)

SER. NO. 87-854,394, FILED 03-28-2018

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Andrei Iancu

Director of the United States
Patent and Trademark Office