# Potter Declaration

# Exhibit 6

Clerk's Office
Filed Date: 7/23/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GILEAD SCIENCES, INC. and GILEAD SCIENCES IRELAND UC,<br><br>Plaintiffs,<br><br>v.<br><br>SAFE CHAIN SOLUTIONS, LLC; PATRICK BOYD; CHARLES BOYD; WORLDWIDE PHARMA SALES GROUP, INC. d/b/a PHARMASALES.COM; ADAM S. BROSIUS; 9229 BOULEVARD LLC; and ISHBAY SHUKUROV,<br><br>Defendants. | Case No. 21-cv-4106 (AMD) (RER)<br><br>**FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 15 U.S.C. § 1116(d)** |

**EXPEDITED DISCOVERY ORDER**

PLEASE TAKE NOTICE that upon the Complaint of Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead" or "Plaintiffs"), the accompanying declarations and the exhibits annexed hereto, and the memorandum of law submitted in support of this Order, it is hereby:

ORDERED that, as to the entities and categories described below, (a) any non-party served with a subpoena in this action shall respond to a request to produce documents within seven calendar days after service of such requests by production of responsive documents, and (b) Plaintiffs may take the deposition of any non-party witness upon notice in writing to every other party of at least seven calendar days:

- As to any person or entity in the supply chain of any Defendant: shipping records, invoices, and purchase orders to and from any Defendant concerning Gilead products or purported Gilead products; communications to and from any Defendant concerning

Gilead products or purported Gilead products; and pedigree documentation concerning Gilead products or purported Gilead products;

- As to pharmacies, hospitals, distributors, and dispensers: shipping records to and from any Defendant concerning Gilead products or purported Gilead products; communications to and from any Defendant concerning Gilead products or purported Gilead products; and pedigree documentation provided to or from any Defendant concerning Gilead products or purported Gilead products;
- As to banks, brokerage houses, or other financial institutions: all account statements and transaction records for any account held by, for, or on account of any Defendant or any person or entity in the supply chain of any Defendant for Gilead products or purported Gilead products, including any account for which any of those persons has signature authority;
- As to common carriers, couriers, and other transportation or logistics companies reasonably believed to have been involved with the transportation of (i) Gilead products, (ii) purported Gilead products, (iii) any components thereof, or (iv) any equipment used to manufacture the components thereof: invoices, records, and additional documentation kept in the ordinary course of business concerning those shipments;
- As to companies that manufacture the equipment used to manufacture the component parts of counterfeit Gilead products: shipping records to and from any Defendant or any Defendant's upstream suppliers; communications with any Defendant or any Defendant's upstream suppliers; and invoices, records, and additional documentation kept in the ordinary course of business;

- As to customs brokers reasonably believed to have been involved with the importation or exportation of (i) Gilead products, (ii) purported Gilead products, (iii) any components thereof, or (iv) any equipment used to manufacture the components thereof: shipping records to and from any Defendant or any person or entity in the supply chain of any Defendant; communications with any Defendant or any person or entity in the supply chain of any Defendant; and invoices, records, and additional documentation kept in the ordinary course of business; and it is further

ORDERED, that all non-party discovery not described above may proceed immediately pursuant to the ordinary time limits of the Federal Rules of Civil Procedure;

Rachel P. Kovner

/s/ Rachel P. Kovner

UNITED STATES DISTRICT JUDGE

Issued: July _23rd__, 2021 at _4:16__ o'clock _p.m.