# Potter Declaration
# Exhibit 8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Filed: April 11, 2022
6:26 pm

| | | |
|---|---|---|
| JANSSEN SCIENCES IRELAND UNLIMITED COMPANY, JANSSEN PRODUCTS, LP, and JOHNSON & JOHNSON<br>Plaintiffs,<br><br>v.<br><br>SAFE CHAIN SOLUTIONS, LLC; PROPHARMA DISTRIBUTION LLC; SCRIPTS WHOLESALE INC.; STEVEN DIAMANTSTEIN; LEVI ELLIS; CHARLES BOYD; PATRICK BOYD; I CARE PHARMACY 14, INC.; and EDWARD GENDIN,<br><br>Defendants. | : | Case No. 22-1983<br><br>**FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 15 U.S.C. § 1116(d)** |

**ASSET FREEZE ORDER**

PLEASE TAKE NOTICE that upon the Complaint of Plaintiffs Janssen Sciences Ireland Unlimited Company, Janssen Products, LP, and Johnson & Johnson (collectively "Janssen"), the memorandum of law submitted in support of this Order, and the accompanying declarations and the exhibits annexed thereto, pursuant to the Court's authority under the Lanham Act, it is hereby ORDERED:

1. Plaintiffs' motion for an asset freeze against **I Care Pharmacy 14, Inc**. and **Edward Gendin** (each an "Asset Restrained Defendant," and collectively, the "Asset Restrained Defendants") is GRANTED.

2. Immediately upon receipt of this Order, each Asset Restrained Defendant shall disclose to Plaintiffs' attorneys a list of all assets held by, for, or on account of them,

including any account for which they have signatory authority, in any bank, brokerage house, or financial institution, including account title, account number, and balance.

3. The Asset Restrained Defendants shall be restrained from secreting any assets and from transferring or conveying any assets.

4. Plaintiffs may immediately serve this Order upon any bank, brokerage house, or financial institution in which any Asset Restrained Defendant is known or suspected to hold an account.

5. All assets held by, for, or on account of any Asset Restrained Defendant, and the balance of any account for which any of them has signature authority, shall be frozen and restrained, and any bank, brokerage house or financial institution holding such funds are restrained from releasing them until further order of this Court.

6. Any such bank, brokerage house, or financial institution that freezes and restrains any assets shall also immediately contact Plaintiffs' counsel Geoffrey Potter via email at CounterfeitHIVMedications@pbwt.com to disclose the account numbers and titles and amount of assets so frozen.

7. All officers, agents, servants, employees, and attorneys of any Asset Restrained Defendant, and all others in active concert and participation with any Asset Restrained Defendant, shall be restrained from secreting, transferring, or conveying any assets held by, for, or on account of any Asset Restrained Defendant.

8. Plaintiffs shall serve a copy of this Order on each Asset Restrained Defendant as directed in this Court's separately entered Temporary Restraining Order.

9. Opposition papers, if any, by any Asset Restrained Party must be filed with this Court and served upon counsel for Plaintiffs on or before the 18th day of

April, 2022, and reply papers shall be filed and served on or before the 20th day of April, 2022.

10. The Asset Restrained Parties are hereby put on notice that failure to file an opposition shall result in the immediate conversion of this Order into a preliminary injunction, which shall be deemed to take effect immediately and shall extend during the pendency of this action. The Asset Restrained Parties shall be deemed to have actual notice of the issuance and terms of such preliminary injunction, and that any act by any of the Asset Restrained Parties in violation of any of its terms may be considered and prosecuted as contempt of this Court.

Digitally signed by
Brian M. Cogan

UNITED STATES DISTRICT JUDGE

Issued: April 11, 2022 at 6:10 PM XXX o'clock _____.