# Potter Declaration
# Exhibit 9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JANSSEN SCIENCES IRELAND UNLIMITED COMPANY, JANSSEN PRODUCTS, LP, and JOHNSON & JOHNSON, Plaintiffs, | : | 1:22-cv-01983-BMC |
| | : | **FILED *EX PARTE* AND UNDER SEAL** |
| v. | : | |
| SAFE CHAIN SOLUTIONS, LLC; PROPHARMA DISTRIBUTION LLC; SCRIPTS WHOLESALE INC.; STEVEN DIAMANTSTEIN; LEVI ELLIS; CHARLES BOYD; PATRICK BOYD; I CARE PHARMACY 14, INC.; and EDWARD GENDIN, Defendants. | : | |

## EXPEDITED DISCOVERY ORDER

PLEASE TAKE NOTICE that upon the Complaint of Janssen Sciences Ireland Unlimited Company, Janssen Products, LP, and Johnson & Johnson ("Janssen" or "Plaintiffs") and the memorandum of law submitted in support of this Order, and for good cause shown, it is hereby ORDERED:

1. Plaintiffs may immediately serve document subpoenas on Brooklyn Chem d/b/a Diamond Star ("Brooklyn Chem") and/or any individuals or entities associated with Brooklyn Chem seeking information related to the purchase, sale, distribution, or financing of Janssen-branded medication.

2. Plaintiffs may immediately serve document subpoenas on Morris Park Pharmacy ("Morris Park") and/or any individuals or entities associated with Morris Park seeking

information related to the purchase, sale, distribution, or financing of Janssen-branded medication.

3. Plaintiffs may immediately serve document subpoenas on any internet service provider, telephone or cellular service provider, and/or e-mail provider (including, but not limited to, Yahoo!) reasonably believed to have provided services to I Care Pharmacy 14, Inc., Edward Gendin, or any individuals or entities identified as being involved in the purchase, sale, distribution, or financing of Janssen-branded medication in materials seized from Defendants I Care Pharmacy 14, Inc. and/or Edward Gendin, or in materials received in response to subpoenas. Such subpoenas shall be limited to (a) information related to the purchase, sale, distribution, or financing of Janssen-branded medication, (b) information related to the identities of those with access to the accounts, and (c) information related to efforts by anyone to destroy or conceal information in the accounts.

4. Plaintiffs may immediately serve document subpoenas on any individuals or entities identified as being involved in the purchase, sale, distribution, or financing of Janssen-branded medication in materials seized from Defendants I Care Pharmacy 14, Inc. and/or Edward Gendin, or in materials received in response to subpoenas. Such subpoenas shall be limited to information related to the purchase, sale, distribution, or financing of Janssen-branded medication.

5. Plaintiffs may immediately serve document subpoenas on any financial institution where I Care Pharmacy 14, Inc., Edward Gendin, or any individuals or entities identified as being involved in the purchase, sale, distribution, or financing of Janssen medication in materials seized from Defendants I Care Pharmacy 14, Inc. and/or Edward Gendin, or in materials received in response to subpoenas, are reasonably believed to hold accounts or

signatory authority over accounts. Such subpoenas shall be limited to records related to such accounts.

6. Plaintiffs may immediately serve deposition notices or deposition subpoenas on I Care Pharmacy 14, Inc., Edward Gendin, or any individuals associated with I Care, including but not limited to current or former pharmacists or employees.

7. The discovery described in paragraphs 1 through 6 shall proceed on an expedited basis without the need to comply with the time limits of the Federal Rules of Civil Procedure and responses must be provided (or witnesses must be made available for deposition) with seven (7) calendar days.

8. Pursuant to Federal Rule of Civil Procedure 26(d)(1), all parties may commence third-party discovery as of the date of this order. Except as provided in paragraphs 1-6 above, the timing and scope of third-party discovery shall be governed by the Federal Rules of Civil Procedure.

9. In taking third-party discovery, Plaintiffs need not comply with the notice requirement of Federal Rule of Civil Procedure 45(a)(4).

Digitally signed by
Brian M. Cogan
_______________________

UNITED STATES DISTRICT JUDGE

Issued: May 5, 2022 at _3__ o'clock _PM__