# Potter Declaration
# Exhibit 16

U.S. FOOD & DRUG ADMINISTRATION

BLA 125469/S-051

**SUPPLEMENT APPROVAL**

Eli Lilly and Company
Attention: Jennie L. Walgren, Ph.D.
Associate VP, Global Regulatory Affairs- North America
Lilly Corporate Center
Drop Code 2543
Indianapolis, IN 46285

Dear Dr. Walgren:

Please refer to your supplemental biologics license application (sBLA), dated and received May 17, 2022, and your amendments, submitted under section 351(a) of the Public Health Service Act for Trulicity (dulaglutide) injection.

This Prior Approval sBLA provides for expansion of the indication for Trulicity, as an adjunct to diet and exercise to improve glycemic control, to pediatric patients 10 years of age and older with type 2 diabetes mellitus.

## APPROVAL & LABELING

We have completed our review of this application, as amended. It is approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling with minor editorial revisions listed below and reflected in the enclosed labeling.

- Revision dates added to the Prescribing Information, Medication Guide, and Instructions for Use

## WAIVER OF HIGHLIGHTS ½ PAGE LENGTH REQUIREMENT FOR HIGHLIGHTS

Please note that we have previously granted a waiver of the requirements of 21 CFR 201.57(d)(8) regarding the length of Highlights of Prescribing Information.

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit, via the FDA automated drug registration and listing system (eLIST), the content of labeling [21 CFR 601.14(b)] in structured product labeling (SPL) format, as described at FDA.gov,[1] that is identical to the enclosed labeling (text for the Prescribing Information,

[1] http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm

Instructions for Use, and Medication Guide) and include the labeling changes proposed in any pending "Changes Being Effected" (CBE) supplements.

Information on submitting SPL files using eLIST may be found in the guidance for industry *SPL Standard for Content of Labeling Technical Qs and As.*[2]

The SPL will be accessible via publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications that include labeling changes for this BLA, including pending "Changes Being Effected" (CBE) supplements, for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 601.12(f)] in Microsoft Word format that includes the changes approved in this supplemental application, as well as annual reportable changes. To facilitate review of your submission(s), provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version. The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

We are waiving the pediatric study requirement for ages 0 to 9 years (inclusive) for this application because necessary studies are impossible or highly impracticable. This is because there are too few children in this age range with type 2 diabetes mellitus to study.

We note that you have fulfilled the pediatric study requirement for ages 10 to 17 years (inclusive) for dulaglutide .75 mg and 1.5 mg.

We remind you that there is a PREA postmarketing requirement listed in the September 3, 2020, S-036 approval letter that is still open.

## FULFILLMENT OF POSTMARKETING REQUIREMENT

This sBLA contained the final report for the following postmarketing requirement listed in the September 18, 2014, approval letter:

---

[2] We update guidances periodically. For the most recent version of a guidance, check the FDA Guidance Documents Database https://www.fda.gov/RegulatoryInformation/Guidances/default.htm.

2781-1 A 26-week randomized, double-blind, placebo-controlled study of the safety, efficacy, and pharmacokinetics (PK) of Trulicity (dulaglutide) for the treatment of type 2 diabetes mellitus in pediatric patients ages 10 to 17 years (inclusive) with or without concomitant metformin therapy, followed by a 26-week open-label extension. As part of this study, sparse blood samples for population PK and exposures-response analysis will be collected. This trial should not be initiated until after the data from the juvenile toxicity study have been submitted to and reviewed by the Agency.

We have reviewed your submission and conclude that the above requirement was fulfilled.

We remind you that there is a postmarketing requirement listed in the September 18, 2014, approval letter that is still open.

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling. For information about submitting promotional materials, see the final guidance for industry *Providing Regulatory Submissions in Electronic and Non-Electronic Format—Promotional Labeling and Advertising Materials for Human Prescription Drugs.*[3]

As required under 21 CFR 601.12(f)(4), you must submit final promotional materials, and the Prescribing Information, at the time of initial dissemination or publication, accompanied by a Form FDA 2253. Form FDA 2253 is available at FDA.gov.[4] Information and Instructions for completing the form can be found at FDA.gov.[5]

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved BLA (in 21 CFR 600.80 and in 21 CFR 600.81).

Your product is a Part 3 combination product (21 CFR 3.2(e)); therefore, you must also comply with postmarketing safety reporting requirements for an approved combination product (21 CFR 4, Subpart B). Additional information on combination product postmarketing safety reporting is available at FDA.gov.

---

[3] For the most recent version of a guidance, check the FDA guidance web page athttps://www.fda.gov/media/128163/download.
[4] http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM083570.pdf
[5] http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM375154.pdf

If you have any questions, contact Supendeep Dosanjh, Regulatory Project Manager, at 301-837-7649.

Sincerely,

*{See appended electronic signature page}*

Patrick Archdeacon, M.D.
Deputy Director
Division of Diabetes, Lipid Disorders, and Obesity
Office of Cardiology, Hematology, Endocrinology, and Nephrology
Office of New Drugs
Center for Drug Evaluation and Research

ENCLOSURES:

- Content of Labeling
    - Prescribing Information
    - Medication Guide
    - Instructions for Use (0.75mg and 1.5mg doses)
    - Instruction for Use (3.0mg and 4.5mg doses; versions previously approved on September 3, 2020)

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

---

PATRICK ARCHDEACON
11/17/2022 11:01:17 AM