# Potter Declaration
# Exhibit 18

Lilly

1876 150 2026

YEARS OF MEDICINE

ELI LILLY AND COMPANY

# Q4 2025 EARNINGS CALL






# Agenda

## Introduction and Key Events

Dave Ricks, Chair and Chief Executive Officer

---

## Q4 2025 Financial Results & 2026 Financial Guidance

Lucas Montarce, Chief Financial Officer

---

## R&D Update

Dan Skovronsky, M.D., Ph.D., Chief Scientific and Product Officer

---

## Question & Answer Session

# Safe Harbor Provision and Other Information

**This presentation contains forward-looking statements that are based on management's current expectations, but actual results may differ materially due to various factors. The company's results may be affected by factors including, but not limited to, the risks and uncertainties in pharmaceutical research and development; competitive developments; regulatory actions; litigation and investigations; business development transactions; trade and economic conditions; the negotiation and implementation of our voluntary agreement with the U.S. government related to drug pricing and access; and changes in laws and regulations, including healthcare reform.**

**For additional information about the factors that affect the company's business, please see the company's latest Form 10-K and subsequent Forms 10-Q and 8-K filed with the Securities and Exchange Commission. Certain financial information in this presentation is presented on a non-GAAP basis. Investors should refer to the reconciliations included in this presentation and should consider the company's non-GAAP measures in addition to, not as a substitute for or superior to, measures prepared in accordance with GAAP. These materials are not intended to promote the products referenced herein or otherwise influence healthcare prescribing decisions. The safety and efficacy of the agents under investigation have not been established. There is no guarantee that the agents will receive regulatory approval or become commercially available for the uses being investigated.**

**The company undertakes no duty to update forward-looking statements except as required by applicable law.**

# Q4 2025 Summary

## Deliver Revenue Growth

Robust **revenue growth of 43%** driven by **Key Products**[1]

U.S. incretin analogs **market grew 33%,** Lilly share of market increased to **60.5%**[2]

Revenue **outside the U.S. grew 43%,** driven by Mounjaro

## Invest in Future Innovation

**New manufacturing investments** in **Huntsville, AL, Lehigh Valley, PA** and the **Netherlands**

Expanded NVIDIA collaboration with a **Co-Innovation AI Lab**

Entered into agreement to acquire **Ventyx Biosciences**

## Speed Life-Changing Medicines

Full U.S. FDA approval and expanded indication for **Jaypirca**

Phase 3 topline data for **retatrutide** in knee osteoarthritis pain and obesity

Phase 3 topline data for **orforglipron** in maintenance setting

Orforglipron now submitted in more than **40 countries** worldwide

[1] Key products include Ebglyss, Inluriyo (effective Q4 2025), Jaypirca, Kisunla, Mounjaro, Omvoh, Verzenio and Zepbound
[2] IQVIA NPA total prescriptions, rolling four week data December 26, 2025; Incretin analogs market includes: injectable GLP-1s, oral GLP-1s and GLP-1/GIP dual agonists
Note: Growth rates reflect change vs. Q4 2024

# Strategic Deliverables

## Deliver Revenue Growth

TOTAL REVENUE **$19.3B** 43% ⬆

KEY PRODUCT REVENUE **$13.8B** 91% ⬆

## Invest in Future Innovation

RESEARCH & DEVELOPMENT **$3.8B** 26% ⬆

CAPITAL INVESTMENTS (YTD) **$7.8B** 55% ⬆

## Invest in Current Portfolio

MARKETING, SELLING & ADMINISTRATIVE **$3.1B** 29% ⬆

NON-GAAP EARNINGS PER SHARE **$7.54** 42% ⬆

## Speed Life-Changing Medicines

APPROVALS/LAUNCHES

- Jaypirca approved for expanded indication in adults with relapsed or refractory CLL/SLL previously treated with a covalent BTK inhibitor
- Mounjaro approved in the U.S. in pediatric patients 10 years and older with type 2 diabetes

STUDY RESULTS

- Orforglipron helped patients maintain weight loss after injectable therapy
- Retatrutide delivered weight loss and pain relief in OA knee pain and obesity/overweight
- Jaypirca significantly improved PFS in patients with treatment-naïve CLL/SLL
- Taltz and Zepbound delivered superior efficacy in PsA and obesity/overweight

## Return Capital to Shareholders

**$1.3B** DISTRIBUTED VIA DIVIDENDS

**$1.5B** DISTRIBUTED IN SHARE REPURCHASES

Note: Total revenue, key product revenue, research and development, marketing, selling and administrative, and Non-GAAP EPS growth rates reflect change vs. Q4 2024
PsA=psoriatic arthritis; CLL=Chronic Lymphocytic Leukemia; SLL=Small Lymphocytic Lymphoma

# Q4 2025 Key Income Statement Measures (unaudited)

Dollars in millions; except per share data

## Q4 2025

| | GAAP Reported | Adjustments | Non-GAAP Adjusted | YoY Non-GAAP Adjusted Change |
|---|---|---|---|---|
| **TOTAL REVENUE** | **$19,292** | $ - | **$19,292** | 43% |
| **GROSS MARGIN** | **82.5%** | 0.7 pp | **83.2%** | 0.0pp |
| **TOTAL OPERATING EXPENSE** | **$7,547** | $ (84) | **$7,463** | 32% |
| **OPERATING INCOME** | **$8,373** | $208 | **$8,581** | 52% |
| **OTHER INCOME (EXPENSE)** | **$(108)** | $(39) | **$(147)** | 58% |
| **EFFECTIVE TAX RATE** | **19.7%** | 0.0pp | **19.7%** | 6.5pp |
| **NET INCOME** | **$6,636** | $135 | **$6,771** | 41% |
| **EPS** | **$7.39** | $0.15 | **$7.54** | 42% |
| ***Acquired IPR&D Charge per share[1]*** | **$0.52** | **$ -** | **$0.52** | **174%** |

[1] Acquired IPR&D (in-process research and development) charge of $529 million (pre-tax). Numbers may not add due to rounding

| | GAAP Reported | Adjustments | Non-GAAP Adjusted | YoY Non-GAAP Adjusted Change |
|---|---|---|---|---|
| ***Performance Margin[2]*** | **46.1%** | | **47.2%** | **+4.2pp** |

[2] The Company defines Performance Margin as gross margin less research and development, marketing, selling and administrative, and asset impairment, restructuring and other special charges divided by revenue
Note: The Non-GAAP Performance Margin excludes the amortization of intangible assets. The applicable impact of amortization of intangible assets can be found in the reconciliation tables on slide 23.

# Price/Rate/Volume Effect on Revenue

Dollars in millions

## Q4 2025

| | Amount | Price | FX Rate | Volume | Total | CER |
|---|---|---|---|---|---|---|
| U.S. | $12,877 | (7)% | - | 50% | 43% | 43% |
| EUROPE | $3,096 | 1% | 6% | 19% | 26% | 20% |
| JAPAN | $654 | (1)% | (2)% | 20% | 17% | 19% |
| CHINA | $474 | (1)% | 0% | 11% | 10% | 10% |
| REST OF WORLD | $2,190 | 1% | 2% | 102% | 106% | 104% |
| **TOTAL REVENUE** | **$19,292** | **(5)%** | **1%** | **46%** | **43%** | **41%** |

Dollars in millions

## FY 2025

| | Amount | Price | FX Rate | Volume | Total | CER |
|---|---|---|---|---|---|---|
| U.S. | $43,481 | (10)% | - | 53% | 43% | 43% |
| EUROPE | $11,558 | (0)% | 5% | 62% | 67% | 62% |
| JAPAN | $2,132 | (0)% | 1% | 17% | 17% | 16% |
| CHINA | $1,951 | 1% | (0)% | 17% | 18% | 18% |
| REST OF WORLD | $6,057 | 0% | (1)% | 42% | 42% | 42% |
| **TOTAL REVENUE** | **$65,179** | **(6)%** | **1%** | **50%** | **45%** | **44%** |

Numbers may not add due to rounding

CER = price change + volume change

# Q4 2025 Update on Key Products




## Key Product Highlights:

**MOUNJARO**
U.S. type 2 diabetes incretin analogs SOM leader with TRx SOM 48% and NBRx SOM 55% at end of Q4 2025

International revenue grew 10% vs. Q3 2025

**ZEPBOUND**
U.S. branded anti-obesity SOM leader with TRx SOM 64% and NBRx SOM 69% at end of Q4 2025

**VERZENIO**
Q4 2025 sales of $1.6B; sales increased 3% vs. Q4 2024
International volume grew 16% vs. Q4 2024

**JAYPIRCA**
Q4 2025 sales of $148M; sales increased 30% vs. Q4 2024

**INLURIYO**
Q4 2025 sales of $14M following U.S. launch

**EBGLYSS**
Q4 2025 sales of $134M; U.S. TRx grew 25% vs. Q3 2025

**OMVOH**
Q4 2025 sales of $88M; US TRx grew 22% vs. Q3 2025

**KISUNLA**
Q4 2025 sales of $109M grew 54% vs. Q3 2025

# U.S. Incretin Analogs Market




Source: IQVIA weekly NPA total prescriptions, weekly data December 26, 2025; Incretin analogs market includes: injectable GLP-1s, oral GLP-1s and GLP-1/GIP dual agonists

