# Potter Declaration
# Exhibit 24

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GROUP HEALTH INCORPORATED,

Plaintiff,

-v-

DISPENSING PHYSICIAN CONSULTANTS, INC., d/b/a IRA'S DISCOUNT PHARMACY and PHARMACY DISTRIBUTOR SERVICES, INC.,

Defendants.

12 Civ. 682 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The Court having been advised by the attached letter that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. The joint pretrial order deadline is terminated. Any pending motions are moot. All conferences are vacated.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: July 3, 2013
New York, New York

[signature]

ANALISA TORRES
United States District Judge