# Potter Declaration

# Exhibit 25

| Invoice # | Order Date | NDC | Drug Name | Quantity Ordered | Quantity Shipped | Quantity Returned | Unit Price | Total Purchase Price |
|---|---|---|---|---|---|---|---|---|
| 18200 | 11/23/2021 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $717.71 | $717.71 |
| 18200 | 11/23/2021 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $717.71 | $717.71 |
| 18200 | 11/23/2021 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $717.71 | $717.71 |
| 18200 | 11/23/2021 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $717.71 | $717.71 |
| 18456 | 12/15/2021 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $717.71 | $717.71 |
| 18523 | 12/28/2021 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $717.71 | $717.71 |
| 18609 | 01/06/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $753.58 | $753.58 |
| 18882 | 01/30/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $744.71 | $744.71 |
| 19095 | 02/16/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $753.58 | $753.58 |
| 19170 | 02/24/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $753.58 | $753.58 |
| 19199 | 02/27/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $753.58 | $753.58 |
| 19369 | 03/11/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $753.58 | $753.58 |
| 19833 | 04/20/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $753.58 | $753.58 |
| 20172 | 05/19/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $753.58 | $753.58 |
| 20363 | 06/06/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $753.58 | $753.58 |
| 20684 | 06/28/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $753.58 | $753.58 |
| 20762 | 07/03/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $753.58 | $753.58 |
| 20994 | 07/21/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $797.90 | $797.90 |
| 21651 | 09/06/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $797.90 | $797.90 |
| 22326 | 10/21/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $797.90 | $797.90 |
| 23044 | 11/30/2022 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $797.90 | $797.90 |
| 23044 | 11/30/2022 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $797.90 | $797.90 |
| 23237 | 12/09/2022 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $797.90 | $797.90 |
| 23568 | 12/27/2022 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $797.90 | $797.90 |
| 23831 | 01/10/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 23831 | 01/10/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 24309 | 02/01/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 24385 | 02/06/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 24614 | 02/17/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 24614 | 02/17/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 24648 | 02/20/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 24666 | 02/21/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25014 | 03/09/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25201 | 03/17/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25321 | 03/23/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25385 | 03/27/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25385 | 03/27/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25613 | 04/06/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25613 | 04/06/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25633 | 04/07/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25721 | 04/12/2023 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25795 | 04/14/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25876 | 04/19/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25963 | 04/24/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25963 | 04/24/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |

| Invoice # | Order Date | NDC | Drug Name | Quantity Ordered | Quantity Shipped | Quantity Returned | Unit Price | Total Purchase Price |
|---|---|---|---|---|---|---|---|---|
| 25995 | 04/25/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 25995 | 04/25/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 26247 | 05/05/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 26461 | 05/15/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 26461 | 05/15/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 26624 | 05/19/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 26694 | 05/23/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 26779 | 05/25/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 26808 | 05/26/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 27266 | 06/15/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 2 | 2 | 0 | $837.79 | $1,675.58 |
| 27417 | 06/22/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 27691 | 07/05/2023 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 27731 | 07/06/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $823.83 | $823.83 |
| 28079 | 07/17/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 28115 | 07/19/2023 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 28115 | 07/19/2023 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 28405 | 07/28/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 28923 | 08/15/2023 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 28923 | 08/15/2023 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 28923 | 08/15/2023 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 28929 | 08/15/2023 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 29094 | 08/21/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 29186 | 08/23/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 29226 | 08/24/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 29316 | 08/27/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 29356 | 08/29/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 29615 | 09/08/2023 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 29623 | 09/08/2023 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 29664 | 09/11/2023 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 29664 | 09/11/2023 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 29664 | 09/11/2023 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 29674 | 09/11/2023 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 29772 | 09/14/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 29845 | 09/18/2023 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 30073 | 09/26/2023 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 30277 | 10/04/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 30404 | 10/10/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 30405 | 10/10/2023 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 30405 | 10/10/2023 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 30405 | 10/10/2023 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 30648 | 10/18/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 30812 | 10/24/2023 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 30812 | 10/24/2023 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 30961 | 10/30/2023 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 30961 | 10/30/2023 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |

