# Potter Declaration

# Exhibit 26

| Created Date | Order # | Seller: Account Name | Seller NCPDP | Drug Name | NDC | Lot # | Expiration Date | Serial Number | Quantity | Package Size | Actual Package Size | Price | Item Total | MRX Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2022 | 93922149 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | d490146a | 04/15/2023 | | 1 | 2 | 2 | $806.76 | $806.76 | $84.71 |
| 07/21/2022 | 43267081 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | d455791d | 11/15/2023 | | 1 | 2 | 2 | $806.76 | $806.76 | $125.35 |
| 08/15/2022 | 39603399 | Iras Discount Pharmacy | 1006673 | HUMALOG MIX 75/25 KWIKPEN | 00002879759 | D376861C | 02/15/2024 | | 1 | 15 | 15 | $482.66 | $482.66 | $77.77 |
| 08/18/2022 | 41510666 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | d526995a | 04/15/2024 | | 1 | 2 | 2 | $806.76 | $806.76 | $219.18 |
| 10/21/2022 | 87060898 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | d515723a | 06/15/2026 | | 1 | 15 | 15 | $482.66 | $482.66 | $220.10 |
| 10/21/2022 | 87060898 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | lyvd60c | 04/15/2024 | | 1 | 2 | 2 | $806.76 | $806.76 | $220.10 |
| 10/21/2022 | 87060898 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | d545982 | 05/15/2024 | | 1 | 2 | 2 | $806.76 | $806.76 | $220.10 |
| 12/05/2022 | 22218221 | Iras Discount Pharmacy | 1006673 | EMGALITY | 00002311509 | D459296D | 12/15/2023 | | 1 | 3 | 3 | $1,485.12 | $1,485.12 | $155.94 |
| 01/14/2023 | 12955214 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | d518832a | 07/15/2025 | | 1 | 5 | 5 | $482.66 | $482.66 | $134.39 |
| 01/18/2023 | 19134479 | Iras Discount Pharmacy | | TRULICITY | 00002143380 | lyvi38d | 09/15/2024 | | 1 | 4 | 4 | $847.10 | $847.10 | $184.20 |
| 01/30/2023 | 32220727 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | d547153d | 09/15/2025 | | 1 | 5 | 5 | $482.66 | $482.66 | $50.68 |
| 02/09/2023 | 11465923 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | d577364a | 09/15/2024 | | 1 | 4 | 4 | $847.10 | $847.10 | $88.95 |
| 02/13/2023 | 63716273 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | d54153d | 09/15/2025 | | 1 | 5 | 5 | $482.66 | $482.66 | $806.46 |
| 02/13/2023 | 63716273 | Iras Discount Pharmacy | 1006673 | HUMALOG MIX 75/25 KWIKPEN | 00002879759 | d460775c | 12/15/2024 | | 1 | 15 | 15 | $482.66 | $482.66 | $806.46 |
| 03/09/2023 | 87243128 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | d592991a | 09/15/2024 | | 1 | 4 | 4 | $847.10 | $847.10 | $235.72 |
| 04/06/2023 | 65970747 | Iras Discount Pharmacy | | TRULICITY | 00002143380 | d589759a | 09/15/2024 | | 2 | 4 | 4 | $847.10 | $1,694.20 | $177.89 |
| 06/06/2023 | 24258461 | Iras Discount Pharmacy | 1006673 | EMGALITY | 00002311509 | d47996om | 02/15/2024 | | 1 | 3 | 3 | $1,443.30 | $1,443.30 | $151.55 |
| 06/20/2023 | 12854644 | Iras Discount Pharmacy | 1006673 | CYMBALTA | 00002324090 | d477929a | 12/15/2024 | | 1 | 90 | 90 | $706.86 | $706.86 | $498.87 |
| 06/21/2023 | 16159643 | Iras Discount Pharmacy | | MOUNJARO | 00002150680 | D529871F | 07/15/2024 | | 1 | 4 | 4 | $920.73 | $920.73 | $96.68 |
| 06/22/2023 | 80082617 | Iras Discount Pharmacy | | MOUNJARO | 00002150680 | D607513A | 12/15/2024 | | 1 | 4 | 4 | $930.96 | $930.96 | $391.00 |
| 06/22/2023 | 80082617 | Iras Discount Pharmacy | | MOUNJARO | 00002150680 | D616982A | 01/15/2025 | | 1 | 4 | 4 | $930.96 | $930.96 | $391.00 |
