# Potter Declaration

# Exhibit 27


trulicity
(dulaglutide)
injection
0.75 mg/0.5 mL
once weekly
4 Single-Dose Pens

