# Potter Declaration

# Exhibit 28


Contents: Each 0.5 mL of TRULICITY contains 3 mg of dulaglutide, citric acid anhydrous [0.07 mg], mannitol [23.2 mg], polysorbate 80 [0.125 mg], trisodium citrate dihydrate [1.37 mg], in water for injection. No preservatives. Sterile. No U.S. standard of potency.
Storage: Refrigerate at 36°F to 46°F [2°C to 8°C] up to the expiration date. Each TRULICITY Single-Dose Pen can be stored unrefrigerated for up to 14 days at a temperature not to exceed 86°F [30°C]. TRULICITY should not be used past the expiration date.
TRULICITY must be protected from light. Storage of TRULICITY in the original carton is recommended until time of administration.
Do not freeze.
Keep out of reach of children.
Do not use TRULICITY if it has been frozen.
The Single-Dose Pen should be discarded after use.
Follow enclosed Instructions for Use to deliver your dose.
Eli Lilly and Company
Indianapolis, IN 46285, USA
US License Number 1891
Product of Ireland
SH008ITAM00
3 0002-2236-80 8