# Potter Declaration

# Exhibit 29


GTIN: 00300022236808
Lot / Exp. Date / Serial No.
D834289
2026-OCT-12
335516828464
trulicity®
(dulaglutide)
injection
3 mg/0.5 mL
once weekly
4 Single-Dose Pens


NDC 0002-2236-80
4 Single-Dose Pens
Each pen delivers a 3 mg dose.
Use one pen every week.
Rx only
For subcutaneous use only
Single-Dose Only
Dispense the accompanying Medication Guide to each patient.
www.trulicity.com
trulicity®
(dulaglutide)
injection
3 mg/0.5 mL
once weekly
Lilly