# Potter Declaration

# Exhibit 30



