# Potter Declaration

# Exhibit 31


NDC 0002-1457-80
mounjaro®
(tirzepatide) injection
4 x 15 mg/0.5 mL prefilled pens
Rx Only
For Subcutaneous Use
Dispense enclosed Medication
Guide to each patient.
Use one pen every week.
4 Single-dose prefilled pens
15 mg 0.5 mL
Lilly