# Potter Declaration

# Exhibit 32

2009R00255/JTE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Hon.** |
| | : | |
| **v.** | : | **Criminal No. 10-** |
| | : | |
| **FRANCISCO MARCOS** | : | **18 U.S.C. § 1347** |

**I N F O R M A T I O N**

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

1. At all times relevant to this Information:

a. Defendant **FRANCISCO MARCOS** was owner and operator of Sicomac Pharmacy, a retail pharmacy located in Wyckoff, New Jersey.

b. Among the customers of Sicomac Pharmacy were employees of the United States Postal Service and their families, who received health care coverage through health care plans participating in the Federal Employees Health Benefits program ("FEHB plans"). Prescriptions for medication filled by employees of the United States Postal Service and their families at Sicomac Pharmacy were paid for by FEHB plans based upon submission of claims by Sicomac Pharmacy.

## The Scheme to Defraud

2. From in or about 2005 through in or about 2008, in Bergen County, in the District of New Jersey, and elsewhere, defendant

**FRANCISCO MARCOS**

did knowingly and willfully execute and attempt to execute a scheme and artifice (1) to defraud, and (2) to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, a health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services.

## Methods and Means of the Scheme

3. Among the methods and means employed by defendant **FRANCISCO MARCOS** to carry out the scheme, defendant **FRANCISCO MARCOS** submitted fraudulent claims for reimbursement to FEHB plans based on prescriptions which were purportedly requested by employees of the United States Postal Service and their families, and filled by defendant **FRANCISCO MARCOS** and Sicomac Pharmacy. In fact, these prescriptions were not requested by employees of the United States Postal Service and their families, and were not filled by defendant **FRANCISCO MARCOS** and Sicomac Pharmacy.

4. In this fashion, defendant **FRANCISCO MARCOS** submitted at least 400 fraudulent claims to FEHB plans and received in excess of $28,000 in reimbursement from FEHB plans based upon fraudulent claims.

In violation of Title 18, United States Code, Section 1347.

PAUL J. FISHMAN
UNITED STATES ATTORNEY

CASE NUMBER: ___________

# United States District Court

## District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**FRANCISCO MARCOS**

# INFORMATION FOR

18 U.S.C. § 1347

**PAUL J. FISHMAN**

*U.S. ATTORNEY*

*NEWARK, NEW JERSEY*

JACOB T. ELBERG

ASSISTANT U.S. ATTORNEY

973-645-3987