# Potter Declaration
# Exhibit 34

**TRULICITY- dulaglutide injection, solution**
Eli Lilly and Company

----------

View All Sections

# BOXED WARNING (WHAT IS THIS?)

# WARNING: RISK OF THYROID C-CELL TUMORS

- In male and female rats, dulaglutide causes a dose-related and treatment-duration-dependent increase in the incidence of thyroid C-cell tumors (adenomas and carcinomas) after lifetime exposure. It is unknown whether TRULICITY causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of dulaglutide-induced rodent thyroid C-cell tumors has not been determined [see Warnings and Precautions (5.1), and Nonclinical Toxicology (13.1)].
- TRULICITY is contraindicated in patients with a personal or family history of MTC and in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC with use of TRULICITY and inform them of symptoms of thyroid tumors (e.g., mass in the neck, dysphagia, dyspnea, persistent hoarseness). Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with TRULICITY [see Contraindications (4) and Warnings and Precautions (5.1)].

Hide

# HIGHLIGHTS OF PRESCRIBING INFORMATION

# FULL PRESCRIBING INFORMATION: CONTENTS*

# 1 INDICATIONS AND USAGE

# 2 DOSAGE AND ADMINISTRATION

## 3 DOSAGE FORMS AND STRENGTHS

## 4 CONTRAINDICATIONS

## 5 WARNINGS AND PRECAUTIONS

## 6 ADVERSE REACTIONS

## 7 DRUG INTERACTIONS

## 8 USE IN SPECIFIC POPULATIONS

## 10 OVERDOSAGE

## 11 DESCRIPTION

## 12 CLINICAL PHARMACOLOGY

## 13 NONCLINICAL TOXICOLOGY

## 14 CLINICAL STUDIES

## 16 HOW SUPPLIED/STORAGE AND HANDLING

Case 1:26-cv-03429-NCM-JAM Document 1-39 Filed 06/09/26 Page 4 of 28 PageID #: 2055

# 17 PATIENT COUNSELING INFORMATION

# MEDICATION GUIDE

# INSTRUCTIONS FOR USE

## TRULICITY 0.75 MG SINGLE-DOSE PEN INSTRUCTIONS FOR USE

Instructions for Use
TRULICITY® (TRU-li-si-tee)
(dulaglutide)
injection, for subcutaneous use
0.75 mg/0.5 mL Single-Dose Pen
use 1 time each week (once weekly)



← Unfold and lay flat →



Read both sides for full instructions

Information About TRULICITY Single-Dose Pen
Please read this Instructions for Use and the Medication Guide carefully and completely before using your TRULICITY Single-Dose Pen. Talk to your healthcare provider about how to inject TRULICITY the right way.

TRULICITY Single-Dose Pen (Pen) is a disposable, prefilled medicine delivery device. Each Pen contains 1 dose of TRULICITY (0.75 mg/0.5 mL). Each Pen should only be used 1 time.

- TRULICITY is used 1 time each week.

You may want to mark your calendar to remind you when to take your next dose.

Before You Get Started



Remove

Remove the Pen from the refrigerator.
Leave the Base Cap on until you are ready to inject.



Check

Check the Pen label to make sure you have the right medicine and it has not expired.






Inspect

Check the Pen to make sure that it is not damaged and inspect the medicine to make sure it is not cloudy, discolored or has particles in it.



Prepare

Wash your hands.

Choose Your Injection Site

Your healthcare provider can help you choose the injection site that is best for you.



Change (rotate) your injection site each week. You may use the same area of your body, but be sure to choose a different injection site in that area.

You may inject the medicine into your stomach (abdomen) or thigh.

Another person should give you the injection in the back of your upper arm.






Step 1 Uncap the Pen

 Make sure the Pen is locked.

- Pull the Base Cap straight off and

throw it away in your household trash.

Do not put the Base Cap back on — this could damage the needle.

Do not touch the needle.



Step 2 Place and Unlock

- Place the Clear Base flat and firmly against your skin at the injection site.

Unlock by turning the Lock Ring.



Step 3 Press and Hold

- Press and hold the green Injection Button. You will hear a loud click.

Continue holding the Clear Base firmly against your skin until you hear a second click. This happens when the needle starts retracting in about 5-10 seconds.

- Remove the Pen from your skin.




You will know your injection is complete when the gray plunger is visible.

