# Potter Declaration
# Exhibit 36

PRESS RELEASE

# Northeast Philadelphia Pharmacies and Their Owners Agree to Pay Over $3.5 Million to Resolve False Claims Act Liability

Tuesday, August 1, 2023

**For Immediate Release**

U.S. Attorney's Office, Eastern District of Pennsylvania

PHILADELPHIA – United States Attorney Jacqueline C. Romero announced that Future Pharmacy, Inc. ("Future") and JJ Pharmacy, Inc. ("JJ"), and their respective owners, Arthur Kilimnik, Alexander Ferman, Mikhail Ferman, Leonard Kilimnik, and Aleksey (Alex) Orlov, have agreed to pay over $3,500,000 to the federal government to resolve allegations that they violated the False Claims Act by billing Medicare for prescription medications that were not actually dispensed. During the period January 1, 2012, to December 31, 2016, these medications included but were not limited to Lidocaine, Lidoderm, Advair Diskus, Nexium, Creon, and Abilify. Future Pharmacy and JJ Pharmacy have also agreed to a five-year federal healthcare exclusion, which will prohibit them from receiving payments from any federally funded health care insurer such as Medicare during the that time. The pharmacies have also surrendered their DEA Certificates of Registration and ceased operations.

As a majority owner of Future Pharmacy and minority owner of JJ Pharmacy, and a pharmacist, the government also contends that Arthur Kilimnik violated the Controlled Substances Act by: (a) failing to maintain complete and accurate records; (b) failing to separate Future Pharmacy's

Schedule II biennial inventory from its Schedule III-V biennial inventory; (c) failing to take appropriate inventory within a two-year period following Future Pharmacy's last inventory; (d) receiving Schedule II supply from another company, Future Medical, and filling prescriptions generated by Future Medical without proper documentation; and (e) improperly allowing another individual to use Kilimnik's Controlled Substance Ordering System username and password to order Schedule II controlled substances.

"Pharmacies and pharmacists have a responsibility to serve as gatekeepers of a closed system of prescription drug distribution. That responsibility was allegedly abused for profit here," said U.S. Attorney Romero.

"Pharmacies are integral partners in patient care, and they are expected to act with integrity," said Maureen Dixon, Special Agent in Charge of the Philadelphia Regional Office of the Department of Health and Human Services, Office of the Inspector General. "We take allegations of pharmacy fraud seriously, and today's settlement reflects our commitment to working with our partners to ensure that taxpayer dollars are spent in an appropriate manner – on needed medications, not wasted on fraud and abuse."

"Pharmacies are entrusted with the proper dispensing and safeguarding of controlled substances in their possession," said Thomas Hodnett, Special Agent in Charge of the Drug Enforcement Administration's (DEA) Philadelphia Field Division. "The Controlled Substances Act mandates that pharmacists maintain accurate records and inventories to account for these drugs."

The settled civil claims are allegations only. There has been no determination of civil liability.

The case was investigated by the U.S. Department of Health and Human Services Office of the Inspector General and the Drug Enforcement Agency. It was handled by Civil Chief Gregory B. David, Assistant U.S. Attorney Deborah W. Frey, and Auditor George Niedzwicki.

*Updated August 1, 2023*

**Topic**

**HEALTHCARE FRAUD**

**Component**

USAO - Pennsylvania, Eastern

# Related Content

PRESS RELEASE

### Arizona Couple That Ran Medical Clinic Business Plead Guilty to Conspiracy to Commit Fraud and to Violate the Food, Drug, and Cosmetic Act

December 29, 2025

PRESS RELEASE

### Business Owner Sentenced to More Than Five Years in Prison for Fraud and Money Laundering Schemes

November 6, 2025

PRESS RELEASE

### Bucks County Home Care Company and Its Owners and Managers Charged in Alleged Health Care Fraud Scheme

October 16, 2025

**Eastern District of Pennsylvania**

Main Office:

615 Chestnut Street, Suite 1250

Philadelphia, PA 19106

Email USAO-EDPA

Telephone: (215) 861-8200

Fax Line: (215) 861-8618