UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------

ELI LILLY AND COMPANY,

Plaintiff,

v.

INSTANT RX, INC. et al.,

Defendants.

--------------------------------------------------------------

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
*JUNE 9, 2026*
BROOKLYN OFFICE

Case No. 26-cv-3429

**FILED *EX PARTE* AND UNDER SEAL**

Judge Natasha C. Merle
Magistrate Judge Joseph A. Marutollo

**_EX PARTE_ MOTIONS FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY ORDER, ASSET FREEZE ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**

Plaintiff Eli Lilly & Company ("Lilly"), by and through its undersigned counsel, seeks entry of: (1) a temporary restraining order to be followed by a preliminary injunction, enjoining the Defendants from the sale, distribution, and advertisement of Lilly-Branded Medicine; (2) an expedited discovery order permitting party and non-party discovery on an expedited basis; and (3) an asset freeze order against the Defendants' assets to preserve Lilly's right to an equitable accounting. A memorandum of law and supporting declarations and exhibits are filed concurrently with this *ex parte* motion and incorporated herein. Proposed orders setting forth the requested relief are attached hereto.

Dated: June 9, 2026

PATTERSON BELKNAP WEBB & TYLER LLP

By: [signature]

Geoffrey Potter
Timothy A. Waters
Isaac Weingram
Caroline Zielinski
Anna Petrocelli

1133 Avenue of the Americas
New York, NY 10036-6710
T: 212-336-2000
F: 212-336-2222
E: gpotter@pbwt.com
twaters@pbwt.com
iweingram@pbwt.com
czielinski@pbwt.com
apetrocelli@pbwt.com

*Attorneys for Plaintiff Eli Lilly & Company*