**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ELI LILLY AND COMPANY, | Case No.: 1:26-cv-03429 (NCM)(JAM) |
| Plaintiff, | |
| v. | FILED UNDER SEAL |
| INSTANT RX INC., et al. | **ORDER TO SHOW CAUSE FOR SANCTIONS AGAINST PLAINTIFF AND PLAINTIFF'S COUNSEL FOR DISCOVERY MISCONDUCT AND AN INTERIM PROTECTIVE ORDER** |
| Defendants. | |

Upon the Declaration of Matthew S. Adams, Esq. dated June 25, 2026, and upon the Memorandum of Law in Support submitted therewith, and good cause having been shown pursuant to Local Civil Rule 6.1(d) for proceeding by order to show cause rather than by notice of motion, it is hereby

ORDERED, that Plaintiff Eli Lilly and Company and its counsel show cause before this Court, at room _____, United States Court House, Cadman Plaza East in Kings County and State of New York on _____, 20_____, at _____o'clock in the ___noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued:

(a)      Finding Plaintiff and Plaintiff's counsel, specifically Anna Petrocelli, Esq. and the law firm Patterson Belknap Webb & Tyler LLP, in contempt of court under Fed. R. Civ. P. 37(b)(2)(A) for their willful violation of this Court's June 15, 2026 *ex parte* Expedited Discovery Order (ECF 18) (the "Discovery Order") by serving a third-party subpoena or subpoenas that exceeded the permissible, limited scope of third-party discovery allowed pursuant to the referenced Discovery Order;

(b)      Awarding Defendant Prokopios Panagakos his reasonable attorneys' fees and costs incurred as a result of Plaintiff's contempt, including the fees and costs associated with this motion;

(c)      Issuing a protective order pursuant to Fed. R. Civ. P. 26(c) quashing the subpoena served by Plaintiff upon Citibank, National Association and similarly overbroad subpoenas served upon all other third-parties that exceed the permissible scope of the Discovery Order;

(d)      Directing Plaintiff's counsel to disclose whether it has received any responses to any third-party subpoenas it has served, and if so, directing it to immediately serve copies of all such responses upon Defendant Panagakos and counsel for all other defendants;

186832866.1

(e)      Extending the interim protective order to any similar subpoenas that exceed the scope of the Discovery Order; and

(f)      Granting such other and further relief as this Court deems just and proper; and it is further

ORDERED, that pending the hearing on Plaintiff's Order to Show Cause, currently scheduled for July 9, 2026, the third-party subpoena served by Plaintiff's counsel upon Citibank, National Association, as well as any other third-party subpoenas served by Plaintiff's counsel, ***are hereby quashed in their entirety*** until such time as a further hearing on this matter shall take place and no third-party shall be required to respond to any such third-party subpoena issued by Plaintiff's counsel in this case until further Order of this Court; and it is further

ORDERED, that Plaintiff's counsel shall, by no later than by Noon Eastern Time on Friday, June 26, 2026, identify and serve upon all counsel for defendants, a complete list of any and all third-party subpoenas issued in this action, including the name, address, and e-mail address of each recipient (if known), the date of service, the return date, and the categories of documents and information demanded, and a point of contact at each subpoenaed party that Plaintiff's counsel has been in contact with (if any), together with a copy of each such subpoena;

ORDERED, that pending further hearing on this Order to Show Cause, Plaintiff is directed not to review, use, or disseminate any documents or information obtained in response to the Citibank Subpoena or any other third-party subpoenas that its counsel has issued in this action and counsel must segregate such documents and information from its case files and restrict access to such documents and information by its case team; and it is further

ORDERED, that Plaintiff shall produce to counsel for all defendants in this action copies of any and all documents or information obtained in response to the Citibank Subpoena or any other third-party subpoenas that its counsel has issued in this action by Noon Eastern Time on Friday, June 26, 2026; and it is further

ORDERED, that personal service of a copy of this Order together with the Declaration of Matthew S. Adams, Esq., the Memorandum of Law in Support, and all exhibits annexed thereto, upon Plaintiff's counsel of record by e-mail on or before _____ o'clock in the ___noon, _____, 20_____ shall be deemed good and sufficient service thereof; and it is further

ORDERED, that Plaintiff shall file and serve any papers in opposition to this Order to Show Cause on or before _____, 20_____; and it is further

ORDERED, that Defendant Panagakos may file and serve any reply papers on or before _____, 20_____.

DATED:      Brooklyn, New York

_____, 20_____

_____
United States District Judge

2