**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELI LILLY AND COMPANY,<br>Plaintiff,<br>v.<br>INSTANT RX INC, *et al.*,<br>Defendants. | No. 26-CV-3429 (NCM) (JAM) |

**ELITE DEFENDANTS' NOTICE OF MOTION TO STAY EXPEDITED DISCOVERY AND FOR A PROTECTIVE ORDER**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants Lalibela, Ltd. d/b/a Elite Pharmacy, Yakov Berezhinsky, Yuriy Litvan, and Christina Tolis' (collectively, the "Elite Defendants") Motion to Stay Expedited Discovery and for a Protective Order, along with the materials and authorities cited therein, the Elite Defendants, by and through undersigned counsel, hereby move this Court, before the Honorable Natasha C. Merle, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, Courtroom 2F North, for an order staying the Expedited Discovery Order (ECF No. 18) as to the Elite Defendants, or in the alternative for a Protective Order, and to grant such other and further relief as the Court deems just, equitable, and proper.

Dated: June 30, 2026

**ALSTON & BIRD LLP**

/s/ *Jenny Kramer*
Jenny Kramer
Drew G. Rolle
Gregg A. Fish
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
jenny.kramer@alston.com
drew.rolle@alston.com
gregg.fish@alston.com

*Attorneys for Defendants Lalibela, Ltd. d/b/a Elite Pharmacy, Yakov Berezhinsky, Yuriy Litvan, and Christina Tolis*