UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELI LILLY AND COMPANY,                          :
                                                :
                           Plaintiff,           :
                                                :      Case No. 26-cv-3429 (NCM) (JAM)
                                                :
v.                                              :      **CERTIFICATE OF SERVICE**
                                                :
INSTANT RX INC., *et al.*,                      :
                                                :
                           Defendants.          :
------------------------------------------------------------x

I, Naveed S. Amalfard, hereby certify that on July 26, 2026, I caused a copy of the Court's

July 25, 2026 Scheduling Order, which is attached hereto as Exhibit A, to be sent to Defendant

David Aulov at 8109 188th Street, Hollis, NY 11423 by both FedEx Priority Overnight and United

States Postal Service ("USPS") Priority Mail Express.  The expected delivery date of both the

FedEx and USPS mailings is July 28, 2026.

        Dated: New York, NY
               July 27, 2026

                                                        */s/ Naveed S. Amalfard*

                                                        Naveed S. Amalfard