

July 28, 2026

**Filed via ECF**

Timothy A. Waters
Partner
(212) 336-7601
twaters@pbwt.com

Hon. Joseph A. Marutollo, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** ***Eli Lilly and Company v. Instant Rx Inc. et al.*,**
> **No. 26-cv-3429 (NCM)(JAM)**

Dear Judge Marutollo:

As you know, we are counsel for Plaintiff Eli Lilly and Company ("Lilly") in the above-captioned action. We write in advance of tomorrow's telephone conference concerning Lilly's pending order to show cause why Defendant David Aulov should not be held in contempt.

Specifically, we write to inform the Court that this afternoon, July 28, 2026, at 2:47 PM, an individual identifying himself as David Aulov emailed Lilly's counsel with the following message:

> I will immediately arrange for the $450,000 to be deposited wherever the judge directs.
> Please let the judge know.
> Thanks
> David Aulov

*See* Ex. A (Email from david.aulov1@yahoo.com and counsel's reply). The undersigned's reply email reply reminded Mr. Aulov that he must appear at tomorrow's teleconference, and pasted the text of the Court's most recent scheduling order with the dial-in information.

Respectfully submitted,

*/s/ Timothy A. Waters*

Timothy A. Waters