# Exhibit A

| **From:** | Waters, Timothy (x7601) |
|---|---|
| **Sent:** | Tuesday, July 28, 2026 3:45 PM |
| **To:** | David Aulov; Potter, Geoffrey (x2050); Norris, Tara (x2847); Weingram, Isaac (x2626); Petrocelli, Anna (x2285); Amalfard, Naveed (x2636) |
| **Subject:** | RE: CASE NUMBER: 1:26-CV-03429-NCM-JAM |

Mr. Aulov:

Thank you for your email.  As a courtesy, we will file a letter with the Court attaching a copy of your email.  However, please note you have been ordered to appear at a Court telephone conference tomorrow, Wednesday July 29, at **12:30 p.m**. (note that the time was moved).  You must still appear by phone at that conference.  For convenience, I have pasted the text of the Court's order, including the dial-in information, below.

**SCHEDULING ORDER: Due to a change in the Court's calendar, the July 29, 2026telephone conference will now begin at 12:30 p.m. To participate in the conference, the parties shall call (646) 828-7666, Call ID 160 3637 2020, Passcode 861287. Eli Lilly and David Aulov are directed to appear. Eli Lilly is directed to serve a copy of this order on David Aulov, and file proof of service by 12 p.m. on July 27, 2026.Ordered by Magistrate Judge Joseph A. Marutollo on 7/25/2026. (JAM)**

Sincerely,

Tim Waters

**Timothy A. Waters**
Partner
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.7601 | F: 212.336.1280
twaters@pbwt.com | www.pbwt.com

**From:** David Aulov <david.aulov1@yahoo.com>
**Sent:** Tuesday, July 28, 2026 2:47 PM
**To:** Potter, Geoffrey (x2050) <gpotter@pbwt.com>; Waters, Timothy (x7601) <twaters@pbwt.com>; Norris, Tara (x2847) <tnorris@pbwt.com>; Weingram, Isaac (x2626) <iweingram@pbwt.com>; Petrocelli, Anna (x2285) <apetrocelli@pbwt.com>; Amalfard, Naveed (x2636) <NAmalfard@pbwt.com>
**Subject:** CASE NUMBER: 1:26-CV-03429-NCM-JAM

**External: Think before you click.**

I will immediately arrange for the $450,000 to be deposited wherever the judge directs.
Please let the judge know.
Thanks
David Aulov