**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------

ELI LILLY AND COMPANY,     :

              :

       Plaintiff,  :  Case No. 26-cv-03429

              :

v.            :

              :

INSTANT RX, INC., *et al.*,    :

              :

       Defendants. :

------------------------------------------------------------

**STIPULATION AND ORDER**
**EXTENDING THE TEMPORARY RESTRAINING ORDER**
**AS TO ELITE DEFENDANTS, IRA'S/TOTAL CARE DEFENDANTS, AND**
<u>**DEFENDANTS HALIMA SYED AND THOMAS JOHNSON**</u>

WHEREAS, on June 9, 2026, Plaintiff Eli Lilly & Company ("Plaintiff" or "Lilly") filed its Complaint against, *inter alia*, Defendants Lalibela, Ltd. d/b/a Elite Pharmacy, Yakov Berezhinsky, and Christina Tolis (collectively, the "Elite Defendants"); Defendants Dispensing Physician Consultants, Inc. d/b/a Ira's Discount Pharmacy; Sofko LLC d/b/a (1) Ira's Discount Pharmacy; (2) Total Care Pharmacy; George Drogaris a/k/a George Drograris; Prokopios Panagakos a/k/a Koko etc.; Sue A. Pepper; and Mirjana Tasic-Pantic (collectively, the "Ira's / Total Care Defendants"); Halima Syed ("Syed"); and Thomas Johnson ("Johnson") (The Elite Defendants, Ira's/Total Care Defendants, Syed, and Johnson collectively referred to as the "Stipulating Defendants"); and sought a temporary restraining order, asset freeze order, and expedited discovery order against the Stipulating Defendants;

WHEREAS, on June 12, 2026, the Honorable Natasha C. Merle entered a temporary restraining order ("TRO") and Order to Show Cause why a preliminary injunction should not issue ("Order to Show Cause"), as well as an asset freeze order ("Asset Freeze Order") against, *inter alia*, the Stipulating Defendants;

1

WHEREAS, on June 15, 2026, the Honorable Natasha C. Merle entered an Expedited Discovery Order;

WHEREAS, on June 24, 2026, the Court entered an Order pursuant to Federal Rule of Civil Procedure 65(b)(2) extending the TRO and Asset Freeze Order through July 9, 2026, set a preliminary injunction hearing as to the Stipulating Defendants to occur on July 9, 2026, and ordered the Defendants to file opposition papers on or before July 2, 2026, and ordered Plaintiff to file reply papers before July 7, 2026 at 5:00 PM;

WHEREAS, on July 6 and 7, 2026, the Court, upon the consent of the parties, extended the Stipulating Defendants' deadline to respond to requests for production and interrogatories to July 23, 2026; extended the Stipulating Defendants' deadline to respond to Plaintiff's order to show cause to July 30, 2026; extended Plaintiff's deadline for reply to August 11, 2026; adjourned the preliminary injunction hearing to August 19, 2026; and extended the TRO and Asset Freeze Order until the preliminary injunction hearing is concluded and until the Court has decided the order to show cause for a preliminary injunction;

WHEREAS, on July 23, 2026, the Court extended the deadline for the Elite Defendants to respond to Plaintiff's requests for production and interrogatories to July 30, 2026 and extended the deadline for Plaintiff to reply to the Elite Defendants' response to the order to show cause to August 12, 2026;

WHEREAS, the Stipulating Defendants represent all remaining defendants against whom the Order to Show Cause remains pending, given that this Court has already issued preliminary injunctions against all other defendants either by so-ordered stipulation (ECF No. 108) or because of the other defendants' failure to appear and defend this action (July 8, 2026 Docket Order); and

WHEREAS, Plaintiff and the Stipulating Defendants have met and conferred in good faith, and have made significant progress toward a resolution of the Order to Show Cause via stipulation, such that the preliminary injunction hearing would be mooted, and Plaintiff and some Stipulating Defendants have made significant progress toward a global resolution of all issues in this matter;

WHEREAS, in the interest of judicial economy, the parties intend to focus their efforts and resources on finalizing and obtaining client approvals for such stipulations and/or a potential settlement, without the substantial impediment of pending expedited discovery, briefing deadlines, and hearing preparation, and require reasonable additional time to do so.

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiff and counsel for the Stipulating Defendants, it is hereby ORDERED that:

1.      The preliminary injunction hearing as to the Stipulating Defendants is hereby adjourned from August 13, 2026 until **September 18, 2026**, or any date as soon thereafter as the Court's schedule allows.

2.      The Stipulating Defendants' deadline to respond to requests for production and interrogatories pursuant to the Expedited Discovery Order is extended to **August 13, 2026.**

3.      The Stipulating Defendants shall file and serve their briefs, if any, in opposition to the preliminary injunction no later than **August 25, 2026**; and Plaintiff shall file and serve its reply brief, if any, no later than **September 8, 2026**.

