--------------------------------------------------------------

ELI LILLY & COMPANY,                :

                                          :

                    Plaintiff,       :        Case No. 26-cv-3429 (NCM) (JAM)

                                            :

v.                                      :

                                          :

INSTANT RX, INC., *et al.*,          :

                                          :

                    Defendants.    :

--------------------------------------------------------------

## STIPULATION AND [PROPOSED] ORDER MODIFYING ASSET FREEZE AS TO DEFENDANT HALIMA SYED

WHEREAS, on June 9, 2026, Eli Lilly and Company ("Lilly") filed their Complaint against, *inter alia*, Defendant Halima Syed, and sought a temporary restraining order, asset freeze order, and expedited discovery order against Halima Syed;

WHEREAS, on June 12, 2026, the Honorable Natasha C. Merle entered a temporary restraining order and asset freeze order against Halima Syed;

WHEREAS, on June 15, 2026, the Honorable Natasha C. Merle entered an expedited discovery order against Halima Syed;

WHEREAS, Defendant Halima Syed and Plaintiff wish to stipulate to a modified asset freeze order;

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiff and counsel for Halima Syed, it is hereby ORDERED that:

1.      Halima Syed, her counsel, or counsel for Lilly may immediately serve this order upon Amboy Bank.

2.	Upon service of this Order, Amboy Bank shall immediately unfreeze the checking account belonging to Halima Syed ending in 0102.

3.	Nothing in this stipulation shall constitute or be treated as an admission by any party, including an admission of any liability, wrongdoing, or violation of law.  Plaintiff and Halima Syed do not waive and reserve all rights and remedies not specifically addressed herein.

4.	Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: July 29, 2026

Respectfully submitted,

| PATTERSON BELKNAP WEBB & TYLER LLP | TRENK ISABEL SIDDIQI & SHAHDANIAN P.C. |
|---|---|
| By: | By: |

*/s/Geoffrey Potter*  
Geoffrey Potter  
Timothy A. Waters  
1133 Avenue of the Americas  
New York, NY 10036-6710  
Tel: (212) 336-2000  
Fax: (212) 336-2222  
gpotter@pbwt.com  
twaters@pbwt.com  

*Counsel for Plaintiff Eli Lilly & Company*

*/s/ Satish V. Poondi*  
Satish V. Poondi  
290 W. Mt. Pleasant Avenue, Suite 2370  
Livingston, NJ 07039  
Tel: (973) 533-1000  
spoondi@tisslaw.com  

*Counsel for Defendant Halima Syed*

SO ORDERED

_____  
NATASHA C. MERLE  
UNITED STATES DISTRICT JUDGE

Issued: July __, 2026