# U.S. District Court

## New York Eastern - Brooklyn

**THIS IS A COPY**

Receipt Date: Aug 10, 2026 12:25PM

SOFKO LLC

Rcpt. No: 100027908 Trans. Date: Aug 10, 2026 12:25PM Cashier ID: #KC (7547)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DNYE126CV003429 /001<br>SOFKO LLC<br>**FBO**: Lalibela Elite | 1 | 851916.06 | 851916.06 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #400913838 | 08/10/2026 | $851,916.06 |
| | | | Total Due Prior to Payment: | $851,916.06 |
| | | | Total Tendered: | $851,916.06 |
| | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 7/29/2026 at 4:11 PM EDT and filed on 7/29/2026

**Case Name:** Eli Lilly and Company v. Instant Rx Inc. et al

**Case Number:** 1:26-cv-03429-NCM-JAM

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**Minute Entry and Order for a telephonic status conference held on July 29, 2026 before Magistrate Judge Marutollo in No. 26-CV-3429 (NCM) (JAM), *Eli Lilly & Co. v. Instant Rx Inc., et al.*. Counsel for Plaintiff Eli Lilly and Company, and counsel for Defendants Sue Pepper, Halima Syed, and Simeon Pinkhasou appeared. Defendant David Aulov did not appear. Discussion held regarding Dkt. No. [109], which was referred to the undersigned. Text Order, dated July 24, 2026. On July 28, 2026, Plaintiff filed a letter stating that Plaintiff's counsel received an email from Defendant Aulov stating, in sum and substance, that Defendant Aulov seeks to resolve the pending motion at Dkt. No. [109] by depositing funds wherever the Court directs. Dkt. No. [119]-1. Accordingly, the Court directs as follows:**

**By August 3, 2026, Defendant David Aulov is directed to deposit $450,000.00 with the Clerk of Court for the U.S. District Court of the Eastern District of New York and file proof of deposit on the docket. The deposit shall be made via cash, check, or via any means permitted by the Clerk of Court. Pursuant to Federal Rule of Civil Procedure 67, Defendant David Aulov shall deliver to the Clerk of Court a copy of this Minute Entry and Order permitting the deposit.**

**The Clerk of Court shall notify the Court upon receiving and depositing the funds. Further, the Clerk of Court is directed to receive and deposit all funds received under this Minute Entry and Order into an interest-bearing account, whereupon the funds will be enjoined and held in constructive trust under the custody and administration of the Court to secure and preserve the availability of the relief Plaintiff seeks until final disposition of this action. Pursuant to Local Civil Rule 67.1, the Clerk of Court is directed to deduct the income on the investment a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.**

**By August 4, 2026, Plaintiff shall file a status report regarding whether the above-described funds were deposited, as well as proposed next steps.**

**Plaintiff shall serve a copy of this Minute Entry and Order on Defendant Aulov by mail and email and file proof of service by July 30, 2026. (ZoomGov Log #12:37-12:57.) (EG)**