Patterson Belknap

www.pbwt.com

Tara J. Norris
Partner
(212) 336-2847
tnorris@pbwt.com

August 27, 2026

**<u>Filed via ECF</u>**

Hon. Joseph A. Marutollo, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Eli Lilly and Company v. Instant Rx Inc. et al.*****,**
**<u>No. 26-cv-3429 (NCM)(JAM)</u>**

Dear Judge Marutollo:

As you know, we are counsel for Plaintiff Eli Lilly and Company ("Lilly") in the above-captioned action. Pursuant to Your Honor's July 10, 2026 order, on behalf of Lilly and Defendants Lalibela, Ltd. d/b/a Elite Pharmacy, Yakov Berezhinsky, Yuriy Litvan, Christina Tolis, Simeon Pinkhasou, Thomas Johnson, and Halima Syed, we are submitting a proposed Discovery Plan and Scheduling Order.

Counsel for Defendant Simeon Pinkhasou does not object to the proposed discovery plan and scheduling order, but wishes to apprise the Court that he has a pending request with the Court via a pre-motion letter for a conference regarding a motion to dismiss. Lilly has opposed Defendant Pinkhasou's request to file a motion to dismiss.

Counsel for Francisco Marcos and T & F Drugs Incorporated ("T & F Drugs Defendants") attended a Rule 26(f) conferral with Lilly on Monday, August 24, 2026, and indicated by email that the dates in the proposed discovery plan and scheduling order were "fine with me." However, Lilly was unable to obtain permission to add the signature of counsel for the T & F Drugs Defendants on the proposed discovery plan and scheduling order in advance of the Court's deadline for submission. [1]

---

[1] Defendants Dispensing Physician Consultants, Inc. d/b/a Ira's Discount Pharmacy; Sofko, LLC d/b/a Ira's Discount Pharmacy and also d/b/a Total Care Pharmacy; George Drogaris a/k/a George Drograris; Prokopios Panagakos a/k/a "Koko" and a/k/a "Procopios"; Sue A. Pepper; and Mirjana Tasic-Pantic have entered a settlement agreement resolving Lilly's claims against them; Lilly and those Defendants are awaiting entry of their stipulated consent judgment and permanent injunction. *See* ECF No. 146. The remaining Defendants – Instant Rx Inc., David Aulov, Glen Cove Drugs Inc., and Yuriel Sezanayev – have not appeared in this action. *See, e.g.*, July 8, 2026 Order.

Respectfully submitted,

*/s/ Tara J. Norris*

Tara J. Norris

cc: Counsel of Record (via ECF)