## Appendix: Status of Defendants as of September 2, 2026

| Defendant Group | Defendant | Date of Service | Appearance Status | Answer Status | Resolution Status |
|---|---|---|---|---|---|
| **Instant Rx Defendants** | Instant Rx Inc. | June 17, 2026 | No appearance | None (was due July 8, 2026) | No resolution |
| | David Aulov | June 15, 2026 | No appearance | None (was due July 6, 2026) | No resolution |
| | Thomas Johnson | June 21, 2026 | Appeared (proceeding *pro se*) | Due September 4, 2026 | No resolution |
| **Ira’s / Total Care Defendants** | Dispensing Physician Consultants, Inc. d/b/a Ira's Discount Pharmacy | June 16, 2026 | Appeared (represented) | Resolution on all claims reached. Stipulated consent judgment and permanent injunction pending (filed on August 25, 2026, ECF No. 146) | |
| | Sofko LLC d/b/a (1) Ira’s Discount Pharmacy; (2) Total Care Pharmacy | June 16, 2026 | Appeared (represented) | | |
| | George Drogaris a/k/a George Drograris | June 16, 2026 | Appeared (represented) | | |
| | Prokopios Panagakos a/k/a (1) Koko, (2) Panagakos Procopios, and (3) Procopios Panagakos | June 16, 2026 | Appeared (represented) | | |
| | Sue A. Pepper | June 16, 2026 | Appeared (represented) | | |
| | Mirjana Tasic-Pantic | June 16, 2026 | Appeared (represented) | | |
| **Glen Cove Defendants** | Glen Cove Drugs Inc. | June 17, 2026 | No appearance | None (was due July 8, 2026) | No resolution |
| | Simeon Pinkhasou | June 15, 2026 | Appeared (represented) | Pre-motion conference letter for motion to dismiss filed. (ECF No. 141) | No resolution |
| | Yuriel Sezanayev | June 15, 2026 | No appearance | None (was due July 6, 2026) | No resolution |
| | Halima Syed | June 16, 2026 | Appeared (represented) | Due September 4, 2026 | No resolution |
| **Elite Defendants** | Lalibela, Ltd. d/b/a Elite Pharmacy | June 18, 2026 | Appeared (represented) | Due September 4, 2026 | No resolution |
| | Yakov Berezhinsky | June 18, 2026 | Appeared (represented) | Due September 4, 2026 | No resolution |
| | Yuriy Litvan | June 16, 2026 | Appeared (represented) | None (was due Aug. 6, 2026) | No resolution |
| | Christina Tolis | June 16, 2026 | Appeared (represented) | Due September 4, 2026 | No resolution |
| **T & F Defendants** | T & F Drugs Incorporated d/b/a Atlas Drug & Nutrition | June 16, 2026 | Appeared (represented) | Due September 4, 2026 | No resolution |
| | Francisco Marcos | June 16, 2026 | Appeared (represented) | Due September 4, 2026 | No resolution |