**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INSTANT RX, INC., *et al.*,<br><br>Defendants. | : | Case No. 26-cv-3429 (NCM) (JAM) |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING THE TIME FOR PLAINTIFF ELI LILLY AND COMPANY**
**TO RESPOND TO DEFENDANT HALIMA SYED'S COUNTERCLAIM**

WHEREAS, on June 9, 2026, Eli Lilly and Company ("Lilly") filed its Complaint against, *inter alia*, Defendant Halima Syed ("Ms. Syed") and sought a temporary restraining order, asset freeze order, and expedited discovery order against, *inter alia*, Ms. Syed;

WHEREAS, on June 12, 2026, the Honorable Natasha C. Merle entered an amended temporary restraining order, amended asset freeze order, and order to show cause why a preliminary injunction should not issue;

WHEREAS, on August 25, 2026, Lilly and Ms. Syed stipulated to the entry of a preliminary injunction against Ms. Syed (ECF No. 145), and the Court ordered the preliminary injunction on August 27, 2026 (ECF No. 148);

WHEREAS, on September 4, 2026, Ms. Syed filed an answer to Lilly's Complaint, a crossclaim against all other defendants, and a counterclaim against Lilly (ECF No. 154);

WHEREAS, Lilly and Ms. Syed have conducted initial settlement discussions;

WHEREAS, Lilly's response to Ms. Syed's counterclaim is currently due by September 25, 2026;

WHEREAS, Lilly and Ms. Syed wish to extend the deadline for Lilly to respond to the counterclaim while they continue to engage in settlement negotiations;

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Lilly and the undersigned counsel for Ms. Syed it is hereby ORDERED that:

1. Lilly's time to respond to Ms. Syed's counterclaim is extended by thirty (30) days to October 26, 2026.

2. Nothing in this stipulation shall constitute or be treated as an admission by any party, including an admission of any liability, wrongdoing, or violation of law. Plaintiff and Ms. Syed do not waive and reserve all rights and remedies not specifically addressed herein.

3. Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: September 23, 2026

Respectfully submitted,

**PATTERSON BELKNAP WEBB & TYLER LLP**

By:

*/s/Timothy A. Waters*
Geoffrey Potter
Timothy A. Waters
Tara J. Norris
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
gpotter@pbwt.com
twaters@pbwt.com
tnorris@pbwt.com

*Counsel for Plaintiff Eli Lilly and Company*

**TRENK ISABEL SADDIQI & SHAHDANIAN P.C.**

By:

*/s/ Satish V. Poondi*
Satish V. Poondi
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, NJ 07039
Tel: (973) 533-1000
Fax: (973) 533-1111
spoondi@tisslaw.com

*Counsel for Halima Syed*

SO ORDERED

____________________________
HON. NATASHA C. MERLE
UNITED STATES DISTRICT JUDGE

Issued: September __, 2026