2UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ELI LILLY AND COMPANY,

Plaintiff,

v.

INSTANT RX INC., *et al.*,

Defendants.

------------------------------------------------------------ x

Case No. 26-cv-3429-NCM-JAM

**REQUEST FOR CERTIFICATE OF DEFAULT**

TO: BRENNA B. MAHONEY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant David Aulov pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached Declaration of Timothy A. Waters.

* * *

Dated: October 22, 2026

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ *Timothy A. Waters*

Geoffrey Potter
Timothy A. Waters
Tara J. Norris
Isaac J. Weingram
Shelli Gimelstein
Anna Petrocelli
Naveed Amalfard

1133 Avenue of the Americas
New York, NY 10036-6710
T: 212-336-2000
F: 212-336-2222
E: gpotter@pbwt.com
twaters@pbwt.com
tnorris@pbwt.com
iweingram@pbwt.com
sgimelstein@pbwt.com
apetrocelli@pbwt.com
namalfard@pbwt.com

Attorneys for Plaintiff
*Eli Lilly & Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI LILLY AND COMPANY, Plaintiff, v. INSTANT RX INC., *et al.*, Defendants. | Case No. 26-cv-3429-NCM-JAM **DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |

I, Timothy A. Waters, hereby declare as follows:

1. I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for Plaintiff Eli Lilly & Company ("Plaintiff" or "Lilly"). I submit this Declaration in support of Plaintiff's Request for Certificate of Default. I am aware of the facts stated below based on my own personal knowledge and on my review of the materials referenced herein.

2. This action was commenced against, *inter alia*, David Aulov pursuant to the Complaint (ECF No. 1), filed by Plaintiff *ex parte* and under seal on June 9, 2026.

3. On June 15, 2026, Plaintiff effectuated service on David Aulov by serving a copy of the summons and complaint on his brother, Daniel Aulov, at David Aulov's residence located at 8109 188th Street, Hollis, NY 11423. *See* ECF No. 20.

4. To date, David Aulov has failed to appear in this action, has not Answered or otherwise responded to the Complaint, and failed to respond to the Court's Order that the non-appearing defendants, including David Aulov, "inform the Court in writing as to whether they

will be defending this action." ECF Order dated October 2, 2026. The Court subsequently ordered Plaintiff to seek a certificate of default. ECF Order dated October 19, 2026

5. David Aulov is liable to Plaintiff in the manner described in the Complaint. *See* ECF No. 1.

6. On October 22, 2026, Plaintiff effectuated service of the Request for Certificate of Default and accompanying papers on David Aulov by mailing those papers to his last known residence pursuant to Local Civil Rule 55.1(a).

WHEREFORE, Plaintiff requests that the default of David Aulov be noted and a certificate of default be issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief, that the judgment demanded in the Complaint is justly due to Plaintiff, and that no amount of damages, fees, costs, or interest sought therein has been paid.

Dated: October 22, 2026

/s/ Timothy A. Waters
TIMOTHY A. WATERS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI LILLY AND COMPANY,<br>Plaintiff,<br>v.<br>INSTANT RX INC., *et al.*,<br>Defendants. | Case No. 26-cv-3429-NCM-JAM<br>**[PROPOSED] CERTIFICATE OF DEFAULT** |

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant David Aulov is in default.

The default of defendant David Aulov is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: ________________, New York
________________, 2026

BRENNA B. MAHONEY, Clerk of Court

By: ______________________________
Deputy Clerk