## Incretin Analogs Market Key Highlights:

**U.S. market grew 33% in Q4 vs. prior year and 6% vs. Q3 2025**

**Lilly share of market increased to 60.5%, +2.6pp vs. prior quarter**

**Announced agreement with the U.S. government to expand access in 2026**

# Capital Allocation

$ in billions




* After tax
** Includes development milestones, closed acquisitions and cash outflows associated with equity investments

# Select Factors Influencing 2026 Financial Outlook

| Favorable | Unfavorable |
|---|---|
| Continued momentum from Mounjaro and Zepbound worldwide | Global pricing decline in low- to mid-teens driven by:<br>○ Access agreement with the U.S. government<br>○ New Zepbound direct-to-patient pricing<br>○ Mounjaro reimbursement in China for type 2 diabetes<br>○ Medicaid MFN pricing impact on later lifecycle products |
| Expanded obesity medicine access in Medicare expected by July 1, 2026 | Flat or eroding contributions from later lifecycle products including Taltz, Trulicity, and Verzenio |
| Growth from key products including Ebglyss, Omvoh, Jaypirca, Inluriyo, and Kisunla | Acceleration of R&D expense growth driven by announced and planned investments in the portfolio |
| Expected orforglipron U.S. launch in Q2, pending FDA approval | |

MFN: Most Favored Nation

# 2026 Guidance (Non-GAAP)

| | 2025 Non-GAAP Adjusted | 2026 Guidance | 2026 Comments |
|---|---|---|---|
| **REVENUE**[1] | $65.2 billion | $80.0 – $83.0 billion | Midpoint represents 25% growth |
| **PERFORMANCE MARGIN**[2] | 46.3% | 46.0% – 47.5% | Gross Margin will be stable to slightly down, with favorable product mix and productivity offset by price and new facilities<br><br>Research and development expense will continue to accelerate, driven by ongoing and new late-phase programs |
| **TAX RATE** | 18.4% | Approximately 18-19% | |
| **EARNINGS PER SHARE**[3] | $24.21 | $33.50 – $35.00 | |

[1] GAAP measure
[2] The Company defines Performance Margin as gross margin less research and development and marketing, selling, and administrative expenses divided by revenue. Excludes the impact of intangible asset amortization
[3] 2026 assumes shares outstanding of approximately 894 million
FX assumptions of 1.16 (Euro), 153 (Yen) and 7.1 (Yuan)

# TOGETHER-PsA Topline Phase 3b Results

## ACR50 and ≥10% Weight Reduction at 36 Weeks




## ACR50 at 36 Weeks




** P value ≤0.001. Hypothetical efficacy estimand in the modified intent-to-treat (mITT) population. Represents efficacy in all mITT participants who remained on study intervention without initiating prohibited medication

* P value ≤0.05. Hypothetical efficacy estimand in the mITT population

PsA=psoriatic arthritis; ACR50=American College of Rheumatology 50

## Key Highlights:

**Concomitant use of Taltz and Zepbound delivered superior results to Taltz monotherapy**

**Regimen delivered 64% relative increase in proportion of patients who achieved ACR50 vs. Taltz monotherapy**

**>60% of patients had prior experience with advanced therapies**

**Adverse events in participants treated with concomitant therapy were consistent with the known safety profile of each medicine**

# Pirtobrutinib Progression Free Survival in Treatment-Naïve CLL

## BRUIN CLL-313 ITT[1]

**80%** **reduction in risk of progression or death** vs BendaR




## BRUIN CLL-314 TN Subgroup[2]

**76%** **reduction in risk of progression or death** vs ibrutinib




**Pirtobrutinib safety and tolerability consistent with other Phase 3 trials, with low rates of discontinuation and atrial fibrillation/flutter**

[1] PFS results presented are IRC assessed
[2] PFS results presented are INV assessed; PFS data immature at time of readout
CLL: Chronic lymphocytic leukemia; ITT: Intent to Treat; TN: Treatment Naïve; BendaR: Bendamustine plus rituximab; IRC: Independent Review Committee; INV: Investigator

# Orforglipron ATTAIN-MAINTAIN Topline Results

## Semaglutide[1] to Orforglipron




## Tirzepatide[1] to Orforglipron




## Key Highlights:

**Orforglipron met primary and all key secondary endpoints**

**Patients switching from semaglutide to orforglipron lost weight at 24 weeks (-0.1 kg) vs regain on placebo (9.4kg)**

**Safety and tolerability profile consistent with previous orforglipron Phase 3 studies**

**Could provide patients a convenient option for their long-term health journey**

[1] Treatment was at maximum tolerated doses of either 1.7 mg or 2.4 mg (semaglutide) or 10 mg or 15 mg (tirzepatide)
[2] Observed mean based on efficacy estimand data set
[3] Mixed Model for Repeated Measures (MMRM) based on efficacy estimand data set

# Retatrutide TRIUMPH-4 Topline Results

## Co-Primary Endpoint Change at 68 Weeks




**Discontinuation rates due to AEs 4-18% across all participants and 5-12% in participants with BMI ≥ 35**

WOMAC: Western Ontario and McMaster Universities Osteoarthritis Index pain score; Percent change in the WOMAC pain subscale score and percent change in the WOMAC physical function subscale score were not pre-specified and were estimated from a post-hoc analysis

## Key Highlights:

Participants taking retatrutide 12 mg lost an average of 71 pounds

Retatrutide reduced WOMAC pain scores by up to an average of 75.8%

1 out of 8 participants were completely free from knee pain

Most common adverse events were consistent with those seen in clinical trials for other incretins

# Lilly Select Pipeline

February 3, 2026

UPDATES SINCE October 28, 2025
- NME
- NILEX / Other
- REMOVAL
- ADDITION OR MILESTONE ACHIEVED

## PHASE 1

- VEPUGRATINIB *Cancer*
- TARGETS UNDISCLOSED *Sixteen Additional NMEs*
- TERSOLISIB (PI3Kα INH) *Cancer*
- UNC13A SSO *ALS*
- SMARCA2 (BRM) *Cancer*
- SNCA siRNA *Neurodegeneration*
- PTK7 ADC *Cancer*
- SARM1 INHIBITOR *Neurodegeneration*
- PCSK9 EDITOR *ASCVD*
- PNPLA3 siRNA *MASLD*
- NECTIN-4 ADC 2 *Cancer*
- PAN KRAS *Cancer*
- NAV 1.8 INH (SM) *Pain*
- NECTIN-4 ADC 1 *Cancer*
- LA-ANP *Heart Failure*
- MAPT siRNA *Neurodegeneration*
- INTEGRIN α5β1 *CMH*
- KRAS G12D *Cancer*
- GGG TRI-AGONIST III *CMH*
- GS INSULIN RECEPTOR AGONIST II *Diabetes*
- AT2R ANTAGONIST *Pain*
- FXR AGONIST *Immunology*
- ANGPTL3 EDITOR *ASCVD*
- ANTI-VEGF GENE THERAPY *Vestibular Schwannoma*

Removed: [Ac-225]-PSMA-62 *Prostate Cancer*

## PHASE 2

- BRENIPATIDE *Tobacco Use Disorder*
- INTEGRIN α4β7 (MORF-057) + MIRIKIZUMAB *UC*
- BRENIPATIDE *Asthma*
- BRENIPATIDE *Bipolar Disorder*
- INTEGRIN α4β7 (MORF-057) *Crohn's Disease*
- TIRZEPATIDE *Higher Doses*
- ELTREKIBART *Ulcerative Colitis*
- GBA1 GENE THERAPY *Gaucher Disease Type 1*
- GS INSULIN RECEPTOR AGONIST *Diabetes*
- MACUPATIDE *Obesity*
- AIPL1 GENE THERAPY *LCA4*
- GIPR AGONIST LA *CINV*
- SIMEPDEKINRA *Psoriasis*
- SOLBINSIRAN *CVD*
- OCADUSERTIB *Rheumatoid Arthritis*
- OTOF GENE THERAPY *Hearing Loss*
- NAPERIGLIPRON *Obesity*
- NISOTIROSTIDE *Diabetes*
- MEVIDALEN *AD Symptomatic*
- INTEGRIN α4β7 (MORF-057) *Ulcerative Colitis*
- EPIREGULIN Ab *Pain*
- GBA1 GENE THERAPY *Parkinson's Disease*
- BIMAGRUMAB *Obesity*
- ELTREKIBART *Hidradenitis Suppurativa*