| Invoice # | Order Date | NDC | Drug Name | Quantity Ordered | Quantity Shipped | Quantity Returned | Unit Price | Total Purchase Price |
|---|---|---|---|---|---|---|---|---|
| 31013 | 10/31/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31033 | 11/01/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31044 | 11/01/2023 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 2 | 2 | 0 | $837.79 | $1,675.58 |
| 31061 | 11/01/2023 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 31128 | 11/06/2023 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31136 | 11/06/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31160 | 11/07/2023 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31162 | 11/07/2023 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 31162 | 11/07/2023 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 31168 | 11/07/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31200 | 11/08/2023 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 31207 | 11/08/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31207 | 11/08/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31330 | 11/14/2023 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 31357 | 11/15/2023 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 31367 | 11/15/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31406 | 11/16/2023 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 31508 | 11/21/2023 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 31566 | 11/22/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31675 | 11/28/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 31727 | 11/29/2023 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $837.79 | $837.79 |
| 32261 | 12/18/2023 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 32318 | 12/19/2023 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 32428 | 12/21/2023 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 32542 | 12/28/2023 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $920.74 | $920.74 |
| 32954 | 01/15/2024 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 2 | 2 | 0 | $879.68 | $1,759.36 |
| 32954 | 01/15/2024 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 32997 | 01/16/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 33090 | 01/18/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 33247 | 01/23/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 33483 | 01/30/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 33707 | 02/07/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 33747 | 02/08/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 33882 | 02/13/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 34218 | 02/27/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 34352 | 03/04/2024 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 34531 | 03/11/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 34531 | 03/11/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 34531 | 03/11/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 35099 | 04/01/2024 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 35103 | 04/01/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 35620 | 04/18/2024 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 35620 | 04/18/2024 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 35734 | 04/22/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 35751 | 04/22/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |

| Invoice # | Order Date | NDC | Drug Name | Quantity Ordered | Quantity Shipped | Quantity Returned | Unit Price | Total Purchase Price |
|---|---|---|---|---|---|---|---|---|
| 35853 | 04/26/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 35855 | 04/26/2024 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 36130 | 05/07/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 36407 | 05/16/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 36445 | 05/17/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 36803 | 05/31/2024 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 36903 | 06/04/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 37023 | 06/10/2024 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 37361 | 06/25/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 37361 | 06/25/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 37401 | 06/26/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 37439 | 06/28/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 37492 | 07/01/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 37540 | 07/02/2024 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 37540 | 07/02/2024 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 37540 | 07/02/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 37604 | 07/05/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 37695 | 07/10/2024 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 37696 | 07/10/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 37787 | 07/15/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 37787 | 07/15/2024 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 38077 | 07/26/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 38086 | 07/26/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 38530 | 08/15/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 38557 | 08/16/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 38736 | 08/23/2024 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 38795 | 08/27/2024 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 38991 | 09/05/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 39065 | 09/09/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 39324 | 09/19/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 39324 | 09/19/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 39391 | 09/23/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 39544 | 09/27/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 39570 | 09/30/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 39571 | 09/30/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 39742 | 10/07/2024 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 40070 | 10/21/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40080 | 10/21/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 40129 | 10/22/2024 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40129 | 10/22/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40279 | 10/31/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40408 | 11/06/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40480 | 11/08/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40480 | 11/08/2024 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 40514 | 11/11/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |

| Invoice # | Order Date | NDC | Drug Name | Quantity Ordered | Quantity Shipped | Quantity Returned | Unit Price | Total Purchase Price |
|---|---|---|---|---|---|---|---|---|
| 40552 | 11/12/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40584 | 11/14/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 40605 | 11/15/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40687 | 11/19/2024 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 40687 | 11/19/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 40761 | 11/22/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 40822 | 11/26/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40837 | 11/26/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40870 | 11/27/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40895 | 12/02/2024 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 40952 | 12/03/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40963 | 12/04/2024 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 40963 | 12/04/2024 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 41005 | 12/07/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 41024 | 12/09/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 41050 | 12/10/2024 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 41120 | 12/12/2024 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 41126 | 12/13/2024 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 41220 | 12/18/2024 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 41240 | 12/19/2024 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 41258 | 12/19/2024 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 41334 | 12/26/2024 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 41400 | 12/30/2024 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 41435 | 01/02/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $962.17 | $962.17 |
| 41454 | 01/02/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 41454 | 01/02/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $879.68 | $879.68 |
| 41491 | 01/06/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $971.79 | $971.79 |
| 41573 | 01/10/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $971.79 | $971.79 |
| 41573 | 01/10/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $971.79 | $971.79 |
| 41599 | 01/13/2025 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $971.79 | $971.79 |
| 41599 | 01/13/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $971.79 | $971.79 |
| 41703 | 01/16/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 41736 | 01/20/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $888.47 | $888.47 |
| 41866 | 01/28/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 41910 | 01/30/2025 | 00002-2471-80 | Zepbound 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $965.00 | $965.00 |
| 41940 | 01/31/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 41944 | 01/31/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 42002 | 02/04/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 42002 | 02/04/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 42006 | 02/04/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 42013 | 02/05/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 42046 | 02/06/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 42056 | 02/07/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 42056 | 02/07/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 42098 | 02/10/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |

| Invoice # | Order Date | NDC | Drug Name | Quantity Ordered | Quantity Shipped | Quantity Returned | Unit Price | Total Purchase Price |
|---|---|---|---|---|---|---|---|---|
| 42125 | 02/11/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $850.00 | $850.00 |
| 42146 | 02/11/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 42178 | 02/12/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 42269 | 02/18/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 42328 | 02/20/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 42339 | 02/20/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 42529 | 03/03/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 42529 | 03/03/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 42702 | 03/11/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 42721 | 03/12/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 42881 | 03/18/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 42889 | 03/19/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 42980 | 03/24/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 43036 | 03/26/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 43048 | 03/26/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $865.00 | $865.00 |
| 43048 | 03/26/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $865.00 | $865.00 |
| 43136 | 03/31/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 43136 | 03/31/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $965.00 | $965.00 |
| 43169 | 04/01/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 43293 | 04/08/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 43436 | 04/16/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $955.00 | $955.00 |
| 43436 | 04/16/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 43437 | 04/16/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $955.00 | $955.00 |
| 43437 | 04/16/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $955.00 | $955.00 |
| 43437 | 04/16/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 43441 | 04/16/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 43450 | 04/16/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $955.00 | $955.00 |
| 43491 | 04/18/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 43548 | 04/22/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 43548 | 04/22/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $865.00 | $865.00 |
| 43548 | 04/22/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 43636 | 04/25/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $870.00 | $870.00 |
| 43651 | 04/28/2025 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $860.00 | $860.00 |
| 43654 | 04/28/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 43654 | 04/28/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $945.00 | $945.00 |
| 43691 | 04/30/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 43870 | 05/12/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 43870 | 05/12/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $955.00 | $955.00 |
| 43971 | 05/19/2025 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $825.00 | $825.00 |
| 43973 | 05/19/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44001 | 05/20/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $945.00 | $945.00 |
| 44087 | 05/28/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $850.00 | $850.00 |
| 44093 | 05/28/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44093 | 05/28/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44177 | 06/02/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |

| Invoice # | Order Date | NDC | Drug Name | Quantity Ordered | Quantity Shipped | Quantity Returned | Unit Price | Total Purchase Price |
|---|---|---|---|---|---|---|---|---|
| 44186 | 06/03/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $870.00 | $870.00 |
| 44196 | 06/03/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44199 | 06/03/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44245 | 06/06/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44248 | 06/06/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $850.00 | $850.00 |
| 44266 | 06/09/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44276 | 06/09/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $850.00 | $850.00 |
| 44350 | 06/11/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44389 | 06/16/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $825.00 | $825.00 |
| 44503 | 06/24/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $850.00 | $850.00 |
| 44503 | 06/24/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44568 | 06/27/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 44568 | 06/27/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44609 | 06/30/2025 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $865.00 | $865.00 |
| 44609 | 06/30/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44703 | 07/07/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $865.00 | $865.00 |
| 44703 | 07/07/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44755 | 07/09/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44790 | 07/14/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44817 | 07/15/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 44817 | 07/15/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $865.00 | $865.00 |
| 44825 | 07/15/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 44845 | 07/16/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $870.00 | $870.00 |
| 44872 | 07/18/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 44889 | 07/21/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44895 | 07/21/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44921 | 07/22/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44949 | 07/24/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 44989 | 07/28/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 45013 | 07/29/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45013 | 07/29/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45013 | 07/29/2025 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45032 | 07/30/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45105 | 08/04/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45105 | 08/04/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45157 | 08/06/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45193 | 08/11/2025 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 45193 | 08/11/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 45196 | 08/11/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 45261 | 08/14/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45402 | 08/25/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $925.00 | $925.00 |
| 45404 | 08/25/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $925.00 | $925.00 |
| 45432 | 08/26/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $830.00 | $830.00 |
| 45458 | 08/28/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $925.00 | $925.00 |
| 45491 | 09/01/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |

| Invoice # | Order Date | NDC | Drug Name | Quantity Ordered | Quantity Shipped | Quantity Returned | Unit Price | Total Purchase Price |
|---|---|---|---|---|---|---|---|---|
| 45503 | 09/02/2025 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $830.00 | $830.00 |
| 45506 | 09/02/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45506 | 09/02/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45552 | 09/05/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45552 | 09/05/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45557 | 09/05/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45559 | 09/05/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45601 | 09/09/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $850.00 | $850.00 |
| 45601 | 09/09/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $850.00 | $850.00 |
| 45602 | 09/09/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45602 | 09/09/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45607 | 09/09/2025 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45672 | 09/15/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45774 | 09/22/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45774 | 09/22/2025 | 00002-3182-80 | Trulicity 4.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 45790 | 09/23/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $955.00 | $955.00 |
| 45791 | 09/23/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $955.00 | $955.00 |
| 45819 | 09/24/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45819 | 09/24/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45903 | 10/02/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 45958 | 10/07/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 45958 | 10/07/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46023 | 10/10/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46045 | 10/13/2025 | 00002-3182-80 | Trulicity 4.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 46048 | 10/13/2025 | 00002-2236-80 | Trulicity 3mg/0.5mL Solution for Injection | 1 | 1 | 0 | $870.00 | $870.00 |
| 46077 | 10/14/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $960.00 | $960.00 |
| 46090 | 10/15/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46090 | 10/15/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46090 | 10/15/2025 | 00002-2495-80 | Zepbound 5mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46109 | 10/16/2025 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46142 | 10/20/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $850.00 | $850.00 |
| 46144 | 10/20/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46144 | 10/20/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46152 | 10/20/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46180 | 10/22/2025 | 00002-1460-80 | MOUNJARO 12.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46180 | 10/22/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46180 | 10/22/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46180 | 10/22/2025 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46267 | 10/28/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 46267 | 10/28/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $865.00 | $865.00 |
| 46316 | 10/31/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |
| 46352 | 11/04/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46383 | 11/06/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46420 | 11/10/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46420 | 11/10/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $875.00 | $875.00 |

| Invoice # | Order Date | NDC | Drug Name | Quantity Ordered | Quantity Shipped | Quantity Returned | Unit Price | Total Purchase Price |
|---|---|---|---|---|---|---|---|---|
| 46437 | 11/11/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46437 | 11/11/2025 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46438 | 11/11/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46491 | 11/14/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $825.00 | $825.00 |
| 46627 | 11/24/2025 | 00002-1433-80 | Trulicity 0.75mg/0.5mL Solution for Injection | 1 | 1 | 0 | $850.00 | $850.00 |
| 46635 | 11/25/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46729 | 12/04/2025 | 00002-1457-80 | MOUNJARO 15mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46729 | 12/04/2025 | 00002-1471-80 | MOUNJARO 10mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46740 | 12/05/2025 | 00002-1484-80 | MOUNJARO 7.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46759 | 12/08/2025 | 00002-2471-80 | Zepbound 10mg/0.5mL Pre-Filled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46761 | 12/08/2025 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $950.00 | $950.00 |
| 46761 | 12/08/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $925.00 | $925.00 |
| 46793 | 12/10/2025 | 00002-1434-80 | Trulicity 1.5mg/0.5mL Solution for Injection | 1 | 1 | 0 | $835.00 | $835.00 |
| 46793 | 12/10/2025 | 00002-1506-80 | MOUNJARO 2.5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $930.00 | $930.00 |
| 46793 | 12/10/2025 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $935.00 | $935.00 |
| 46804 | 12/11/2025 | 00002-1495-80 | MOUNJARO 5mg/0.5mL Prefilled Pen Solution for Injection | 1 | 1 | 0 | $925.00 | $925.00 |
| | | | **TOTALS:** | **379** | **379** | **0** | | **$341,666.93** |