| 06/22/2023 | 80082617 | Iras Discount Pharmacy | | MOUNJARO | 00002148480 | d616102a | 01/15/2025 | | 1 | 4 | 4 | $930.96 | $930.96 | $391.00 |
| 06/22/2023 | 80082617 | Iras Discount Pharmacy | | MOUNJARO | 00002148480 | D572872C | 12/15/2024 | | 1 | 4 | 4 | $930.96 | $930.96 | $391.00 |
| 07/27/2023 | 90031905 | Iras Discount Pharmacy | 1006673 | EMGALITY | 00002311509 | d567048e | 12/15/2024 | | 1 | 3 | 3 | $1,358.40 | $1,358.40 | $285.26 |
| 07/27/2023 | 90031905 | Iras Discount Pharmacy | 1006673 | EMGALITY | 00002311509 | d479960m | 02/15/2024 | | 1 | 3 | 3 | $1,358.40 | $1,358.40 | $285.26 |
| 08/11/2023 | 75310984 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | D640638A | 02/15/2025 | | 1 | 4 | 4 | $837.79 | $837.79 | $87.97 |
| 08/30/2023 | 45741630 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | d604892a | 03/15/2026 | | 2 | 1 | 1 | $247.23 | $494.46 | $229.81 |
| 08/30/2023 | 45741630 | Iras Discount Pharmacy | | TRULICITY | 00002223680 | d638793 | 03/15/2025 | | 2 | 4 | 4 | $847.10 | $1,694.20 | $229.81 |
| 09/08/2023 | 29426785 | Iras Discount Pharmacy | 1006673 | EMGALITY | 00002311509 | d481725e | 02/15/2024 | | 1 | 3 | 3 | $1,154.64 | $1,154.64 | $121.24 |
| 09/08/2023 | 75817334 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | D602465C | 03/15/2026 | | 1 | 5 | 5 | $482.66 | $482.66 | $196.24 |
| 09/08/2023 | 75817334 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | D650115A | 04/15/2025 | | 1 | 4 | 4 | $837.79 | $837.79 | $196.24 |
| 09/19/2023 | 87912858 | Iras Discount Pharmacy | | TRULICITY | 00002223680 | d650330 | 03/15/2025 | | 1 | 4 | 4 | $837.79 | $837.79 | $141.55 |
| 10/16/2023 | 92482334 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | d566167a | 12/15/2025 | | 2 | 5 | 5 | $482.66 | $965.32 | $171.86 |
| 10/23/2023 | 40922716 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | D610513A | 09/15/2024 | | 1 | 4 | 4 | $847.10 | $847.10 | $177.27 |
| 10/25/2023 | 58090355 | Iras Discount Pharmacy | 1006673 | CYMBALTA | 00002324090 | d477929d | 12/15/2024 | | 1 | 90 | 90 | $715.27 | $715.27 | $165.97 |
| 11/29/2023 | 83244019 | Iras Discount Pharmacy | 1006673 | BASAGLAR KWIKPEN | 00002771559 | d593386c | 02/06/2025 | | 2 | 5 | 5 | $296.98 | $593.96 | $90.27 |
| 01/13/2024 | 91008954 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | d694510 | 09/13/2025 | | 2 | 4 | 4 | $889.45 | $1,778.90 | $281.57 |
| 01/26/2024 | 91634003 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | d604078A | 03/23/2026 | | 2 | 5 | 5 | $101.83 | $203.66 | $115.08 |
| 01/26/2024 | 91634003 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | D646910A | 07/24/2026 | | 4 | 5 | 5 | $100.24 | $400.96 | $115.08 |
| 01/26/2024 | 91634003 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | D605362C | 03/22/2026 | | 2 | 5 | 5 | $125.70 | $251.40 | $115.08 |
| 04/08/2024 | 70380511 | Iras Discount Pharmacy | 1006673 | BASAGLAR KWIKPEN | 00002771559 | d649412c | 04/16/2025 | | 1 | 5 | 5 | $280.66 | $280.66 | $277.58 |
| 04/08/2024 | 70380511 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | d648441a | 08/05/2026 | | 2 | 5 | 5 | $132.06 | $264.12 | $277.58 |
| 04/24/2024 | 78216260 | Iras Discount Pharmacy | 1006673 | EMGALITY | 00002311509 | D682214E | 12/21/2025 | 199725651696 | 1 | 3 | 3 | $1,501.03 | $1,501.03 | $157.61 |
| 05/01/2024 | 99445941 | Iras Discount Pharmacy | 1006673 | BASAGLAR KWIKPEN | 00002771559 | D647005A | 04/18/2025 | | 1 | 5 | 5 | $225.18 | $225.18 | $172.47 |