Important Information
Disposal of Pen
Storage and Handling
Commonly Asked Questions
Other Information
Where to Learn More

Disposing of Your Used Pens



- Put your used Pens in a FDA-cleared sharps disposal container right away after use. Do not throw away (dispose of) Pens in your household trash.
- If you do not have a FDA-cleared sharps disposal container, you may use a household container that is:
  - made of a heavy-duty plastic,
  - can be closed with a tight-fitting, puncture-resistant lid, without sharps being able to come out,
  - upright and stable during use,
  - leak-resistant, and
  - properly labeled to warn of hazardous waste inside the container.
- When your sharps disposal container is almost full, you will need to follow your community guidelines for the right way to dispose of your sharps disposal container. There may be state or local laws about how you should throw away used needles and syringes. For more information about safe sharps disposal, and for specific information about sharps disposal in the state that you live in, go to the FDA's website at: http://www.fda.gov/safesharpsdisposal.
- Do not recycle your used sharps disposal container.

Storage and Handling

- Store your Pen in the refrigerator between 36°F to 46°F (2°C to 8°C).
- You may store your Pen at room temperature below 86°F (30°C) for up to a total of 14 days.
- Do not freeze your Pen. If the Pen has been frozen, throw the Pen away and use a new Pen.
- Storage of your Pen in the original carton is recommended. Protect your Pen from direct heat and light.
- The Pen has glass parts. Handle it carefully. If you drop it on a hard surface, do not use it. Use a new Pen for your injection.
- Keep your TRULICITY Pen and all medicines out of the reach of children.

Commonly Asked Questions

What if I see air bubbles in my Pen?
Air bubbles are normal.
What if I unlock the Pen and press the green Injection Button before pulling off the Base Cap?
Do not remove the Base Cap. Throw away the Pen and get a new Pen.
What if there is a drop of liquid on the tip of the needle when I remove the Base Cap?
A drop of liquid on the tip of the needle is normal.

Do I need to hold the Injection Button down until the injection is complete?
This is not necessary, but it may help you keep the Pen steady and firm against your skin.
I heard more than 2 clicks during my injection—2 louder clicks and 1 soft one. Did I get my complete injection?
Some patients may hear a soft click right before the second loud click. That is the normal operation of the Pen. Do not remove the Pen from your skin until you hear the second louder click.
What if there is a drop of liquid or blood on my skin after my injection?
This is normal.
I am not sure if my Pen worked the right way.
Check to see if you have received your dose. Your dose was delivered the right way if the gray plunger is visible (see step 3). Also contact Lilly at 1-800-Lilly-Rx (1-800-545-5979) for further instructions. Until then, store your Pen safely to avoid an accidental needle stick.

Other Information

- If you have vision problems, do not use your Pen without help from a person trained to use the TRULICITY Pen.

Where to Learn More

- If you have any questions or problems with your TRULICITY Single-Dose Pen, contact Lilly at 1-800-Lilly-Rx (1-800-545-5979) or call your healthcare provider.
- For more information about TRULICITY Single-Dose Pen, visit our website at: www.trulicity.com.

SCAN THIS CODE TO LAUNCH www.trulicity.com

This Instructions for Use has been approved by the U.S. Food and Drug Administration.
Eli Lilly and Company
Indianapolis, IN 46285, USA
US License Number 1891
TRULICITY is a registered trademark of Eli Lilly and Company.

Copyright © 2014, 2022, Eli Lilly and Company. All rights reserved.

The TRULICITY Pen meets the current dose accuracy and functional requirements of ISO 11608-1:2012 and 11608-5:2012.

Revised: 11/2022

TRULOAI-0004-IFU-20221117

Hide

# INSTRUCTIONS FOR USE

# TRULICITY 1.5 MG SINGLE-DOSE PEN INSTRUCTIONS FOR USE

Instructions for Use

TRULICITY® (TRU-li-si-tee)
(dulaglutide)
injection, for subcutaneous use
1.5 mg/0.5 mL Single-Dose Pen
use 1 time each week (once weekly)



← Unfold and lay flat →



Read both sides for full instructions

Information About TRULICITY Single-Dose Pen

Please read this Instructions for Use and the Medication Guide carefully and completely before using your TRULICITY Single-Dose Pen. Talk to your healthcare provider about how to inject TRULICITY the right way.