4.      The TRO and the Asset Freeze Order (including any modifications thereto) as to the Stipulating Defendants is hereby extended until the preliminary injunction hearing has been concluded and the Court has decided the order to show cause for a preliminary injunction, unless

the Plaintiff and one or more of the Stipulating Defendants parties are able to reach mutually agreeable resolution and stipulate that, as to them, the preliminary injunction hearing is moot.

5. Nothing in this stipulation shall constitute or be treated as an admission by any party, including an admission of any liability, wrongdoing, or violation of law. Plaintiff and the Stipulating Defendants do not waive and reserve all rights and remedies not specifically addressed herein.

6. Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: July 23, 2026

Respectfully submitted,

<table>
<tr>
<td>

PATTERSON BELKNAP WEBB & TYLER LLP

By:


*/s/ Geoffrey Potter*
Geoffrey Potter
Timothy A. Waters
Tara J. Norris
Isaac J. Weingram
Anna Petrocelli
Naveed Amalfard
1133 Avenue of the Americas
New York, NY  10036-6710
Tel:  (212) 336-2000
Fax:  (212) 336-2222
gpotter@pbwt.com
twaters@pbwt.com
tnorris@pbwt.com
iweingram@pbwt.com
apetrocelli@pbwt.com
namalfard@pbwt.com

*Counsel for Plaintiff Eli Lilly & Company*

</td>
<td>

ALSTON & BIRD LLP


By:


*/s/ Jenny Kramer*
Jenny Kramer
Drew G. Rolle
Gregg A. Fish
90 Park Avenue, 15th Floor
New York, NY 10016
Tel: (212) 210-9400
Fax: (212) 210-9444
jenny.kramer@alston.com
drew.rolle@alston.com
gregg.fish@alston.com

*Counsel for Defendants Lalibela, Ltd. d/b/a Elite Pharmacy, Yakov Berezhinsky, and Christina Tolis*



FOX ROTHSCHILD LLP


By:


*/s/ Matthew Adams*
Matthew Adams
49 Market Street
Morristown, NJ 07960
(973) 994-7573
madams@foxrothschild.com


*Counsel for Defendant Prokopios Panagakos*

</td>
</tr>
</table>

|  | DYNAMIS LLP<br><br>By:<br><br><br>*/s/ Michael B. Homer*<br>Michael B. Homer<br>175 Federal St., Ste. 1200<br>Boston, MA 02110<br>Tel:(617) 693-9732<br>mhomer@dynamisllp.com<br><br>*Counsel for Defendant Dispensing Physician Consultants, Inc. d/b/a Ira's Discount Pharmacy*<br><br><br><br>FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP<br><br>By:<br><br><br>*/s/ Rahul Agarwal*<br>Rahul Agarwal<br>7 Times Square<br>New York, NY 10036-6516<br>Tel: (212) 833-1132<br>Fax: (212) 373-7932<br>ragarwal@fklaw.com<br><br>*Counsel for Defendant Sofko LLC d/b/a (1) Ira's Discount Pharmacy; (2) Total Care Pharmacy* |
|---|---|

|  | COX PADMORE SKOLNIK & SHAKARCHY LLP |
|---|---|
|  | By: |
|  | */s/ Stefan B. Kalina* |
|  | Stefan B. Kalina |
|  | 630 Third Avenue, 23rd Floor |
|  | New York, NY 10017 |
|  | Tel: (212) 953-6633 |
|  | kalina@cpsslaw.com |
|  | *Counsel for Defendant George Drogaris* |
|  | ELLIOTT LEVINE JAROSLAW NEILS LLP |
|  | By: |
|  | */s/ Ilene Jaroslaw* |
|  | Ilene Jaroslaw |
|  | One Grand Central Place |
|  | 60 East 42nd Street, Suite 1570 |
|  | New York, NY 10165 |
|  | Tel: (646) 777-4514 |
|  | ijaroslaw@eljnlaw.com |
|  | *Counsel for Defendant Sue A. Pepper* |

| | THE LAW OFFICES OF JOHN A. TARTAGLIA, III |
| --- | --- |
| | By: |
| | */s/ John A. Tartaglia, III*<br>John A. Tartaglia, III<br>jtartaglia@jatlawoffice.com |
| | *Counsel for Defendant Mirjana Tasic-Pantic* |
| | TRENK ISABEL SIDDIQI & SHAHDANIAN P.C. |
| | By: |
| | */s/ Satish V. Poondi*<br>Satish V. Poondi<br>290 W. Mt. Pleasant Avenue, Suite 2370<br>Livingston, NJ 07039<br>spoondi@tisslaw.com |
| | *Counsel for Defendant Halima Syed* |
| | THOMAS JOHNSON |
| | By: |
| | */s/ Thomas Johnson*<br>Thomas Johnson, *Pro Se Defendant* |

SO ORDERED.


    */s/ Natasha C. Merle*
NATASHA C. MERLE
UNITED STATES DISTRICT JUDGE


Issued:  July 29, 2026