Removed: CD19 ANTIBODY *MS and RA*; GRN GENE THERAPY *Frontotemporal Dementia*

## PHASE 3

- RETATRUTIDE *MASLD*
- TIRZEPATIDE *MASLD*
- ORFORGLIPRON *CV Outcomes*
- ORFORGLIPRON *PAD*
- TIRZEPATIDE *MMO*
- TIRZEPATIDE *Type 1 Diabetes*
- RETATRUTIDE *Diabetes*
- SELPERCATINIB *Adjuvant RET+ NSCLC*
- RETATRUTIDE *CLBP*
- RETATRUTIDE *CV / Renal Outcomes*
- PIRTOBRUTINIB *R/R CLL Combination*
- PIRTOBRUTINIB *R/R MCL Monotherapy*
- ORFORGLIPRON *Osteoarthritis Pain*
- ORFORGLIPRON *Stress Urinary Incontinence*
- ORFORGLIPRON *Hypertension*
- ORFORGLIPRON *Obstructive Sleep Apnea*
- OLOMORASIB *Adj KRAS G12C+ NSCLC (resected)*
- OLOMORASIB *Adj KRAS G12C+ NSCLC (unresected)*
- MIRIKIZUMAB + TIRZEPATIDE *UC*
- OLOMORASIB *1L KRAS G12C+ NSCLC (PD-L1 high)*
- LEBRIKIZUMAB *CRSwNP*
- MIRIKIZUMAB + TIRZEPATIDE *CD*
- IXEKIZUMAB + TIRZEPATIDE *Psoriasis*
- LEBRIKIZUMAB *AR (perennial allergens)*
- IMLUNESTRANT *Adjuvant Breast Cancer*
- IXEKIZUMAB + TIRZEPATIDE *PsA*
- SOFETABART MIPITECAN (FRα ADC) *PROC*
- DONANEMAB *Preclinical Alzheimer's Disease*
- ELORALINTIDE *Obesity*
- IXO-VEC *wet AMD*
- RETATRUTIDE *Obesity, OA, OSA*
- BRENIPATIDE *AUD*
- OLOMORASIB *1L KRAS G12C+ NSCLC (All PD-L1)*
- REMTERNETUG *Preclinical / MCI AD*
- LEPODISIRAN *ASCVD*
- MUVALAPLIN *ASCVD*

## REG REVIEW

- TIRZEPATIDE *CV Outcomes*
- PIRTOBRUTINIB *1L CLL Monotherapy*
- ORFORGLIPRON *Diabetes*
- ORFORGLIPRON *Obesity*
- INSULIN EFSITORA ALFA *Diabetes*

## APPROVED

- TIRZEPATIDE *Heart Failure pEF*

# Key Events 2025

NEW SINCE LAST UPDATE

## PHASE 3 INITIATIONS

- ✓+ Orforglipron for hypertension and overweight or obesity
- ✓+ Olomorasib for resected adjuvant NSCLC[1]
- ✓+ Muvalaplin for ASCVD[2]
- ✓+ Retatrutide for chronic low back pain and overweight or obesity
- ✓+ Olomorasib for unresected NSCLC[1]
- ✓+ Tirzepatide for type 1 diabetes
- ✓+ Orforglipron for OA[3] pain of the knee and overweight or obesity
- ✓+ Retatrutide and Tirzepatide for MASLD[4]
- ✓+ Orforglipron for SUI[5] and overweight or obesity
- ✓+ Brenipatide for AUD[6]
- ✓+ Orforglipron for cardiovascular outcomes

## REGULATORY SUBMISSIONS

- ✓+ Insulin efsitora alfa for type 2 diabetes [US ✓+ / EU ✓+ / J ✓+ ]
- ✓+ Orforglipron for obesity [US ✓+ / EU ✓+ / J ✓+]
- ✓+ Tirzepatide for cardiovascular outcomes [US✓+]
- ✓+ Pirtobrutinib CLL full approval [US ✓+]
- ✓+ Pirtobrutinib for 1L CLL [US ✓+ /EU ✓+]
- ✓+ Tirzepatide for Pediatric and Adolescent type 2 diabetes [US ✓+/ EU ✓+]

## PHASE 3 DATA DISCLOSURES

- ✓+ Orforglipron for obesity [ATTAIN-1 ✓+ / 2 ✓+]
- ✓+ Orforglipron for type 2 diabetes [ACHIEVE-1 ✓+ / 2 ✓+ / 3 ✓+ / 5 ✓+ ]
- ✓+ Tirzepatide cardiovascular outcomes [SURPASS-CVOT]
- ✓+ Pirtobrutinib 1L CLL vs. BR[7] [BRUIN CLL-313]
- ✓+ Pirtobrutinib 1L CLL vs. ibrutinib [BRUIN CLL-314]
- ✓+ Retatrutide for OA[3] pain of the knee and overweight or obesity [TRIUMPH-4]
- ✓+ Orforglipron for maintenance of body weight reduction [ATTAIN-MAINTAIN]

## REGULATORY ACTIONS

- ✓+ Mirikizumab for Crohn's disease [US ✓+ / EU ✓+ / J ✓+]
- Tirzepatide for HFpEF [US ✓- /EU ✓+]
- ✓+ Tirzepatide for pediatric patients and adolescent T2D [US ✓+/ EU ✓+]
- ✓+ Imlunestrant ER+, HER2- mBC [US ✓+ / J ✓+]
- ✓+ Pirtobrutinib for CLL full approval [US ✓+ / EU ✓+ / J ✓+ ]
- ✓+ Donanemab for early Alzheimer's disease [EU]

[1] Non-small cell lung cancer; [2] Atherosclerotic cardiovascular disease; [3] Osteoarthritis; [4] Metabolic dysfunction-associated steatotic liver disease; [5] Stress Urinary Incontinence; [6] Alcohol use disorder; [7] Bendamustine plus Rituximab

# Potential Key Events 2026

NEW SINCE LAST UPDATE

## PHASE 3 INITIATIONS

- ✓+ Eloralintide for overweight or obesity
- ✓+ Orforglipron for peripheral artery disease
- Vepugratinib for 1L metastatic urothelial cancer
- Tersolisib for advanced breast cancer
- ✓+ Sofetabart Mipitecan for platinum-resistant ovarian cancer
- Sofetabart Mipitecan for platinum-sensitive ovarian cancer
- Brenipatide for major depressive disorder
- Baricitinib for Type 1 Diabetes

## REGULATORY SUBMISSIONS

- Orforglipron for T2D [US / EU ✓+/ J]
- Orforglipron for obstructive sleep apnea and overweight or obesity
- Retatrutide for overweight or obesity
- Retatrutide for obstructive sleep apnea and overweight or obesity
- Retatrutide for osteoarthritis pain of the knee and overweight or obesity
- Pirtobrutinib for R/R CLL combination
- Lebrikizumab for pediatric atopic dermatitis

## PHASE 3 DATA DISCLOSURES

- ✓+ Ixekizumab and Tirzepatide for psoriatic arthritis and overweight or obesity
- Orforglipron for T2D [ACHIEVE-4]
- Orforglipron for obstructive sleep apnea
- Retatrutide for overweight or obesity [TRIUMPH 1/2/3]
- Retatrutide for T2D [TRANSCEND-T2D 1/2/3]
- Lebrikiuzmab for pediatric atopic dermatitis
- Pirtobrutinib for R/R CLL combination [BRUIN-322]

## REGULATORY ACTIONS

- ✓+ Zepbound Kwikpen [US]
- Tirzepatide for cardiovascular outcomes
- Orforglipron for overweight or obesity
- Insulin efsitora alfa for T2D
- Pirtobrutinib for 1L CLL
- Lebrikizumab maintenance dosing once every 8 weeks

# Supplemental Slides



# 2025 Income Statement – Reported

Dollars in millions; except per share data

| | Q4 2025 | Change |
|---|---|---|
| TOTAL REVENUE | $19,292 | 43% |
| GROSS MARGIN | 82.5% | 0.3pp |
| TOTAL OPERATING EXPENSE* | $7,547 | 26% |
| OPERATING INCOME | $8,373 | 63% |
| OPERATING MARGIN | 43.4% | 5.4pp |
| OTHER INCOME (EXPENSE) | $(108) | (2)% |
| EFFECTIVE TAX RATE | 19.7% | 7.2pp |
| NET INCOME | $6,636 | 50% |
| EPS | $7.39 | 51% |

* Includes research and development expense; marketing, selling and administrative; acquired in-process research and development charges; and asset impairment, restructuring and other special charges (as applicable)

# EPS Reconciliation

| | Q4 2025 | Q4 2024 | % Change |
|---|---|---|---|
| EARNINGS PER SHARE (REPORTED) | $7.39 | $4.88 | 51% |
| AMORTIZATION OF INTANGIBLE ASSETS | 0.11 | 0.12 | (8)% |
| ASSET IMPAIRMENT, RESTRUCTURING AND OTHER SPECIAL CHARGES | 0.07 | 0.30 | (77)% |
| NET LOSSES (GAINS) ON INVESTMENTS IN EQUITY SECURITIES | (0.03) | 0.02 | NM |
| EARNINGS PER SHARE (NON-GAAP) | $7.54 | $5.32 | 42% |
| ACQUIRED IPR&D | $0.52 | $0.19 | 174% |

Numbers may not add due to rounding; see slide 24 for more details on these adjustments; NM = not meaningful

# Q4 Non-GAAP Adjustments

## Q4 2025 NON-GAAP INFORMATION HAS BEEN ADJUSTED TO EXCLUDE:

- amortization of intangibles (cost of sales) primarily associated with costs of marketed products acquired or licensed from third parties totaling $124 million (pre-tax), or $0.11 per share (after-tax)
- asset impairment, restructuring and other special charges totaling $84 million (pre-tax), or $0.07 per share (after-tax)
- net gains on investments in equity securities totaling $39 million (pre-tax), or ($0.03) per share (after-tax)

## Q4 2024 NON-GAAP INFORMATION HAS BEEN ADJUSTED TO EXCLUDE:

- asset impairment, restructuring and other special charges totaling $344 million (pre-tax), or $0.30 per share (after-tax)
- amortization of intangibles (cost of sales) primarily associated with costs of marketed products acquired or licensed from third parties totaling $136 million (pre-tax), or $0.12 per share (after-tax)
- net losses on investments in equity securities totaling $17.0 million (pre-tax), or $0.02 per share (after-tax)