| 05/07/2024 | 16713133 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | D657552A | 09/30/2026 | | 1 | 5 | 5 | $136.84 | $136.84 | $107.75 |
| 05/07/2024 | 16713133 | Iras Discount Pharmacy | 1006673 | HUMALOG MIX 75/25 | 00002751101 | d64318c | 08/29/2026 | | 1 | 10 | 10 | $72.59 | $72.59 | $107.75 |
| 05/17/2024 | 26125291 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | D624490N | 05/16/2025 | 069554171973 | 1 | 4 | 4 | $889.45 | $889.45 | $205.95 |
| 06/03/2024 | 44866069 | Iras Discount Pharmacy | | TRULICITY | 00002143380 | 944567C | 09/29/2025 | 147120473038 | 1 | 4 | 4 | $889.45 | $889.45 | $228.69 |
| 06/03/2024 | 44866069 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | D646659M | 09/26/2025 | 086877065282 | 1 | 4 | 4 | $889.45 | $889.45 | $228.69 |
| 06/14/2024 | 22311854 | Iras Discount Pharmacy | 1006673 | HUMALOG MIX 75/25 KWIKPEN | 00002879759 | D654709E | 08/29/2026 | | 1 | 15 | 15 | $132.06 | $132.06 | $102.80 |
| 06/25/2024 | 30991894 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | D657552A | 09/22/2026 | | 3 | 5 | 5 | $143.20 | $429.60 | $98.76 |
| 08/19/2024 | 19263761 | Iras Discount Pharmacy | | TRULICITY | 00002143380 | 945586c | 01/04/2026 | | 1 | 4 | 4 | $889.45 | $889.45 | $190.18 |
| 09/09/2024 | 62237709 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | D724377A | 11/18/2025 | 366057594466 | 1 | 4 | 4 | $889.45 | $889.45 | $275.01 |
| 09/09/2024 | 62237709 | Iras Discount Pharmacy | | TRULICITY | 00002143380 | 945058C | 12/16/2025 | 016948322452 | 1 | 4 | 4 | $889.45 | $889.45 | $275.01 |
| 09/13/2024 | 82440141 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | D694480A | 12/14/2026 | | 1 | 5 | 5 | $135.25 | $135.25 | $105.70 |
| 09/13/2024 | 82440141 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | D673146C | 10/14/2026 | | 1 | 5 | 5 | $133.66 | $133.66 | $105.70 |
| 09/30/2024 | 96189724 | Iras Discount Pharmacy | 1006673 | CYMBALTA | 00002324030 | D627084E | 04/17/2026 | 078902504103 | 1 | 30 | 30 | $238.42 | $238.42 | $58.87 |
| 10/18/2024 | 33607801 | Iras Discount Pharmacy | | TRULICITY | 00002143380 | 2065012a | 09/25/2025 | | 1 | 4 | 4 | $889.45 | $889.45 | $183.94 |
| 10/18/2024 | 50916615 | Iras Discount Pharmacy | | TRULICITY | 00002318280 | d773005 | 06/06/2026 | | 2 | 4 | 4 | $889.45 | $1,778.90 | $186.78 |
| 11/20/2024 | 22607349 | Iras Discount Pharmacy | | TRULICITY | 00002143380 | 945593D | 02/14/2026 | 193151180383 | 1 | 4 | 4 | $889.45 | $889.45 | $119.63 |
| 12/23/2024 | 76721251 | Iras Discount Pharmacy | | TRULICITY | 00002223680 | D635956H | 06/20/2025 | 009034977393 | 1 | 4 | 4 | $879.68 | $879.68 | $92.37 |
| 01/21/2025 | 75034715 | Iras Discount Pharmacy | 1006673 | BASAGLAR KWIKPEN | 00002771559 | D710999A | 10/16/2025 | 352472125171 | 1 | 5 | 5 | $267.61 | $267.61 | $68.20 |
| 02/11/2025 | 12112304 | Iras Discount Pharmacy | 1006673 | BASAGLAR KWIKPEN | 00002771559 | D714409C | 10/23/2025 | 303741572319 | 1 | 5 | 5 | $283.93 | $283.93 | $158.35 |
| 02/11/2025 | 12112304 | Iras Discount Pharmacy | 1006673 | BASAGLAR KWIKPEN | 00002771559 | D714409C | 10/23/2025 | 381780942406 | 1 | 5 | 5 | $283.93 | $283.93 | $158.35 |
| 02/12/2025 | 10549865 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | D742743A | 12/18/2025 | 239041908883 | 1 | 4 | 4 | $898.33 | $898.33 | $121.39 |
| 02/27/2025 | 31302091 | Iras Discount Pharmacy | 1006673 | HUMALOG KWIKPEN | 00002879959 | d725715ac | 03/19/2027 | | 2 | 5 | 5 | $140.02 | $280.04 | $310.46 |