- TRULICITY Single-Dose Pen (Pen) is a disposable, prefilled medicine delivery device. Each Pen contains 1 dose of TRULICITY (1.5 mg/0.5 mL). Each Pen should only be used 1 time.
- TRULICITY is used 1 time each week.

You may want to mark your calendar to remind you when to take your next dose.

Before You Get Started



Remove

Remove the Pen from the refrigerator.
Leave the Base Cap on



Check

Check the Pen label to make sure you have the right medicine and it has not



Inspect

Check the Pen to make sure that it is not damaged and inspect the



Prepare

Wash your hands.

Case 1:26-cv-03429-NCM-JAM Document 1-39 Filed 06/09/26 Page 11 of 28 PageID #: 2062

until you are ready to inject.

expired.




medicine to make sure it is not cloudy, discolored or has particles in it.

Choose Your Injection Site

Your healthcare provider can help you choose the injection site that is best for you.



Change (rotate) your injection site each week. You may use the same area of your body, but be sure to choose a different injection site in that area.

You may inject the medicine into your stomach (abdomen) or thigh.



Another person should give you the injection in the back of your upper arm.




Step 1 Uncap the Pen



Make sure the Pen is locked.

- Pull the Base Cap straight off and throw it away in your household trash.

  Do not put the Base Cap back on — this could damage the needle.

  Do not touch the needle.

Step 2 Place and Unlock

- Place the Clear Base flat and firmly against your skin at the injection site.

Unlock by turning the Lock Ring.



Step 3 Press and Hold

- Press and hold the green Injection Button. You will hear a loud click.

  Continue holding the Clear Base firmly against your skin until you hear a second click. This happens when the needle starts retracting in about 5-10 seconds.

- Remove the Pen from your skin.




You will know your injection is complete when the gray plunger is visible.

Important Information
Disposal of Pen
Storage and Handling
Commonly Asked Questions
Other Information
Where to Learn More

Disposing of Your Used Pens



- Put your used Pens in a FDA-cleared sharps disposal container right away after use. Do not throw away (dispose of) Pens in your household trash.
- If you do not have a FDA-cleared sharps disposal container, you may use a household container that is:
  - made of a heavy-duty plastic,
  - can be closed with a tight-fitting, puncture-resistant lid, without sharps being able to come out,
  - upright and stable during use,

- leak-resistant, and
- properly labeled to warn of hazardous waste inside the container.

- When your sharps disposal container is almost full, you will need to follow your community guidelines for the right way to dispose of your sharps disposal container. There may be state or local laws about how you should throw away used needles and syringes. For more information about safe sharps disposal, and for specific information about sharps disposal in the state that you live in, go to the FDA's website at: http://www.fda.gov/safesharpsdisposal.
- Do not recycle your used sharps disposal container.

Storage and Handling

- Store your Pen in the refrigerator between 36°F to 46°F (2°C to 8°C).
- You may store your Pen at room temperature below 86°F (30°C) for up to a total of 14 days.
- Do not freeze your Pen. If the Pen has been frozen, throw the Pen away and use a new Pen.
- Storage of your Pen in the original carton is recommended. Protect your Pen from direct heat and light.
- The Pen has glass parts. Handle it carefully. If you drop it on a hard surface, do not use it. Use a new Pen for your injection.
- Keep your TRULICITY Pen and all medicines out of the reach of children.

Commonly Asked Questions

What if I see air bubbles in my Pen?
Air bubbles are normal.
What if I unlock the Pen and press the green Injection Button before pulling off the Base Cap?
Do not remove the Base Cap. Throw away the Pen and get a new Pen.
What if there is a drop of liquid on the tip of the needle when I remove the Base Cap?
A drop of liquid on the tip of the needle is normal.
Do I need to hold the Injection Button down until the injection is complete?
This is not necessary, but it may help you keep the Pen steady and firm against your skin.
I heard more than 2 clicks during my injection—2 louder clicks and 1 soft one. Did I get my complete injection?
Some patients may hear a soft click right before the second loud click. That is the normal operation of the Pen. Do not remove the Pen from your skin until you hear the second louder click.
What if there is a drop of liquid or blood on my skin after my injection?
This is normal.
I am not sure if my Pen worked the right way.
Check to see if you have received your dose. Your dose was delivered the right way if the gray plunger is visible (see step 3). Also contact Lilly at 1-800-Lilly-Rx (1-800-545-5979) for further instructions. Until then, store your Pen safely to avoid an accidental needle stick.