# Q4 2025 Mounjaro Sales Increased $3.9B

$ in Millions

## U.S. sales were $4.1 billion
## International sales were $3.3 billion




## U.S. TRx SOM and Market Volume




Source: IQVIA NPA TRx 3MMA, weekly data December 26, 2025; RA = rolling average
TRx data is representative of the injectable incretin type 2 diabetes market

# Q4 2025 Zepbound Sales Increased $2.4B

$ in Millions

**U.S. sales were $4.2 billion**
**International sales were $31 million[1]**




**U.S. TRx SOM and Market Volume**




[1] Tirzepatide is marketed for obesity under the brand name Zepbound in Canada, Japan, and the United States

Source: IQVIA NPA TRx 3MMA, weekly data December 26, 2025; RA = rolling average
TRx data is representative of the branded anti-obesity market

# Q4 2025 Verzenio Sales Increased 3%

$ in Millions

## U.S. sales were $997 million
## International sales were $608 million




## U.S. TRx SOM and Market Volume




Source: IQVIA NPA TRx 3MMA, weekly data December 26, 2025; RA = rolling average

# Select Trials – Brenipatide

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| **NCT07219966** | Alcohol Use Disorder | A Study of Brenipatide in Participants With Moderate-to-Severe Alcohol Use Disorder (RENEW-ALC-1) | 3 | 1100 | Change in Drinking Patterns in Alcohol Use Disorder (AUD) as Assessed by the Timeline Followback Method (TLFB) | Apr 2028 | Apr 2028 |
| **NCT07219953** | Alcohol Use Disorder | A Study of Brenipatide in Participants With Alcohol Use Disorder (RENEW-ALC-2) | 3 | 1100 | Change in Drinking Patterns in Alcohol Use Disorder (AUD) as Assessed by the Timeline Followback Method (TLFB) | Apr 2028 | Apr 2028 |
| **NCT07223840** | Tobacco Use Disorder | A Study of Brenipatide in Adults Who Quit Smoking Cigarettes and Want to Avoid Relapse (RENEW-Smk-1) | 2 | 222 | Percentage of Participants that Achieve Carbon Monoxide (CO)-Confirmed Continuous Abstinence from Cigarette Smoking with Allowed Slips | Feb 2027 | Feb 2027 |
| **NCT07286175** | Bipolar Disorder | A Study of Brenipatide in Adult Participants With Bipolar Disorder (RENEW-Bipolar-1) | 2 | 400 | Time to Relapse Defined as Days from Randomization to the Date on Which the Participant Meets Any Relapse Criterion | Nov 2027 | Nov 2027 |
| **NCT07219173** | Asthma | A Study to Evaluate Brenipatide Compared With Placebo in Adult Participants With Uncontrolled Moderate to Severe Asthma | 2 | 531 | Annualized Asthma Exacerbation Rate Over 52 Weeks of Treatment, To assess the asthma exacerbation rate | Apr 2028 | Jun 2028 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Donanemab

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| **NCT04437511** | Alzheimer's Disease | A Study of Donanemab (LY3002813) in Participants With Early Alzheimer's Disease (TRAILBLAZER-ALZ 2) | 3 | 1736 | Change From Baseline on the Integrated Alzheimer's Disease Rating Scale (iADRS) (Overall Population) | Apr 2023 | Nov 2028 |
| **NCT05738486** | Alzheimer's Disease | A Study of Different Donanemab (LY3002813) Dosing Regimens in Adults With Early Alzheimer's Disease (TRAILBLAZER-ALZ 6) | 3 | 1175 | Percentage of Participants with Any Occurrence of Amyloid-Related Imaging Abnormality-Edema/Effusion (ARIA-E) | May 2024 | May 2027 |
| **NCT05508789** | Alzheimer's Disease | A Study of Donanemab (LY3002813) in Participants With Early Symptomatic Alzheimer's Disease (TRAILBLAZER-ALZ 5) | 3 | 1500 | Change from Baseline on the Integrated Alzheimer's Disease Rating Scale (iADRS) | May 2028 | July 2028 |
| **NCT05026866** | Alzheimer's Disease | A Donanemab (LY3002813) Study in Participants With Preclinical Alzheimer's Disease (TRAILBLAZER-ALZ 3) | 3 | 2996 | Time to Clinical Progression of Composite Endpoint as Measured by Clinical Dementia Rating (CDR) | Nov 2027 | Nov 2027 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Eloralintide

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT07282600 | Obesity | A Study of Eloralintide (LY3841136) in Participants With Obesity or Overweight, and Type 2 Diabetes (ENLIGHTEN-2) | 3 | 1035 | Percent Change from Baseline in Body Weight | Jan 2028 | Feb 2028 |
| NCT06603571 | Obesity | A Study to Investigate Weight Management With LY3841136 and Tirzepatide (LY3298176), Alone or in Combination, in Adult Participants With Obesity or Overweight With Type 2 Diabetes | 2 | 350 | Percent Change from Baseline in Body Weight | Jun 2026 | Aug 2026 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Imlunestrant

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT04975308 | Breast Neoplasms | A Study of Imlunestrant, Investigator's Choice of Endocrine Therapy, and Imlunestrant Plus Abemaciclib in Participants With ER+, HER2- Advanced Breast Cancer (EMBER-3) | 3 | 874 | Investigator-assessed Progression Free Survival (PFS) (Between Arm A and Arm B) | Jun 2024 | Aug 2027 |
| NCT05514054[1] | Breast Neoplasms | A Study of Imlunestrant Versus Standard Endocrine Therapy in Participants With Early Breast Cancer (EMBER-4) | 3 | 8000 | Invasive Disease-Free Survival (IDFS) | Oct 2027 | Mar 2032 |

[1] CT.gov update in progress

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Lebrikizumab

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT05559359 | Atopic Dermatitis | A Study of Lebrikizumab (LY3650150) in Participants 6 Months to <18 Years of Age With Moderate-to-Severe Atopic Dermatitis (ADorable-1) | 3 | 367 | Percentage of Participants with an Investigator Global Assessment (IGA) score 0 or 1 and a Reduction ≥2 points from Baseline | Jan 2026 | Dec 2026 |
| NCT05735483 | Atopic Dermatitis | A Study to Assess the Long-Term Safety and Efficacy of Lebrikizumab (LY3650150) in Participants 6 Months to <18 Years of Age With Moderate-to-Severe Atopic Dermatitis (ADorable-2) | 3 | 310 | Percentage of Participants Discontinued From Study Treatment due to Adverse Events (AEs) | Dec 2027 | Apr 2029 |
| NCT06280716 | Atopic Dermatitis | A Study of Lebrikizumab (LY3650150) With/Without Topical Corticosteroid Treatment in Participants With Moderate-to-Severe Atopic Dermatitis (ADvance-Asia) | 3 | 301 | Percentage of Participants Achieving Eczema Area and Severity Index (EASI-75) ≥75% Reduction in EASI Score for Mono Cohort | Sep 2025 | Aug 2026 |
| NCT06339008 | Perennial Allergic Rhinitis (PAR) | A Study of Lebrikizumab in Adult Participants With Perennial Allergic Rhinitis (PREPARED-1) | 3 | 450 | Mean Change From Baseline (CFBL) in Total Nasal Symptom Score (TNSS) at week 16 | Sep 2026 | Oct 2028 |
| NCT06921759 | Atopic Hand and Foot Dermatitis | A Study to Investigate the Efficacy and Safety of Lebrikizumab in Participants With Moderate-to-Severe Atopic Hand and Foot Dermatitis (ADtouch) | 3 | 206 | Percentage of Participants Achieving a Hand and Foot Investigator Global Assessment (HF-IGA) Score of 0 or 1 with ≥2-point Improvement from Baseline | Jul 2026 | Sep 2026 |
| NCT06338995 | Chronic Rhinosinusitis With Nasal Polyps (CRSwNP) | A Study of Lebrikizumab (LY3650150) in Adult Participants With Chronic Rhinosinusitis and Nasal Polyps Treated With Intranasal Corticosteroids (CONTRAST-NP) | 3 | 510 | Mean Change From Baseline (CFBL) in Participant Reported Nasal Congestion Score (NCS) Severity | May 2027 | Mar 2028 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Lepodisiran

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT06292013 | Atherosclerotic Cardiovascular Disease (ASCVD)[1] | A Study to Investigate the Effect of Lepodisiran on the Reduction of Major Adverse Cardiovascular Events in Adults With Elevated Lipoprotein(a) - ACCLAIM-Lp(a) | 3 | 17300 | Time to First Occurrence of Any Component of the Major Adverse Cardiac Event (MACE)-4 Composite Endpoint | Mar 2029 | Mar 2029 |

[1] Reduction of major adverse cardiovascular events (MACE) in patients with Atherosclerotic Cardiovascular Disease (ASCVD) and those at-risk for ASCVD