| 02/27/2025 | 31302091 | Iras Discount Pharmacy | 1006673 | HUMALOG MIX 75/25 KWIKPEN | 00002879759 | D654709M | 08/29/2026 | 343840618213 | 1 | 15 | 15 | $143.20 | $143.20 | $310.46 |
| 03/10/2025 | 70701276 | Iras Discount Pharmacy | | TRULICITY | 00002318280 | D798483D | 10/21/2026 | 046640444497 | 1 | 4 | 4 | $888.46 | $888.46 | $182.13 |
| 07/14/2025 | 98369581 | Iras Discount Pharmacy | | TRULICITY | 00002143380 | D742742A | 01/08/2026 | 326214555622 | 1 | 4 | 4 | $868.72 | $868.72 | $87.85 |
| 08/05/2025 | 30049015 | Iras Discount Pharmacy | | TRULICITY | 00002143480 | D763236A | 03/02/2026 | 025535839666 | 1 | 4 | 4 | $868.72 | $868.72 | $139.36 |

| Created Date | Order # | Seller: Account Name | Seller NCPDP | Drug Name | NDC | Lot # | Expiration Date | Serial Number | Quantity | Package Size | Actual Package Size | Price | Item Total | MRX Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/23/2025 | 96049247 | Iras Discount Pharmacy | 1006673 | HUMALOG MIX 75/25 KWIKPEN | 00002879759 | d654709m | 08/29/2026 | | 2 | 15 | 15 | $143.20 | $286.40 | $44.41 |
| 09/05/2025 | 49040662 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D847853A | 04/01/2028 | 491006971943 | 1 | 1 | 1 | $57.10 | $57.10 | $94.00 |
| 09/05/2025 | 49040662 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D847853A | 04/01/2028 | 464635593631 | 1 | 1 | 1 | $57.76 | $57.76 | $94.00 |
| 09/05/2025 | 49040662 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D847853A | 04/01/2028 | 413173223580 | 1 | 1 | 1 | $57.10 | $57.10 | $94.00 |
| 10/24/2025 | 74765040 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 432916582470 | 1 | 1 | 1 | $57.10 | $57.10 | $56.42 |
| 10/24/2025 | 74765040 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 406533913414 | 1 | 1 | 1 | $57.10 | $57.10 | $56.42 |
| 10/24/2025 | 74765040 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 493478882696 | 1 | 1 | 1 | $57.10 | $57.10 | $56.42 |
| 10/29/2025 | 79381859 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 427671706957 | 1 | 1 | 1 | $57.76 | $57.76 | $339.57 |
| 10/29/2025 | 79381859 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 427319756064 | 1 | 1 | 1 | $57.76 | $57.76 | $339.57 |
| 10/29/2025 | 79381859 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 494445301251 | 1 | 1 | 1 | $57.76 | $57.76 | $339.57 |
| 10/29/2025 | 79381859 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 441936023519 | 1 | 1 | 1 | $58.43 | $58.43 | $339.57 |
| 10/29/2025 | 79381859 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 460761628374 | 1 | 1 | 1 | $57.76 | $57.76 | $339.57 |
| 10/29/2025 | 79381859 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 443776587664 | 1 | 1 | 1 | $57.76 | $57.76 | $339.57 |
| 10/29/2025 | 79381859 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 438612005056 | 1 | 1 | 1 | $58.43 | $58.43 | $339.57 |
| 10/29/2025 | 79381859 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 414056201833 | 1 | 1 | 1 | $57.76 | $57.76 | $339.57 |
| 10/29/2025 | 79381859 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 460385221092 | 1 | 1 | 1 | $57.76 | $57.76 | $339.57 |
| 10/29/2025 | 79381859 | Iras Discount Pharmacy | 1006673 | HUMALOG | 00002751001 | D857164A | 04/30/2028 | 417935801296 | 1 | 1 | 1 | $57.76 | $57.76 | $339.57 |
| | | | | | | | | **TOTALS:** | **104** | **571** | **571** | **$47,843.04** | **$53,572.94** | **$18,111.40** |