Other Information

- If you have vision problems, do not use your Pen without help from a person trained to use the

TRULICITY Pen.

Where to Learn More

- If you have any questions or problems with your TRULICITY Single-Dose Pen, contact Lilly at 1-800-Lilly-Rx (1-800-545-5979) or call your healthcare provider.
- For more information about TRULICITY Single-Dose Pen, visit our website at: www.trulicity.com.

SCAN THIS CODE TO LAUNCH www.trulicity.com

This Instructions for Use has been approved by the U.S. Food and Drug Administration.
Eli Lilly and Company
Indianapolis, IN 46285, USA
US License Number 1891

TRULICITY is a registered trademark of Eli Lilly and Company.
Copyright © 2014, 2022, Eli Lilly and Company. All rights reserved.
The TRULICITY Pen meets the current dose accuracy and functional requirements of ISO 11608-1:2012 and 11608-5:2012.

Revised: 11/2022

TRUHIAI-0004-IFU-20221117

Hide

# INSTRUCTIONS FOR USE

# TRULICITY 3 MG SINGLE-DOSE PEN INSTRUCTIONS FOR USE

Instructions for Use
TRULICITY®(TRU-li-si-tee)
(dulaglutide)
injection, for subcutaneous use
3 mg/0.5 mL Single-Dose Pen
use 1 time each week (once weekly)




Information About TRULICITY Single-Dose Pen

Please read this Instructions for Use and the Medication Guide carefully and completely before using your TRULICITY Single-Dose Pen. Talk to your healthcare provider about how to inject TRULICITY the right way.

- TRULICITY Single-Dose Pen (Pen) is a disposable, prefilled medicine delivery device. Each Pen contains 1 dose of TRULICITY (3 mg/0.5 mL). Each Pen should only be used 1 time.
- TRULICITY is used 1 time each week. You may want to mark your calendar to remind you when to take your next dose.

Before You Get Started



Remove
Remove the Pen from the refrigerator.
Leave the Base Cap on until you are ready to inject.



Check
Check the Pen label to make sure you have the right medicine and it has not expired.
Expiration Date






Inspect
Check the Pen to make sure that it is not damaged and inspect the medicine to make sure it is not cloudy, discolored or has particles in it.



Prepare
Wash your hands.

Choose Your Injection Site

Your healthcare provider can help you choose the injection site that is best for you.

Change (rotate) your injection site each week. You may use the same area of your body, but be sure to choose a different injection site in that area.

You may inject the medicine into your stomach (abdomen) or thigh.





Another person should give you the injection in the back of your upper arm.




Step 1 Uncap the Pen

Make sure the Pen is locked.

- Pull the Base Cap straight off and throw it away in your household trash. Do not put the Base Cap back on — this could damage the needle. Do not touch the needle.



Step 2 Place and Unlock

- Place the Clear Base flat and firmly against your skin at the injection site.



Unlock by turning the Lock Ring.

Step 3 Press and Hold

- Press and hold the green Injection Button. You will hear a loud click.
  Continue holding the Clear Base firmly against your skin until you hear a second click. This happens when the needle starts retracting in about 5-10 seconds.

- Remove the Pen from your skin.




Important Information

Disposal of Pen

Storage and Handling

Commonly Asked Questions

Other Information

Where to Learn More

Disposing of Your Used Pens

- Put your used Pens in a FDA-cleared sharps disposal container right away after use. Do not throw away (dispose of) Pens in your household trash.
- If you do not have a FDA-cleared sharps disposal container, you may use a household container that is:

  - made of a heavy-duty plastic,
  - can be closed with a tight-fitting, puncture-



resistant lid, without sharps being able to come out,

- upright and stable during use,
- leak-resistant, and
- properly labeled to warn of hazardous waste inside the container.

- When your sharps disposal container is almost full, you will need to follow your community guidelines for the right way to dispose of your sharps disposal container. There may be state or local laws about how you should throw away used needles and syringes. For more information about safe sharps disposal, and for specific information about sharps disposal in the state that you live in, go to the FDA's website at: http://www.fda.gov/safesharpsdisposal.
- Do not recycle your used sharps disposal container.