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Mirikizumab

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT04232553 | Crohn's Disease | A Long-term Extension Study of Mirikizumab (LY3074828) in Participants With Crohn's Disease (VIVID-2) | 3 | 996 | Percentage of Participants Achieving Endoscopic Response | Nov 2024 | Apr 2027 |
| NCT06937099 | Crohn's Disease | Mirikizumab and Tirzepatide Administered in Adult Participants With Moderately to Severely Active Crohn's Disease and Obesity or Overweight (COMMIT-CD) | 3 | 290 | Percentage of Participants Who Simultaneously Achieve Clinical Remission by Crohn's Disease Activity Index (CDAI), Endoscopic Remission, and at least 10% Weight Reduction | May 2028 | May 2028 |
| NCT03519945 | Ulcerative Colitis | A Study to Evaluate the Long-Term Efficacy and Safety of Mirikizumab in Participants With Moderately to Severely Active Ulcerative Colitis (LUCENT-3) | 3 | 1063 | Percentage of Participants in Clinical Remission | Jul 2026 | Dec 2027 |
| NCT06937086 | Ulcerative Colitis | Mirikizumab Administered at the Same Time as Tirzepatide in Adult Participants With Moderately to Severely Active Ulcerative Colitis and Obesity or Overweight: Phase 3b Study (COMMIT-UC) | 3 | 350 | Percentage of Participants Who Simultaneously Achieve Clinical Remission and at Least 10% Weight Reduction | Apr 2028 | Apr 2028 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Muvalaplin

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT07157774 | Elevated Lp(a) | Assessing the Impact of Muvalaplin on Major Cardiovascular Events in Adults With Elevated Lipoprotein(a) – (MOVE-Lp(a)) | 3 | 10450 | Time to First Occurrence of Any Component of the Major Adverse Cardiac Event (MACE)-4 Composite Endpoint | Mar 2031 | Mar 2031 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Olomorasib

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| **NCT06119581** | Carcinoma, Non-Small-Cell Lung | A Study of First-Line Olomorasib (LY3537982) and Pembrolizumab With or Without Chemotherapy in Patients With Advanced KRAS G12C-Mutant Non-small Cell Lung Cancer (SUNRAY-01) | 3 | 1016 | Dose Optimization and Safety Lead-In Part B: Number of Participants with a Treatment Emergent Adverse Event(s) (TEAE) | Oct 2026 | Oct 2029 |
| **NCT06890598**[1] | Carcinoma, Non-Small-Cell Lung | Study of Olomorasib (LY3537982) in Combination With Standard of Care in Participants With Resected or Unresectable KRAS G12C-mutant Non-Small Cell Lung Cancer (SUNRAY-02) | 3 | 700 | Part A: Disease-Free Survival (DFS) by Investigator Assessment | May 2029 | Feb 2032 |
| **NCT04956640**[2] | Carcinoma, Non-Small-Cell Lung | Study of LY3537982 in Cancer Patients With a Specific Genetic Mutation (KRAS G12C) | 1\|2 | 540 | Phase 1a: To determine the recommended phase 2 dose (RP2D) of LY3537982 monotherapy | Apr 2027 | Apr 2027 |

[1] Also lists AstraZeneca; [2] Also lists Merck Sharp & Dohme LLC

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Orforglipron

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT05803421 | Type 2 Diabetes | A Study of Daily Oral Orforglipron (LY3502970) Compared With Insulin Glargine in Participants With Type 2 Diabetes and Obesity or Overweight at Increased Cardiovascular Risk (ACHIEVE-4) | 3 | 2749 | Time to First Occurrence of Any Major Adverse Cardiovascular Event (MACE-4) [Myocardial Infarction (MI), Stroke, Hospitalization for Unstable Angina, or Cardiovascular (CV) Death] | Mar 2026 | Mar 2026 |
| NCT06948422 | Hypertension | A Master Protocol for Orforglipron (LY3502970) in Participants With Hypertension and Obesity or Overweight: (ATTAIN-Hypertension) | 3 | 974 | Change from baseline in systolic blood pressure | Sep 2027 | Sep 2027 |
| NCT05869903 | Obesity | A Study of Orforglipron (LY3502970) in Adult Participants With Obesity or Overweight With Weight-Related Comorbidities (ATTAIN-1) | 3 | 3127 | Mean Percent Change from Baseline in Body Weight | Jul 2025 | Oct 2027 |
| NCT06672939 | Obesity | A Study of Orforglipron (LY3502970) in Adolescent Participants With Obesity, or Overweight With Related Comorbidities | 3 | 125 | Percent Change from Baseline in Body Mass Index (BMI) | Feb 2027 | Mar 2027 |
| NCT06972472 | Obesity | A Study of Orforglipron (LY3502970) in Participants With Obesity or Overweight and Type 2 Diabetes | 3 | 600 | Change from Baseline in Hemoglobin A1c (HbA1c) | Jan 2027 | Aug 2027 |
| NCT06972459 | Obesity | A Study of Orforglipron (LY3502970) in Participants With Obesity or Overweight and at Least One Weight-Related Comorbidity | 3 | 600 | Percent Change from Baseline in Body Weight | Jan 2027 | Aug 2027 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Orforglipron (Cont.)

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT06649045 | OSA | A Master Protocol for Orforglipron in Participants With Obstructive Sleep Apnea and Obesity or Overweight (ATTAIN-OSA) | 3 | 600 | Change from Baseline in Apnea-Hypopnea Index (AHI) | Nov 2026 | Jan 2027 |
| NCT07153471 | Osteoarthritis | A Study of Orforglipron (LY3502970) in Participants With Obesity or Overweight and Osteoarthritis (OA) of the Knee (ATTAIN-OA PAIN) | 3 | 800 | Change from Baseline in the Western Ontario and McMaster Universities Osteoarthritis Index (WOMAC) Pain Subscale Score | Apr 2028 | May 2028 |
| NCT07202884 | Stress Urinary Incontinence | A Study of Orforglipron in Female Participants With Stress Urinary Incontinence Who Have Obesity or Overweight (RESTRAIN-SUI) | 3 | 1000 | Change from Baseline in Incontinence Episode Frequency (IEF) | Mar 2028 | Mar 2028 |
| NCT07241390 | Atherosclerosis Cardiovascular Disease | A Study of Orforglipron (LY3502970) on Cardiovascular Outcomes in Adults With Atherosclerotic Cardiovascular Disease and/or Chronic Kidney Disease (ATTAIN-Outcomes) | 3 | 7140 | Time to First Occurrence of Composite Endpoint of Major Cardiovascular Events | Aug 2031 | Aug 2031 |
| NCT07223593 | Peripheral Arterial Disease | Efficacy and Safety of Orforglipron in Participants With Peripheral Artery Disease (ATTAIN-PAD) | 3 | 1205 | Percent Change from Baseline in Maximum Walking Distance | Jun 2028 | Jun 2028 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Pirtobrutinib

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| **NCT04666038** | Chronic Lymphocytic Leukemia | Study of LOXO-305 (Pirtobrutinib) Versus Investigator's Choice (Idelalisib Plus Rituximab or Bendamustine Plus Rituximab) in Patients With Previously Treated Chronic Lymphocytic Leukemia (CLL)/Small Lymphocytic Lymphoma (SLL) (BRUIN CLL-321) | 3 | 238 | Progression-free Survival (PFS) Assessed by Independent Review Committee (IRC) | Aug 2023 | May 2027 |
| **NCT05023980** | Chronic Lymphocytic Leukemia | A Study of Pirtobrutinib (LOXO-305) Versus Bendamustine Plus Rituximab (BR) in Untreated Patients With Chronic Lymphocytic Leukemia (CLL)/Small Lymphocytic Lymphoma (SLL) (BRUIN CLL-313) | 3 | 309 | To evaluate progression-free survival (PFS) of pirtobrutinib (Arm A) compared to bendamustine and rituximab (Arm B) | Jul 2025 | Oct 2027 |
| **NCT04965493** | Chronic Lymphocytic Leukemia | A Trial of Pirtobrutinib (LOXO-305) Plus Venetoclax and Rituximab (PVR) Versus Venetoclax and Rituximab (VR) in Previously Treated Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma (CLL/SLL) (BRUIN CLL-322) | 3 | 600 | To evaluate progression-free survival (PFS) of pirtobrutinib plus venetoclax and rituximab (Arm A) compared to venetoclax and rituximab (Arm B) | Oct 2026 | Oct 2027 |
| **NCT05254743** | Chronic Lymphocytic Leukemia | A Study of Pirtobrutinib (LOXO-305) Versus Ibrutinib in Participants With Chronic Lymphocytic Leukemia (CLL)/Small Lymphocytic Lymphoma (SLL) (BRUIN CLL-314) | 3 | 662 | Percentage of Participants Achieving Complete Response (CR), Complete Remission with Incomplete Hematologic Recovery (Cri), Nodular Partial Remission (nPR) or Partial Response (PR): Overall Response Rate (ORR) Part 1 | Jun 2025 | Jan 2028 |
| **NCT04662255** | Lymphoma, Mantle-Cell | Study of BTK Inhibitor LOXO-305 Versus Approved BTK Inhibitor Drugs in Patients With Mantle Cell Lymphoma (MCL) (BRUIN MCL-321) | 3 | 500 | To compare progression-free survival (PFS) of pirtobrutinib as monotherapy (Arm A) to investigator choice of covalent BTK inhibitor monotherapy (Arm B) in patients with previously treated mantle cell lymphoma (MCL) | Jan 2027 | Apr 2028 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Pirtobrutinib (Cont.)