Storage and Handling

- Store your Pen in the refrigerator between 36°F to 46°F (2°C to 8°C).
- You may store your Pen at room temperature below 86°F (30°C) for a total of 14 days.
- Do not freeze your Pen. If the Pen has been frozen, throw the Pen away and use a new Pen.
- Storage of your Pen in the original carton is recommended. Protect your Pen from direct heat and light.
- The Pen has glass parts. Handle it carefully. If you drop it on a hard surface, do not use it. Use a new Pen for your injection.
- Keep your TRULICITY Pen and all medicines out of the reach of children.

Commonly Asked Questions

What if I see air bubbles in my Pen?

Air bubbles are normal.

What if I unlock the Pen and press the green Injection Button before pulling off the Base Cap?

Do not remove the Base Cap. Throw away the Pen and get a new Pen.

What if there is a drop of liquid on the tip of the needle when I remove the Base Cap?

A drop of liquid on the tip of the needle is normal.

Do I need to hold the Injection Button down until the injection is complete?

This is not necessary, but it may help you keep the Pen steady and firm against your skin.

I heard more than 2 clicks during my injection—2 louder clicks and 1 soft one. Did I get my complete injection?

Some people may hear a soft click right before the second loud click. That is the normal operation of the Pen. Do not remove the Pen from your skin until you hear the second louder click.

What if there is a drop of liquid or blood on my skin after my injection?

This is normal.

I am not sure if my Pen worked the right way.

Check to see if you have received your dose. Your dose was delivered the right way if the gray plunger is visible (see step 3). Also contact Lilly at 1-800-Lilly-Rx (1-800-545-5979) for further instructions. Until then, store your Pen safely to avoid an accidental needle stick.

Other Information

- If you have vision problems, do not use your Pen without help from a person trained to use the TRULICITY Pen.

Where to Learn More

- If you have any questions or problems with your TRULICITY Single-Dose Pen, contact Lilly at 1-800-Lilly-Rx (1-800-545-5979) or call your healthcare provider.
- For more information about TRULICITY Single-Dose Pen, visit our website at: www.trulicity.com.

Scan this code to launch
www.trulicity.com

This Instructions for Use has been approved by the U.S. Food and Drug Administration.

Eli Lilly and Company
Indianapolis, IN 46285, USA
US License Number 1891
TRULICITY is a registered trademark of Eli Lilly and Company.

Copyright © 2020, 2023, Eli Lilly and Company. All rights reserved.

The TRULICITY Pen meets the current dose accuracy and functional requirements of ISO 11608-1:2012

and 11608-5:2012.

Implemented: 04/2023

TRU3MG-0002-IFU-20230407

Hide

# INSTRUCTIONS FOR USE

# TRULICITY 4.5 MG SINGLE-DOSE PEN INSTRUCTIONS FOR USE

Instructions for Use
TRULICITY®(TRU-li-si-tee)
(dulaglutide)
injection, for subcutaneous use
4.5 mg/0.5 mL Single-Dose Pen
use 1 time each week (once weekly)






Information About TRULICITY Single-Dose Pen

Please read this Instructions for Use and the Medication Guide carefully and completely before using your TRULICITY Single-Dose Pen. Talk to your healthcare provider about how to inject TRULICITY the right way.

- TRULICITY Single-Dose Pen (Pen) is a disposable, prefilled medicine delivery device. Each Pen contains 1 dose of TRULICITY (4.5 mg/0.5 mL). Each Pen should only be used 1 time.

TRULICITY is used 1 time each week. You may want to mark your calendar to remind you when to take your next dose.

Before You Get Started



Remove

Remove the Pen from the refrigerator.
Leave the Base Cap on until you are ready to inject.



Check

Check the Pen label to make sure you have the right medicine and it has not expired.
Expiration Date






Inspect

Check the Pen to make sure that it is not damaged and inspect the medicine to make sure it is not cloudy, discolored or has particles in it.



Prepare

Wash your hands.

Choose Your Injection Site

Your healthcare provider can help you choose the injection site that is best for you.



Change (rotate) your injection site each week. You may use the same area of your body, but be sure to choose a different injection site in that area.

You may inject the medicine into your stomach (abdomen) or thigh.

Another person should give you the injection in the back of your upper arm.






Step 1 Uncap the Pen

Make sure the Pen is locked.

- Pull the Base Cap straight off and

throw it away in your household trash.
Do not put the Base Cap back on — this could damage the needle.
Do not touch the needle.



Step 2 Place and Unlock

- Place the Clear Base flat and firmly against your skin at the injection site .