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT07162181 | Non-Hodgkin Lymphoma | Long-Term Safety of Pirtobrutinib in Participants With Previously Treated Types of Blood Cancers | 2 | 13 | Percentage of Participants with Grade 3 or Higher Treatment-emergent Adverse Events | May 2030 | May 2030 |
| NCT06721013 | Immune Thrombocytopenia (ITP) | A Study of Pirtobrutinib in Participants With Immune Thrombocytopenia | 1\|2 | 58 | Ph. 1 - Number of Participants with One or More Treatment Emergent Adverse Events (TEAEs) and Serious Adverse Event(s) (SAEs) Considered by the Investigator to be Related to Study Drug Administration | Dec 2026 | Feb 2027 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Remternetug

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT05463731 | Alzheimer's Disease | A Study of Remternetug (LY3372993) in Participants With Alzheimer's Disease (TRAILRUNNER-ALZ 1) | 3 | 1667 | Percentage of Participants Who Reach Amyloid Plaque Clearance on Amyloid PET Scan for Remternetug versus Placebo | Apr 2024 | Mar 2026 |
| NCT06653153 | Alzheimer's Disease | A Study of Remternetug (LY3372993) in Early Alzheimer's Disease (TRAILRUNNER-ALZ 3) | 3 | 1400 | Time to Clinically Meaningful Progression as Measured by Clinical Dementia Rate Scale (CDR) | Apr 2029 | Oct 2030 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Retatrutide

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT05929066 | Obesity | A Study of Retatrutide (LY3437943) in Participants Who Have Obesity or Overweight (TRIUMPH-1) | 3 | 2300 | Percent Change From Baseline in Body Weight | Apr 2026 | May 2026 |
| NCT05929079 | Obesity | A Study of Retatrutide (LY3437943) in Participants With Type 2 Diabetes Mellitus Who Have Obesity or Overweight (TRIUMPH-2) | 3 | 1000 | Percent Change from Baseline in Body Weight | May 2026 | May 2026 |
| NCT05882045 | Obesity | A Study of Retatrutide (LY3437943) in Participants With Obesity and Cardiovascular Disease (TRIUMPH-3) | 3 | 1800 | Percent Change from Baseline in Body Weight | Apr 2026 | May 2026 |
| NCT06383390 | Obesity | The Effect of Retatrutide Once Weekly on Cardiovascular Outcomes and Kidney Outcomes in Adults Living With Obesity (TRIUMPH-OUTCOMES) | 3 | 10000 | Time to First Occurrence of Composite Endpoints | Feb 2029 | Feb 2029 |
| NCT06662383 | Obesity | A Study of Retatrutide (LY3437943) Compared to Tirzepatide (LY3298176) in Adults Who Have Obesity (TRIUMPH-5) | 3 | 800 | Percent Change from Baseline in Body Weight | Dec 2026 | Dec 2026 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Retatrutide (Cont.)

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT07035093 | Obesity | A Study of Retatrutide (LY3437943) in Participants Who Have Obesity or Overweight and Chronic Low Back Pain (TRIUMPH-7) | 3 | 586 | Percent Change from Baseline in Body Weight \| Change from Baseline in Pain Intensity Per Numeric Rating Scale | Sep 2027 | Sep 2027 |
| NCT06859268 | Obesity | A Study of Retatrutide (LY3437943) in the Maintenance of Weight Reduction in Individuals With Obesity (TRIUMPH-6) | 3 | 643 | Percent Change from Baseline in Body Weight | Apr 2028 | Apr 2028 |
| NCT06354660 | Type 2 Diabetes | Effect of Retatrutide Compared With Placebo in Adult Participants With Type 2 Diabetes and Inadequate Glycemic Control With Diet and Exercise Alone (TRANSCEND-T2D-1) | 3 | 480 | Change from Baseline in Hemoglobin A1c (HbA1c) | Jan 2026 | Feb 2026 |
| NCT06260722 | Type 2 Diabetes | Effect of Retatrutide Compared With Semaglutide in Adult Participants With Type 2 Diabetes and Inadequate Glycemic Control With Metformin With or Without SGLT2 Inhibitor (TRANSCEND-T2D-2) | 3 | 1250 | Change from Baseline in Hemoglobin A1c (HbA1c) | Aug 2026 | Jan 2027 |
| NCT06297603 | Type 2 Diabetes | Effect of Retatrutide Compared With Placebo in Participants With Type 2 Diabetes and Moderate or Severe Renal Impairment, With Inadequate Glycemic Control on Basal Insulin, With or Without Metformin and/or SGLT2 Inhibitor (TRANSCEND-T2D-3) | 3 | 320 | Change from Baseline in Hemoglobin A1c (HbA1c) | Oct 2026 | Nov 2026 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Retatrutide (Cont.)

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT06982846 | Type 2 Diabetes Mellitus | A Study to Investigate the Response of Participants With Type 2 Diabetes Mellitus on Once-Weekly Retatrutide to Hypoglycemia | 1 | 78 | Time-to-Event of Recovery of Plasma Glucose (PG) Concentration from 48 Milligram per Deciliter (48 mg/dL) to 70 mg/dL (tPG_nadir-70 mg/dL) | May 2026 | May 2026 |
| NCT06982859 | Diabetes Mellitus | A Study to Evaluate the Effect of Retatrutide on Insulin Secretion and Insulin Sensitivity in Adult Participants With Type 2 Diabetes Mellitus | 1 | 95 | Change from Baseline in Total Clamp Disposition Index (cDI) for Comparison of Retatrutide With Placebo | Nov 2026 | Nov 2026 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Retevmo

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| **NCT04211337** | Medullary Thyroid Cancer | A Study of Selpercatinib (LY3527723) in Participants With RET-Mutant Medullary Thyroid Cancer (LIBRETTO-531) | 3 | 291 | Progression Free Survival (PFS) by Blinded Independent Central Review (BICR) | May 2023 | Feb 2026 |
| **NCT04194944** | Non-Small Cell Lung Cancer | A Study of Selpercatinib (LY3527723) in Participants With Advanced or Metastatic RET Fusion-Positive Non-Small Cell Lung Cancer (LIBRETTO-431) | 3 | 261 | Progression Free Survival (PFS) by Blinded Independent Central Review (BICR) (With Pembrolizumab) | May 2023 | Jun 2030 |
| **NCT03157128** | Non-Small Cell Lung Cancer | A Study of Selpercatinib (LOXO-292) in Participants With Advanced Solid Tumors, RET Fusion-Positive Solid Tumors, and Medullary Thyroid Cancer (LIBRETTO-001) | 1\|2 | 857 | Phase 1: MTD, Incidence rate and category of dose limiting toxicities (DLTs) during the first 28-day cycle of LOXO-292 (selpercatinib) treatment | Feb 2025 | Feb 2027 |
| **NCT04819100** | Carcinoma, Non-Small-Cell Lung | A Study of Selpercatinib After Surgery or Radiation in Participants With Non-Small Cell Lung Cancer (NSCLC) (LIBRETTO-432) | 3 | 152 | Event-Free Survival (EFS), EFS by Investigator Assessment in the Primary Analysis Population | Jan 2026 | Apr 2028 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Sofetabart Mipitecan (FRa ADC)

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| **NCT07213804** | Ovarian Neoplasms | A Two-Part Phase 3 Study of Sofetabart Mipitecan (LY4170156) in Participants With Platinum-Resistant (Part A) and Platinum-Sensitive (Part B) Ovarian Cancer (FRAmework-01) | 3 | 1080 | Progression-free Survival (PFS), PFS per Response Evaluation Criteria in Solid Tumors (RECIST) v1.1 by Investigator | Apr 2028 | Aug 2031 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Taltz

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT06588283 | Psoriasis | Ixekizumab Concomitantly Administered With Tirzepatide in Adults With Moderate-to-Severe Plaque Psoriasis and Obesity or Overweight (TOGETHER-PsO) | 3 | 250 | Percentage of Participants Who Simultaneously Achieved Psoriasis Area and Severity Index (PASI) 100 and At Least 10% Weight Reduction | Jan 2026 | May 2026 |
| NCT06588296 | Psoriatic Arthritis | Ixekizumab Concomitantly Administered With Tirzepatide in Adults With Psoriatic Arthritis and Obesity or Overweight (TOGETHER-PsA) | 3 | 279 | Percentage of Participants Who Simultaneously Achieved American College of Rheumatology (ACR) ACR50 and at Least a 10% Weight Reduction | Nov 2025 | Apr 2026 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Tirzepatide

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT06047548 | Obesity | A Study of LY3298176 (Tirzepatide) For the Maintenance of Body Weight Reduction in Participants Who Have Obesity or Overweight With Weight-Related Comorbidities (SURMOUNT-MAINTAIN) | 3 | 400 | Percent Maintenance of Body Weight (BW) Reduction Achieved during the 60-Week Weight Loss Period | May 2026 | May 2026 |
| NCT06075667 | Obesity | A Study of Tirzepatide (LY3298176) Once Weekly in Adolescent Participants Who Have Obesity or Overweight With Weight-Related Comorbidities (SURMOUNT-ADOLESCENTS) | 3 | 150 | Percent Change from Baseline in Body Mass Index (BMI) | May 2026 | Jul 2029 |
| NCT06439277 | Obesity | A Study of Tirzepatide in Adolescents With Obesity and Weight-Related Comorbidities (SURMOUNT-ADOLESCENTS-2) | 3 | 300 | Percent Change from Baseline in Body Mass Index (BMI) | Oct 2027 | Dec 2030 |
| NCT05556512 | Obesity | A Study of Tirzepatide (LY3298176) on the Reduction on Morbidity and Mortality in Adults With Obesity (SURMOUNT-MMO) | 3 | 15374 | Time to First Occurrence of Any Component Event of Composite (All-Cause Death, Nonfatal Myocardial Infarction (MI), Nonfatal Stroke, Coronary Revascularization, or Heart Failure Events) | Oct 2027 | Oct 2027 |
| NCT07165028 | MASLD | A Master Protocol of Multiple Agents in Adults With Metabolic Dysfunction-Associated Steatotic Liver Disease (SYNERGY-Outcomes) | 3 | 4500 | Time to First Occurrence of Any Component of the Composite Endpoint for Major Adverse Liver Outcomes (MALO) | Aug 2030 | Aug 2032 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Tirzepatide (Cont.)