Unlock by turning the Lock Ring.



Step 3 Press and Hold

- Press and hold the green Injection Button. You will hear a loud click.
  ⚠Continue holding the Clear Base firmly against your skin until you hear a second click. This happens when the needle starts retracting in about 5-10 seconds.

- Remove the Pen from your skin.




Important Information

Disposal of Pen

Storage and Handling

Commonly Asked Questions

Other Information

Where to Learn More

Disposing of Your Used Pens



- Put your used Pens in a FDA-cleared sharps disposal container right away after use. Do not throw away (dispose of) Pens in your household trash.
- If you do not have a FDA-cleared sharps disposal container, you may use a household container that is:
  - made of a heavy-duty plastic,
  - can be closed with a tight-fitting, puncture-resistant lid, without sharps being able to come out,
  - upright and stable during use,
  - leak-resistant, and
  - properly labeled to warn of hazardous waste inside the container.
- When your sharps disposal container is almost full, you will need to follow your community guidelines for the right way to dispose of your sharps disposal container. There may be state or local laws about how you should throw away used needles and syringes. For more information about safe sharps disposal, and for specific information about sharps disposal in the state that you live in, go to the FDA's website at: http://www.fda.gov/safesharpsdisposal.
- Do not recycle your used sharps disposal container.

Storage and Handling

- Store your Pen in the refrigerator between 36°F to 46°F (2°C to 8°C).
- You may store your Pen at room temperature below 86°F (30°C) for a total of 14 days.
- Do not freeze your Pen. If the Pen has been frozen, throw the Pen away and use a new Pen.
- Storage of your Pen in the original carton is recommended. Protect your Pen from direct heat and light.
- The Pen has glass parts. Handle it carefully. If you drop it on a hard surface, do not use it. Use a new Pen for your injection.
- Keep your TRULICITY Pen and all medicines out of the reach of children.

Commonly Asked Questions

What if I see air bubbles in my Pen?

Air bubbles are normal.

What if I unlock the Pen and press the green Injection Button before pulling off the Base Cap?

Do not remove the Base Cap. Throw away the Pen and get a new Pen.

What if there is a drop of liquid on the tip of the needle when I remove the Base Cap?

A drop of liquid on the tip of the needle is normal.

Do I need to hold the Injection Button down until the injection is complete?

This is not necessary, but it may help you keep the Pen steady and firm against your skin.

I heard more than 2 clicks during my injection—2 louder clicks and 1 soft one. Did I get my complete injection?

Some people may hear a soft click right before the second loud click. That is the normal operation of the Pen. Do not remove the Pen from your skin until you hear the second louder click.

What if there is a drop of liquid or blood on my skin after my injection?

This is normal.

I am not sure if my Pen worked the right way.

Check to see if you have received your dose. Your dose was delivered the right way if the gray plunger is visible (see step 3). Also contact Lilly at 1-800-Lilly-Rx (1-800-545-5979) for further instructions. Until then, store your Pen safely to avoid an accidental needle stick.

Other Information

- If you have vision problems, do not use your Pen without help from a person trained to use the TRULICITY Pen.

Where to Learn More

- If you have any questions or problems with your TRULICITY Single-Dose Pen, contact Lilly at 1-800-Lilly-Rx (1-800-545-5979) or call your healthcare provider.
- For more information about TRULICITY Single-Dose Pen, visit our website at: www.trulicity.com.

Scan this code to launch
www.trulicity.com

This Instructions for Use has been approved by the U.S. Food and Drug Administration.
Eli Lilly and Company
Indianapolis, IN 46285, USA
US License Number 1891
TRULICITY is a registered trademark of Eli Lilly and Company.

Copyright © 2020, 2023, Eli Lilly and Company. All rights reserved.

The TRULICITY Pen meets the current dose accuracy and functional requirements of ISO 11608-1:2012 and 11608-5:2012.

Implemented: 04/2023

TRU4.5MG-0002-IFU-20230407

Hide

View All Sections

Revised: 3/2026
Document Id: 16dbc870-9954-4989-b370-78bb3520a038
Set id: 463050bd-2b1c-40f5-b3c3-0a04bb433309
Version: 60
Effective Time: 20260312

Your Privacy Choices

Cookie Settings

Eli Lilly and Company

Terms of Use
Privacy Statement
Consumer Health Privacy Notice
Accessibility Statement