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT06914895[1] | Type 1 Diabetes | A Study of Tirzepatide (LY3298176) Compared With Placebo in Adults With Type 1 Diabetes and Obesity or Overweight | 3 | 905 | Change from Baseline in Hemoglobin A1c (HbA1c) | May 2027 | May 2027 |
| NCT06962280[1] | Type 1 Diabetes | A Long-Term Study of Tirzepatide (LY3298176) in Adults With Type 1 Diabetes and Obesity or Overweight | 3 | 465 | Change from Baseline in Hemoglobin A1c (HbA1c) | Apr 2027 | Dec 2027 |
| NCT06037252 | Type 2 Diabetes | A Study of Investigational Tirzepatide (LY3298176) Doses in Participants With Type 2 Diabetes and Obesity | 2 | 350 | Percent Change From Baseline in Body Weight | Jan 2026 | Oct 2026 |
| NCT05536804 | CKD | A Study of Tirzepatide (LY3298176) in Participants With Overweight or Obesity and Chronic Kidney Disease With or Without Type 2 Diabetes (TREASURE-CKD) | 2 | 140 | Change from Baseline in Kidney Oxygenation in Participants With or Without T2D | Sep 2026 | Oct 2026 |

[1] CT.gov update in progress

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Verzenio

*Source: clinicaltrials.gov, January 23, 2026*

| Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|
| NCT03155997[1] | Breast Cancer | Endocrine Therapy With or Without Abemaciclib (LY2835219) Following Surgery in Participants With Breast Cancer (monarchE) | 3 | 5637 | Invasive Disease-Free Survival (IDFS) | Mar 2020 | May 2029 |
| NCT05169567 | Breast Neoplasm | Abemaciclib (LY2835219) Plus Fulvestrant Compared to Placebo Plus Fulvestrant in Previously Treated Breast Cancer (postMonarch) | 3 | 368 | Progression-Free Survival (PFS) | Feb 2024 | Dec 2027 |

[1] Also lists NSABP Foundation Inc

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Early Phase Cardiometabolic Health

*Source: clinicaltrials.gov, January 23, 2026*

| Molecule | Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|---|
| **Bimagrumab** | NCT07030127 | Healthy | A Study of LY3985863 in Healthy Participants | 1 | 24 | Number of Participants with One or More Treatment Emergent Adverse Events (TEAEs) and Serious Adverse Event(s) (SAEs) Considered by the Investigator to be Related to Study Drug Administration | Apr 2026 | Apr 2026 |
| **Bimagrumab** | NCT06643728 | Obesity | A Study to Investigate Weight Management With Bimagrumab (LY3985863) and Tirzepatide (LY3298176), Alone or in Combination, in Adults With Obesity or Overweight | 2 | 240 | Percent Change from Baseline in Body Weight | Apr 2026 | Jan 2027 |
| **GGG Tri-Agonist III** | NCT06945419 | Healthy | A Study of LY4086940 in Healthy Participants and Participants With Overweight or Obesity, With or Without Type 2 Diabetes | 1 | 201 | Number of Participants with One or More Serious Adverse Events (SAE) Considered by the Investigator to be Related to Study Drug Administration | Apr 2026 | Apr 2026 |
| **GS Insulin Receptor Agonist** | NCT07215312 | Type 2 Diabetes Mellitus | A Study of LY3938577 in Participants With Type 2 Diabetes Previously Treated With Basal Insulin | 2 | 100 | Change from Baseline in Glucose Time in Range Between 70 and 180 mg/dL Inclusive (Non-Inferiority Analysis) | Nov 2026 | Dec 2026 |
| **GS Insulin Receptor Agonist** | NCT06280703 | Healthy | A Study of LY3938577 in Healthy Participants and Participants With Type 1 Diabetes Mellitus (T1DM) | 1 | 118 | Part A: Number of participants with one or more Adverse Event (s) (AEs), and Serious Adverse Event(s) (SAEs) considered by the investigator to be related to study drug administration | Sep 2026 | Sep 2026 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Early Phase Cardiometabolic Health (Cont.)

*Source: clinicaltrials.gov, January 23, 2026*

| Molecule | Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|---|
| **LA-ANP** | **NCT06148272** | Healthy | A Study of LY3971297 in Healthy Participants | 1 | 225 | Part A and F: Number of Participants with One or More Treatment Emergent Adverse Events (TEAEs) and Serious Adverse Event(s) (SAEs) Considered by the Investigator to be Related to Study Drug Administration | Sep 2026 | Sep 2026 |
| **Macupatide** | **NCT07215559** | Obesity | A Study of Macupatide (LY3532226) and Eloralintide (LY3841136), Alone or in Combination, in Adults With Obesity or Overweight and With Type 2 Diabetes | 2 | 200 | Percent Change from Baseline in Body Weight | Mar 2027 | May 2027 |
| **Nisotirostide** | **NCT06897475** | Type 2 Diabetes | A Study of LY3457263 Compared With Placebo in Participants With Type 2 Diabetes on a Stable Dose of Semaglutide or Tirzepatide | 2 | 240 | Change from Baseline in Hemoglobin A1c (HbA1c) | Dec 2026 | Jan 2027 |
| **Naperiglipron** | **NCT06683508** | Obesity | A Study to Investigate Weight Management With LY3549492 Compared With Placebo in Adult Participants With Obesity or Overweight | 2 | 275 | Percent Change from Baseline in Body Weight | Apr 2026 | Sep 2026 |
| **PNPLA3 siRNA** | **NCT05395481** | Metabolic Dysfunction-associated Steatotic Liver Disease (MASLD) | A Single-Ascending and Repeated Dose Study of LY3849891 in Participants With Metabolic Dysfunction-Associated Steatotic Liver Disease (MASLD) | 1 | 176 | Part A: Number of Participants with One or More Treatment Emergent Adverse Events (TEAEs) and Adverse Event(s) (AEs) Considered by the Investigator to be Related to Study Drug Administration | May 2026 | May 2026 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Early Phase Cardiometabolic Health (Cont.)

*Source: clinicaltrials.gov, January 23, 2026*

| Molecule | Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|---|
| **Solbinsiran** | **NCT07269210** | Severe Hypertriglyceridemia | A Phase 2, Randomized, Double-Blind, Placebo-Controlled Study to Investigate the Efficacy and Safety of LY3561774 (Solbinsiran) in Adults With Severe Hypertriglyceridemia | 2 | 60 | Change from Baseline in Triglycerides | Mar 2027 | Aug 2027 |
| **ANGPTL3 EDITOR ASCVD** | **NCT06451770** | Hypercholesterolemia | Phase 1b Study of VERVE-201 in Patients With Refractory Hyperlipidemia | 1 | 36 | Incidence of treatment-emergent adverse events (TEAEs) and serious adverse events (SAEs) | Dec 2027 | Dec 2027 |
| **PCSK9 EDITOR ASCVD** | **NCT06164730** | Heterozygous Familial Hypercholesterolemia | A Study of VERVE-102 in Patients with Familial Hypercholesterolemia or Premature Coronary Artery Disease | 1 | 85 | Incidence of treatment-emergent adverse events (TEAEs) and serious adverse events (SAEs) | Aug 2026 | Aug 2027 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Early Phase Immunology

*Source: clinicaltrials.gov, January 23, 2026*

| Molecule | Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|---|
| **Eltrekibart** | **NCT06046729** | Hidradenitis Suppurativa | A Study of Eltrekibart (LY3041658) in Adult Participants With Moderate to Severe Hidradenitis Suppurativa | 2 | 352 | Percentage of Participant Achieving Hidradenitis Suppurativa Clinical Response 50 (HiSCR50) | Sep 2025 | Aug 2026 |
| **Eltrekibart** | **NCT06598943** | Ulcerative Colitis | A Study of Eltrekibart and Mirikizumab in Adult Patients With Moderately to Severely Active Ulcerative Colitis | 2 | 140 | Percentage of Participants Achieving Clinical Remission | Dec 2027 | Sep 2028 |
| **INTEGRIN α4β7 (MORF-057)** | **NCT05611671** | Ulcerative Colitis | A Study to Evaluate MORF-057 in Adults with Moderately to Severely Active UC (EMERALD-2) | 2 | 280 | Proportion of participants in clinical remission at Week 12 as determined using the Modified Mayo Clinic Score (mMCS) | Nov 2024 | Aug 2026 |
| **INTEGRIN α4β7 (MORF-057)** | **NCT07186101** | Ulcerative Colitis | LY4268989 (MORF-057) Co-Administered With Mirikizumab in Adults With Moderately to Severely Active Ulcerative Colitis (TOPAZ-UC) | 2 | 252 | Percentage of Participants Who Achieve Clinical Remission with Modified Mayo Score (mMS) | May 2027 | Mar 2029 |
| **INTEGRIN α4β7 (MORF-057)** | **NCT06226883** | Crohn's Disease | A Phase 2 Study to Evaluate MORF-057 in Adults With Moderately to Severely Active Crohn's Disease (GARNET) | 2 | 385 | Proportion of participants with endoscopic response at Week 14 determined using the Simple Endoscopic Score-CD (SES-CD) | Nov 2026 | Aug 2028 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Early Phase Immunology (Cont.)

*Source: clinicaltrials.gov, January 23, 2026*

| Molecule | Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|---|
| **Ocadusertib**[1] | **NCT05848258** | Rheumatoid Arthritis | An Adaptive Phase 2a/2b Study of LY3871801 in Adult Participants With Rheumatoid Arthritis | 2 | 380 | Phase 2a: Change from Baseline in Disease Activity Score - high-sensitivity C-reactive protein (DAS28-hsCRP) | Feb 2026 | Jul 2026 |

[1] Also lists Rigel Pharmaceuticals

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Early Phase Neuroscience

*Source: clinicaltrials.gov, January 23, 2026*

| Molecule | Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|---|
| **Anti-VEGF Gene Therapy** | **NCT06517888** | Vestibular Schwannoma | Anti-VEGF Gene Therapy Trial for Vestibular Schwannoma | 1\|2 | 27 | AEs with relationship to the investigational medicinal product and/or to the administration procedure (including the delivery device) | Aug 2029 | Aug 2029 |
| **Epiregulin Ab** | **NCT06568042** | Neuropathic Pain | Effects of LY3848575 Versus Placebo in Participants With Painful Distal Sensory Polyneuropathy | 2 | 450 | Mean Change from Baseline in Average Pain Intensity Numeric Rating Scale (API-NRS) | Jun 2026 | Sep 2026 |
| **GBA1 Gene Therapy** | **NCT04127578** | Parkinson's Disease | Phase 1/2a Clinical Trial of PR001 (LY3884961) in Patients With Parkinson's Disease With at Least One GBA1 Mutation (PROPEL) | 1\|2 | 32 | Cumulative number of Treatment-Emergent Adverse Events (TEAEs) and Serious Adverse Events (SAEs) | Dec 2030 | Dec 2030 |
| **GBA1 Gene Therapy** | **NCT05487599** | Gaucher Disease | A Clinical Trial of PR001 (LY3884961) in Patients With Peripheral Manifestations of Gaucher Disease (PROCEED) | 1\|2 | 15 | Incidence and severity of Treatment-emergent Adverse Events (TEAEs) and Serious Adverse Events (SAEs) | Nov 2031 | Nov 2031 |
| **MAPT siRNA** | **NCT06297590** | Alzheimer's Disease | A First-In-Human Study of LY3954068 in Participants With Early Symptomatic Alzheimer's Disease | 1 | 48 | Number of participants with one or more Adverse Event (s) (AEs), Treatment Emergent Adverse Events (TEAEs) and Serious Adverse Event(s) (SAEs) considered by the investigator to be related to study drug administration | Feb 2027 | Feb 2027 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Early Phase Neuroscience (Cont.)

*Source: clinicaltrials.gov, January 23, 2026*

| Molecule | Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|---|
| **Mazdutide** | **NCT06817356** | Alcohol Use Disorder | A Study to Evaluate Mazdutide Compared With Placebo in Participants With Alcohol Use Disorder | 2 | 300 | Behaviors Associated with Alcohol Use Disorder (AUD) as Assessed by the Timeline Followback Method | Aug 2026 | Aug 2026 |
| **Mevidalen** | **NCT06538116** | Alzheimer's Disease | A Study of Mevidalen (LY3154207) in Participants With Alzheimer's Disease | 2 | 300 | Change from Baseline in Integrated Alzheimer's Disease Rating Scale (iADRS) | May 2026 | May 2026 |
| **Nav1.8 INH** | **NCT07339722** | Healthy | A Study of LY4515100 in Healthy Participants | 1 | 40 | Number of participants with one or more serious adverse event(s) (SAEs) of LY4515100 | Jul 2026 | Jul 2026 |
| **OTOF Gene Therapy** | **NCT05821959** | Sensorineural Hearing Loss, Bilateral | Gene Therapy Trial for Otoferlin Gene-mediated Hearing Loss | 1\|2 | 22 | Frequency of Adverse Events (AEs) | Oct 2028 | Oct 2028 |
| **SNCA siRNA** | **NCT06565195** | Parkinson's Disease | A Clinical Trial of LY3962681 in Healthy Volunteers and in Patients With Parkinson's Disease (PROSPECT) | 1 | 108 | Incidence of Serious Adverse Events (SAEs) | May 2029 | May 2029 |
| **UNC13A SSO ALS** | **NCT07100119** | Amyotrophic Lateral Sclerosis | A Study of LY4256984 in Participants With Sporadic Amyotrophic Lateral Sclerosis | 1 | 32 | Number of Participants with One or More Treatment Emergent Adverse Events (TEAEs), Serious Adverse Event(s) (SAEs), and Adverse Event(s) (AEs) Considered by the Investigator to be Related to Study Drug Administration | Aug 2027 | Sep 2027 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Early Phase Oncology

*Source: clinicaltrials.gov, January 23, 2026*

| Molecule | Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|---|
| **GIPR Agonist LA** | **NCT07169851** | Nausea | A Study to Evaluate LY3537021 for the Treatment of Nausea and Vomiting Caused by Chemotherapy in Adults With Cancer | 2 | 204 | Proportion of Participants with a Complete Response (CR) in the Delayed Phase of CINV | Sep 2026 | Sep 2026 |
| **KRAS G12D** | **NCT06586515** | Pancreatic Ductal Adenocarcinoma | A Study of LY3962673 in Participants With KRAS G12D-Mutant Solid Tumors (MOONRAY-01) | 1 | 630 | Number of Participants with One or More Treatment Emergent Adverse Events (TEAEs) and Serious Adverse Event(s) (SAEs) Considered by the Investigator to be Related to Study Drug Administration | Mar 2029 | Mar 2029 |
| **Nectin-4 ADC 1** | **NCT06238479** | Metastatic Solid Tumor | A Study of LY4101174 in Participants With Recurrent, Advanced or Metastatic Solid Tumors (EXCEED) | 1 | 490 | Phase 1a: To determine the recommended dose of LY4101174: Number of participants with dose-limiting toxicities (DLTs) | Mar 2027 | Mar 2027 |
| **Nectin-4 ADC 2** | **NCT06465069** | Metastatic Solid Tumor | A Study of LY4052031 in Participants With Advanced or Metastatic Urothelial Cancer or Other Solid Tumors | 1 | 420 | Phase 1a: To determine the recommended phase 2 dose (RP2D) optimal dose(s) of LY4052031 | May 2027 | May 2027 |
| **PAN KRAS** | **NCT06607185** | Pancreatic Ductal Adenocarcinoma | A Study of the Pan-KRAS Inhibitor LY4066434 in Participants With KRAS Mutant Solid Tumors | 1 | 750 | Number of Participants with Dose-limiting Toxicities (DLTs) | Jan 2030 | Jan 2030 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Select Trials – Early Phase Oncology (Cont.)

*Source: clinicaltrials.gov, January 23, 2026*

| Molecule | Study | Indication* | Title | Phase | Patients | Primary Outcome** | Primary Completion | Completion |
|---|---|---|---|---|---|---|---|---|
| **SMARCA2 (BRM)** | **NCT06561685** | Metastatic Solid Tumor | A Study of LY4050784 in Participants With Advanced or Metastatic Solid Tumors | 1 | 340 | Phase 1a: Number of Participants with One or More Treatment Emergent Adverse Events (TEAEs), Serious Adverse Event(s) (SAEs), and Adverse Event(s) (AEs) | Oct 2027 | Oct 2027 |
| **TERSOLISIB (PI3Kα INH (STX-478)** | **NCT05768139** | Breast Cancer | First-in-Human Study of STX-478 as Monotherapy and in Combination With Other Antineoplastic Agents in Participants With Advanced Solid Tumors (PIKALO-1) | 1\|2 | 720 | Number of participants who experience at least 1 Dose Limiting Toxicity (DLT) | Jul 2030 | Jul 2030 |
| **PTK7 ADC** | **NCT07046923** | Carcinoma, Non-Small-Cell Lung | A Study of LY4175408 in Participants With Advanced Cancer | 1 | 240 | Phase 1a-Number of Participants with Dose Limiting Toxicities of LY4175408 | Jul 2030 | Jul 2030 |
| **VEPUGRATINIB** | **NCT05614739** | Urinary Bladder Neoplasms | A Study of LOXO-435 (LY3866288) in Participants With Cancer With a Change in a Gene Called FGFR3 (FORAGER-1) | 1 | 535 | Phase 1a: To determine the recommended dose of LOXO-435: Safety, number of participants with dose-limiting toxicities (DLTs) | Jun 2027 | Jun 2027 |

* Molecule may have multiple indications. ** Trial may have additional primary and other secondary outcomes

# Trademarks

**All trademarks and trade names referred to in this earnings update are the property of the company, or, to the extent trademarks or trade names belonging to other companies are referenced in this earnings update, the property of their respective owners. Solely for convenience, the trademarks and trade names in this earnings update are referred to without the ® and ™ symbols, but such references should not be construed as any indicator that the company or, to the extent applicable, their respective owners will not assert, to the fullest extent under applicable law, the company's or their rights thereto. We do not intend the use or display of other companies' trademarks and trade names to imply a relationship with, or endorsement or sponsorship of us by, any other companies.**